UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                                Chapter 11

VORAS ENTERPRISE INC.,                          Case No. 17-45570

        Debtor.

-----------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX

    I, Jeffrey E. Dunston, as President and Chief Executive Officer of Voras Enterprise Inc., hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.

Dated: New York, New York
       October 26, 2017

                                                  Jeffrey E. Dunston
                                                *President and Chief Executive Officer of*
                                                *Voras Enterprise Inc.*

124 NY Inc.
124-19 Metropolitan Avenue
Kew Gardens, NY 11415

124 NY Inc.
c/o Law Offices of Alan J. Waintraub, PLLC
Attn: Alan J. Waintraub, Esq.
97-17 64th Road
Rego Park, NY 11374

Bank of America
880 Quincey Street
Brooklyn, NY 11221

Bedford Stuyvesant Family Health Center
Attn: Patricia Fernandez, President and CEO
1456 Fulton St.
Brooklyn, NY 11216

Brooklyn Legal Service Corporation A
Attn: Executive Director
260 Broadway
Brooklyn, NY 11216

Brooklyn Legal Service Corporation A
c/o Patterson Belknap Webb & Tyler LLP
Attn: Robert M. Safron, Esq.
1133 Avenue of the Americas
New York, NY 10036

City of New York
Attn: Bruce Kemp, City Marshal
39-13 Bell Blvd.
Bayside, NY 11361-0521

City of New York
Attn: Bruce Kemp, City Marshal
P.O. Box 521
Bayside, NY 11361-0521

Charles Gary, Esq.
300 Motor Parkway, Suite 205
Hauppauge, NY 11788

Consolidated Edison Company
JAF Station
P.O. Box 1702
New York, NY 10116-1702

DEP/BCS Customer Service
P.O. Box 739055
Elmhurst, NY 11373-9055

Dominic Famulari, Esq.
6741 3rd Avenue
Brooklyn, NY 11374

Donaldson & Chilliest, LLP
Attn: Anthony S. Chilliest, Esq.
1825 Park Avenue, Suite 1102
New York, NY 10035

Elliot Robinson
970 Jefferson Avenue
Brooklyn, NY 11211

Elliot Robinson
c/o Voras Enterprise Inc.
132 Ralph Avenue
Brooklyn, NY 11233

Ever-Ready Fire Sprinkler, Inc.
P.O. Box 20270
Floral Park, NY 11002

Falcon Power Installers
953 E. 85th Street
Brooklyn, NY 11236

Henry A. Anthon, CPA
25 Eastern Pkwy
Brooklyn, NY 11238

Him & Her Salon, LLC
Attn: Manager
619 Throop Ave., Suite 501
Brooklyn, NY 11216

Him & Her Salon, LLC
c/o Lustrin Tetelman Adler, LLP
Attn: Alan J. Lustrin, Esq.
450 Seventh Avenue, 40th Floor
New York, NY 10123

Imperial Fire Protection Systems
P.O. Box 1111
Long Island City, NY 11101

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeffrey E. Dunston
40 Dekoven Court
Brooklyn, NY 11230

Jeffrey E. Dunston
c/o Voras Enterprise Inc.
132 Ralph Avenue
Brooklyn, NY 11233

Lisa Boyd
216 Clark Avenue
Ocean Grove, NJ 07756

Lisa Boyd
c/o Voras Enterprise Inc.
132 Ralph Avenue
Brooklyn, NY 11233

Metro Urgent Medical Care of Brooklyn PLLC
Attn: Office Manager
619 Throop Avenue, Unit B
Brooklyn, NY 11216

Metro Urgent Medical Care of Brooklyn PLLC
c/o McCulloh & Kelliher, PLLC
Attn: Thomas D. Kelliher, Esq.
974 Little East Neck Road
West Babylon, NY 11704

Nathaniel Montgomery
c/o Voras Enterprise Inc.
132 Ralph Avenue
Brooklyn, NY 11233

National Grid
300 Erie Blvd. W.
Syracuse, NY 13202

New York City Law Department
Tax & Bankruptcy Litigation
100 Church Street
New York, NY 10007

New York Design Architects, LLP
Accounting Department
Attn: Melanie Puma
175 West Broadway
New York, NY 10013

New York State Attorney General's Office
120 Broadway
New York, NY 10271

New York State Charities Bureau
120 Broadway, 3rd Floor
New York, NY 10271

Northeast Brooklyn Housing Development Corp.
Attn: Mohamed Shaaban, Controller
132 Ralph Avenue
Brooklyn, NY 11233

NYC Dept. of Finance
Attn: Legal Affairs
345 Adams St., 3rd Floor
Brooklyn, NY 11201

NYC Water Board
P.O. Box 11863
Newark, NJ 07101-8163

NYS Dept. of Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 11201

Office of the United States Trustee
U.S. Federal Office Building
201 Varick St., Room 1006
New York, NY 10014

Optimum
P.O. Box 371897
Pittsburgh, PA 15250-7897

Parking Violations Bureau
210 Joralemon Avenue
Brooklyn, NY 11201

Robert Roberts
Office of Site Remediation Enforcement
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Mail Code 2272A
Washington, D.C. 20004-2004

Social Security Administration
Office of the Regional Chief Counsel, Region II
26 Federal Plaza, Room 3904
New York, NY 10278

U.S. Department of Education
50 Beale St. #8629
San Francisco, CA 94105

U.S. Department of Education
P.O. Box 5609
Greenville, TX 75403-5609

U.S. Department of Health and Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

U.S. Department of Housing and Urban Development
Attn: John Cahill, Esq.
26 Federal Plaza, Room 3500
New York, NY 10278-0068

U.S. Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey St., Suite 400
New York, NY 10281-1022

Unitec Elevator
97-20 99 Street
Ozone Park, NY 11416

United States Attorney's Office
Southern District of New York
Attn: Tax & Bankruptcy Unit
86 Chambers St., 3rd Floor
New York, NY 10007

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Woodbridge Mortgage Investment Fund 3, LLC
14225 Ventura Blvd., Suite 100
Sherman Oaks, CA 91423

Woodbridge Mortgage Investment Fund 3, LLC
c/o Halloran & Sage LLP
Attn: Richard P. Roberts, Esq.
225 Asylum Street
Hartford, CT 06103-4303