**Fill in this information to identify the case:**

Debtor name: Voras Enterprise Inc.

United States Bankruptcy Court for the: Eastern District of NY
(State)

Case number (If known): 17-45570

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

|   | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Northeast Brooklyn Housing Development Corp. 132 Ralph Ave Brooklyn, NY 11233 | Mohamed Shaaban Northeast Brooklyn Housing Development Corporation 132 Ralph Ave  Brooklyn, NY 11233 | Loan | Unliquidated | | | $922,280.48 |
| 2 | Consolidated Edison Company JAF Station P.O. Box 1702 New York, NY 10116-1702 | Bruce Kemp - Marshal City Of New York 39-13 Bell Blvd. P.O Box 521 Bayside, NY 11361-0521 | Trade Debt | | | | $48,303.48 |
| 3 | New York Design Architects, LLP 175 West Broadway New York, NY 10013 | Melanie Puma Accounting Dept. New York Design Architects, LLP 175 West Broadway New York, NY10013 | Trade Debt | | | | $57,073.68 |
| 4 | NYC Water Board PO Box 11863 Newark, NJ 07101-8163 | DEP/BCS Customer Service PO Box 739055 Elmhurst, NY 11373-9055 | Trade Debt | | | | $22,002.74 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____Voras Enterprise Inc._____   Case number (*if known*)_____
     *Name*

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |