UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                          Chapter 11

VORAS ENTERPRISE INC.,                                          Case No. 17-45570

        Debtor.

------------------------------------------------------------x

## CORPORATE OWNERSHIP AND DISCLOSURE STATEMENT

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1073-3 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York, the Debtor certifies that there is no corporation that, directly or indirectly, owns 10% or more of any class of the equity interest in the Debtor.

Dated: New York, New York
       October 26, 2017

                                                   Jeffrey E. Dunston
                                                   *President and Chief Executive Officer of*
                                                   *Voras Enterprise Inc.*