EXHIBIT "B"

## DEBTOR'S TWENTY (20) LARGEST UNSECURED CREDITORS

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of Lien | Amount of Claim | C U D (If contingent, enter C; if unliquidated, enter U; if disputed, enter D.) |
|---|---|---|---|---|
| Northeast Brooklyn Housing Development Corp. 132 Ralph Ave Brooklyn, NY 11233 | Mohamed Shaaban Northeast Brooklyn Housing Development Corporation 132 Ralph Ave. Brooklyn, NY 11233 mshaaban@nebhdco.org | Loan | $922,280.48 | U |
| Consolidated Edison Company JAF Station P.O. Box 1702 New York, NY 10116-1702 | Bruce Kemp - Marshal City Of New York 39-13 Bell Blvd. P.O Box 521 Bayside, NY 11361-0521 | Trade Debt | $48,303.48 | |
| New York Design Architects, LLP 175 West Broadway New York, NY 10013 | Melanie Puma Accounting Dept. New York Design Architects, LLP 175 West Broadway New York, NY 10013 | Trade Debt | $57,073.68 | |
| NYC Water Board PO Box 11863 Newark, NJ 07101-8163 | DEP/BCS Customer Service PO Box 739055 Elmhurst, NY 11373-9055 | Trade Debt | $22,002.74 | |