EXHIBIT "C"

DEBTOR'S FIVE LARGEST SECURED CREDITORS

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of Lien | Amount of Claim | C U D (If contingent, enter C; if unliquidated, enter U; if disputed, enter D.) |
|---|---|---|---|---|
| 124 NY Inc.<br>124-19 Metropolitan Avenue<br>Kew Gardens, NY 11415 | Law Offices of Alan J. Waintraub, PLLC<br>Attn: Alan J. Waintraub Esq.<br>97-17 64th Rd.<br>Rego Park, NY 11374 | Mortgage | $6,000,000.00 | C, U, D |
| NYC Dept. of Finance<br>Attn: Legal Affairs<br>345 Adams St., 3rd Floor<br>Brooklyn, NY 11201 | NYC Dept. of Finance<br>Attn: Legal Affairs<br>345 Adams St., 3rd Floor<br>Brooklyn, NY 11201 | Real Estate Taxes | Unknown | U |