EXHIBIT "D"

BALANCE SHEET

Voras Enterprise Inc (voras)

# Balance Sheet

Period = Oct 2017
Book = Accrual ; Tree = ysi_bs

|  | Current Balance |
|---|---:|
| **ASSETS** | |
| | |
| **CASH IN BANKS** | |
| Cash Commercial Rent Receipts | 647.80 |
| Replacement Reserve - Cash | 1,540,000.00 |
| Petty Cash | 2,000.00 |
| **CASH IN BANKS** | **1,542,647.80** |
| | |
| **INTERCOMPANY RECEIVABLE** | |
| D/F Throop Commercial | -5,000.00 |
| **TOTAL INTERCOMPANY RECEIVABLE** | **-5,000.00** |
| Prepaid Expense | 23,721.35 |
| Utilities Deposit | 14,322.00 |
| Escrow | 13,650.31 |
| **TOTAL OTHER CURRENT ASSEST** | **51,693.66** |
| | |
| **FIXED ASSETS** | |
| Building | 3,161,938.74 |
| Building Improvement - Commercial | 74,607.87 |
| Building Improvement - Residential | 123,933.58 |
| Furniture & Fixture | 6,710.00 |
| Land | 250,000.00 |
| Office Equipment | 1,049.97 |
| Organizational Costs | 843.00 |
| Accumulated Depreciation | -3,446.00 |
| **TOTAL FIXED ASSETS** | **3,615,637.16** |
| Dev - Architectural Costs | 98,012.00 |
| Dev - Interest Expense | 43,011.71 |
| Dev - Real Estate Taxes | 554,770.88 |
| Dev - Water & Sewer | 55,944.78 |
| Dev - Violations | 26,900.00 |
| Dev - Escrow | 45,678.30 |
| Dev - Closing Cost | 872,782.89 |
| **TOTAL CONSTRUCTION COSTS** | **1,697,100.56** |
| **TOTAL ASSETS** | **6,902,079.18** |
| | |
| **LIABILITIES** | |
| | |
| **CURRENT LIABILITIES** | |
| Accounts Payable | 863,674.57 |
| Tenant Deposit Payable | 23,250.00 |
| **TOTAL CURRENT LIABILITIES** | **886,924.57** |
| | |
| **NEBHDCO LOANS PAYABLE** | |
| NEBHDCO Capital Loans to Voras | 478,884.13 |
| **TOTAL NEBHDCO LOANS PAYABLE** | **478,884.13** |
| | |
| **BUILDING LOANS PAYABLE** | |
| Mortgage | 5,695,840.80 |
| **TOTAL BUILDING LOANS PAYABLE** | **5,695,840.80** |
| **TOTAL LIABILITIES** | **7,061,649.50** |
| | |
| **EQUITY** | |
| Retained Earnings | -602,966.67 |

Voras Enterprise Inc (voras)

# Balance Sheet

Period = Oct 2017

Book = Accrual ; Tree = ysi_bs

| | Current Balance |
|---|---|
| NEBHDCO Equity | 443,396.35 |
| **TOTAL EQUITY** | **-159,570.32** |

Wednesday, October 25, 2017
06:09 PM