EXHIBIT "E"

## SCHEDULE OF LAWSUITS

| CAPTION OF SUIT | CASE NUMBER | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|---|
| 124 NY, Inc. v. Voras Enterprise, Inc., Northeast Brooklyn Housing Development Corporation, Criminal Court of the City of New York, New York Design Architects, LLP, the People of the State of New York, the City of New York | Index No. 502040/2016 | Commercial Foreclosure | Kings County Supreme Court | Active |