**Fill in this information to identify the case:**

Debtor name __Voras Enterprise Inc._____

United States Bankruptcy Court for the: __Eastern_____ District of __NY_____
(State)

Case number (If known): __17-45570 (NHL)_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Bank of America, N.A. | Checking | 6 1 5 6 | $ 5,877.63 |
   | 3.2. _____ | _____ | ____ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**    $ 5,877.63

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____  $_____
   7.2. _____  $_____

Debtor    Voras Enterprise Inc._____    Case number (*if known*)___17-45570 (NHL)_____
                Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1._____    $_____
   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ........→    $_____
                                        face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ........→    $_____
                                        face amount              doubtful or uncollectible accounts

12. **Total of Part 3**    $_____

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1. _____    _____    $_____
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                                        % of ownership:
    15.1._____    _____%    _____    $_____
    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1._____    _____    $_____
    16.2._____    _____    $_____

17. **Total of Part 4**    $_____

    Add lines 14 through 16. Copy the total to line 83.

Debtor  Voras Enterprise Inc.                          Case number (*if known*) 17-45570 (NHL)
        Name

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ■ No. Go to Part 6.
    - ❏ Yes. Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|
    | 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
    | 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
    | 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
    | 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**                                                                                  $_____

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ❏ No
    - ❏ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ❏ No
    - ❏ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ❏ No
    - ❏ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ■ No. Go to Part 7.
    - ❏ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|
    | 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
    | 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
    | 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
    | 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
    | 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor  Voras Enterprise Inc.  
       Name  
Case number (*if known*) 17-45570 (NHL)

---

33. **Total of Part 6.**  
    Add lines 28 through 32. Copy the total to line 85.  
    $_____

34. **Is the debtor a member of an agricultural cooperative?**  
    ❏ No  
    ❏ Yes. Is any of the debtor's property stored at the cooperative?  
        ❏ No  
        ❏ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**  
    ❏ No  
    ❏ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**  
    ❏ No  
    ❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**  
    ❏ No  
    ❏ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**  
    ■ No. Go to Part 8.  
    ❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**  
    Add lines 39 through 42. Copy the total to line 86.  
    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**  
    ❏ No  
    ❏ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**  
    ❏ No  
    ❏ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ■ No. Go to Part 9.
    - ❑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____  $_____  _____  $_____
    47.2 _____  $_____  _____  $_____
    47.3 _____  $_____  _____  $_____
    47.4 _____  $_____  _____  $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____  $_____  _____  $_____
    48.2 _____  $_____  _____  $_____

49. **Aircraft and accessories**

    49.1 _____  $_____  _____  $_____
    49.2 _____  $_____  _____  $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____  $_____  _____  $_____

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                                   $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ❑ No
    - ❑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ❑ No
    - ❑ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**
    - ❏ No. Go to Part 10.
    - ■ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Office Building, Block 1856, Lot 1<br>619 Throop Avenue<br>55.2 Brooklyn, NY 11216 | Fee Owner | $_____ | Appraisal | $9,000,000.00 |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**                                                             $9,000,000.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ■ No
    - ❏ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ■ No
    - ❏ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ■ No. Go to Part 11.
    - ❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**                                                   $_____

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ❏ No
    - ❏ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ❏ No
    - ❏ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ❏ No
    - ❏ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ■ No. Go to Part 12.
    - ❏ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____
    _____ − _____ = → $_____
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____    Tax year _____    $_____
    _____    Tax year _____    $_____
    _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
    _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    Mortgage holdback agreement                               $ 1,540,000.00
    **Nature of claim**     Offset                              (approximately)
    **Amount requested**    $ 1,500,000.00 (approximately)

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____    $_____
    **Nature of claim**     _____
    **Amount requested**    $_____

76. **Trusts, equitable or future interests in property**
    _____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
    _____    $_____
    _____    $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ❏ No
    - ❏ Yes

Debtor  Voras Enterprise Inc.  
       Name

Case number (*if known*) 17-45570 (NHL)

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5,877.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................→ | | $ 9,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,500,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............ 91a. | $ 1,545,877.63 | + 91b. $ 9,000,000.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................. $ 10,545,877.63

**Fill in this information to identify the case:**

Debtor name  Voras Enterprise Inc.
United States Bankruptcy Court for the:  Eastern      District of  NY
                                                                  (State)
Case number (If known):  17-45570 (NHL)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* **Amount of claim** Do not deduct the value of collateral.
   *Column B* **Value of collateral that supports this claim**

**2.1** **Creditor's name**
124 NY Inc.

**Creditor's mailing address**
124-19 Metropolitan Ave.
Kew Gardens, NY 11415

**Creditor's email address, if known**

**Date debt was incurred**  June 3, 2015
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor, and its relative priority.
   Bank of New York (see below)
   Priority undertermined

**Describe debtor's property that is subject to a lien**
601-619 Throop Ave.
5-Story office building; currently partially occupied by businesses

**Describe the lien**  Mortgage loan

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

$ 4,460,000.00    $ 9,000,000.00

**2.2** **Creditor's name**
Bank of New York

**Creditor's mailing address**
101 Barclay Street
New York, NY 10286

**Creditor's email address, if known**

**Date debt was incurred**  July 1, 2016
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      124 NY Inc.
      Priority undertermined
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
601-619 Throop Ave.
5-Story office building; currently partially occupied by businesses

**Describe the lien**  Real Estate Taxes

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

$ 140,698.56    $ 140,698.56

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 4,600,698.56

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 1

**Fill in this information to identify the case:**

Debtor __Voras Enterprise Inc._____

United States Bankruptcy Court for the: __Eastern_____    District of __NY_____
(State)

Case number  __17-45570 (NHL)_____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** **Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** **Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  Voras Enterprise Inc.
        Name

Case number (*if known*) 17-45570 (NHL)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**
Northeast Brooklyn Housing Development Corporation
132 Ralph Avenue
Brooklyn, NY 11233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Corporate parent advances

**Date or dates debt was incurred** 8/1/15 through current
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
■ No
☐ Yes

$ 922,280.48

### 3.2
**Nonpriority creditor's name and mailing address**
Consolidated Edison
JAF Station, P.O. Box 1702
New York, NY 10116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Date or dates debt was incurred** 2017
**Last 4 digits of account number** 0 0 4 6

**Is the claim subject to offset?**
■ No
☐ Yes

$ 48,303.48

### 3.3
**Nonpriority creditor's name and mailing address**
Falcon Power Installers
953 East 85th Street
Brooklyn, NY 11236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Date or dates debt was incurred** 2015
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
■ No
☐ Yes

$ 76,073.52

### 3.4
**Nonpriority creditor's name and mailing address**
NYC Water Board
P.O. Box 11863
Newark, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Date or dates debt was incurred** 2016
**Last 4 digits of account number** 8 0 0 1

**Is the claim subject to offset?**
■ No
☐ Yes

$ 22,022.74

### 3.5
**Nonpriority creditor's name and mailing address**
National Grid
P.O. Box 1741
Newark, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
■ No
☐ Yes

$ 78.61

### 3.6
**Nonpriority creditor's name and mailing address**
New York Design Architects
175 West Broadway
New York, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** 2015
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
■ No
☐ Yes

$ 57,073.68

Debtor  Voras Enterprise Inc.
        Name

Case number (*if known*) 17-45570 (NHL)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| | New York City Office of Administrative Trials and Hearings/ Environmental Control Board<br>9 Bond St.<br>Brooklyn, NY 11201 | ☐ Contingent<br>☒ Unliquidated<br>■ Disputed<br>☐ Liquidated and neither contingent nor disputed<br>Basis for the claim: Environmental Control Board Lien | $5,000.00 |
| | Date or dates debt was incurred: November 2016<br>Last 4 digits of account number: ___ ___ ___ ___ | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| | Criminal Court of the City of New York<br>120 Schermerhorn St.<br>Brooklyn, NY 11201 | ☐ Contingent<br>☒ Unliquidated<br>■ Disputed<br>Basis for the claim: _____ | $0.00 |
| | Date or dates debt was incurred: _____<br>Last 4 digits of account number: ___ ___ ___ ___ | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| | District Attorney of Kings County<br>350 Jay Street<br>Brooklyn, NY 11201 | ☐ Contingent<br>☒ Unliquidated<br>■ Disputed<br>Basis for the claim: _____ | $0.00 |
| | Date or dates debt was incurred: _____<br>Last 4 digits of account number: ___ ___ ___ ___ | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| | City of New York Dept. of Environmental Protection Bureau of Customer Services<br>59-17 Junction Blvd.<br>Flushing, NY 11373-5108 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _____ | $0.00 |
| | Date or dates debt was incurred: _____<br>Last 4 digits of account number: ___ ___ ___ ___ | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 3.__ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| | New York Secretary of State<br>One Commerce Plaza<br>99 Washington Ave.<br>Albany, NY 12231 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _____ | $0.00 |
| | Date or dates debt was incurred: _____<br>Last 4 digits of account number: ___ ___ ___ ___ | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Voras Enterprise Inc. | Case number (*if known*) | 17-45570 (NHL) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.___ **Nonpriority creditor's name and mailing address**
MedExcel USA, Inc.
Attn: Richard Lombardo
484 Temple Hill Road, Suite 102
New Windsor, NY 12553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

$ 0.00

3.___ **Nonpriority creditor's name and mailing address**
Empire State Development d/b/a New York State
Urban Development Corporation
633 Third Ave., 37th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

$ 0.00

3.___ **Nonpriority creditor's name and mailing address**
Old Republic National Title Insurance Company
501 New Karner Road, Suite 4
Albany, NY 12205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

$ 0.00

3.___ **Nonpriority creditor's name and mailing address**
New York State Department of Tax and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

$ 0.00

3.___ **Nonpriority creditor's name and mailing address**
New York City Housing Authority
787 Atlantic Avenue, 2nd Floor
Brooklyn, NY 11238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

$ 0.00

## Part 2: Additional Page

| | |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |

3.___ **Nonpriority creditor's name and mailing address**
New York City Housing Preservation and Development
100 Gold Street
New York, NY 10038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 0.00

---

3.___ **Nonpriority creditor's name and mailing address**
New York State Dept. of Health
Corning Tower
Empire State Plaza
Albany, NY 11237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 0.00

---

3.___ **Nonpriority creditor's name and mailing address**
New York City Dept. of Buildings
280 Broadway, 5th Floor
New York, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 0.00

---

3.___ **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ _____

---

3.___ **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ _____

Debtor   Voras Enterprise Inc.
         _____
         Name

Case number (*if known*)  17-45570 (NHL)

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b.  + | $ 1,130,832.51 |
| 5c. **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $ 1,130,832.51 |

**Fill in this information to identify the case:**

Debtor name: Voras Enterprise Inc.

United States Bankruptcy Court for the: Eastern District of NY (State)

Case number (If known): 17-45570 (NHL)    Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Rent Lease (Unit B) | Metro Urgent Medical Care |
| | | | Attn: Office Manager |
| | | | 619 Throop Avenue, Unit B |
| | State the term remaining | 7 years | Brooklyn, NY 11216 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Rent Lease (Unit A) | Bedford Stuyvesant Family Center |
| | | | Attn: Office Manager |
| | | | 619 Throop Avenue, Unit A |
| | State the term remaining | 2 years | Brooklyn, NY 11216 |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Rent Lease | Brooklyn Legal Services Corporation A |
| | | | Attn: J. Hoffman, COO |
| | | | 619 Throop Avenue, Suite 300 |
| | State the term remaining | 1 year; 5-year extension | Brooklyn, NY 11216 |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Rent Lease | Him & Her Salon, LLC |
| | | | 619 Throop Avenue, Suite 501 |
| | | | Brooklyn, NY 11216 |
| | State the term remaining | 10 years | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Rent Lease | New Cingular Wireless PCS, LLC |
| | | | 575 Morosgo Drive, 13F West Tower |
| | | | Atlanta, GA 30324 |
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Voras Enterprise Inc._____

United States Bankruptcy Court for the: __Eastern_____  District of __NY_____
(State)

Case number (If known): __17-45570 (NHL)_____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors                                                      12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ Street <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ Street <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ Street <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _____ | _____ Street <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | _____ Street <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name __Voras Enterprise Inc.__

United States Bankruptcy Court for the: __Eastern__  District of __NY__
(State)

Case number (If known): __17-45570 (NHL)__

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ 9,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... $ 1,545,877.63

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................... $ 10,545,877.63

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ $ 4,600,698.56

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ + $ 1,130,832.51

4. **Total liabilities**......................................................................................................... $ 5,731,531.07
   Lines 2 + 3a + 3b

Official Form 206Sum         **Summary of Assets and Liabilities for Non-Individuals**         page 1