UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

In re:                                                                  Case No.17-45570 (NHL)
VORAS ENTERPRISE INC.

                                                                        Chapter 11


                                    Debtor(s)
-----------------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

    JEFFREY E. DUNSTON        , undersigned debtor herein, swears as follows:


1. Debtor filed a petition under chapter _11_ of the Bankruptcy Code on _October 26, 2017_____.

2. Schedule(s) _A/B, D, E/F, G and H_ were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. [*Check applicable box*]:

   ☐ The schedules filed herewith reflect no additions or corrections to, or deletions from, list of creditors which accompanied the petition.

   ☑ Annexed hereto as Exhibit A is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

4. An amended mailing matrix is annexed hereto as Exhibit B, listing added creditors **ONLY**, in the format prescribed by Local Rule 1007-3.

***Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.***

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to the list; if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007; it will be deemed to constitute a motion for a 30-day extension of the time within any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. The motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

Dated: _11/15/17_

                                                      Debtor *(signature)*

Sworn to before me this

Day of _15th Nov._, 20 _17_

_Walter McIntyre_

Notary Public, State of New York

WALTER MCINTYRE
Notary Public, State of New York
Reg. No. 24-4717132
Qualified in Kings County
Commission Expires April 30, 20 _18_

11/15/2017

Rev. 12/1/15

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

### Instructions for Completion of Form, Pro Se Debtor(s)

Provided your bankruptcy petition was accompanied by a list of all your creditors and their addresses, Bankruptcy Rule 1007(c) allows **14 days** from the date of filing of the petition to file your schedules. Pursuant to Local Rule 1007-1(b), schedules filed after the filing of a petition must be accompanied by this affidavit.

[NOTE: To the extent that the schedules reflect changes from the list of creditors filed with the petition, the list will be deemed to have been amended. Local Rule 1009-1(a) requires that, in order for an amendment to be effective, proof of service in accordance with Local Rule 1009-1(b) must be filed with the Clerk, The amendment must be served upon the United States Trustee, the Case Trustee, and all Creditors who were added or deleted, and any other party affected by the amendment. A form of certificate of service is available from the Customer Service Representative in the Clerk's Office.]

**In re:**    Name(s) of debtor(s) as it/they appear on the petition.

**Case No.:**    The bankruptcy case number assigned at the time of filing of the petition, including the three digit judge code – **EXAMPLE: 03-10345-353**

**Chapter:**    The bankruptcy chapter under which relief is being sought (7, 9, 11, 12, 13 or 15)
**Debtor:**    Name(s) of debtor(s) signing affidavit.

**Schedule(s):** Specify schedule(s) affidavit related to **(D and/or E/F)**

**Check applicable box:** Check the first box if there have been no changes to the list of creditors originally filed. If creditors have been added or deleted, or if corrections have been made, check the second box, and attach a listing of all such creditors. The nature of the change must be indicated for each creditor listed.

**Matrix:**    If creditors have been added, an amended matrix must be submitted, listing added creditors **ONLY.**
**Signature:** The form must be signed by the debtor(s). The date of the signing must be indicated at the prompt on the lower left of the form.

**Sworn to:**   You must have the form notarized before presenting it to the Court.

**FEE:**    A **$30 fee is due**, if creditors have been *added to or deleted* from the list of creditors originally filed. **[Changing of a creditor's address does NOT require payment of a fee.]**

**SERVICE OF NOTICE:** If creditors have been added, you are responsible for mailing to each such creditor a copy of the notice that the Court issued (and which should have previously been mailed to you) advising of the filing of the case, the meeting of creditors and the fixing of certain deadlines. You should file a certificate of service of the notice along with the schedules. [NOTE: A form of certificate of service is available at the Clerk's Office.]

## Exhibit A

**Added Creditors:**

Bank of New York
101 Barclay Street
New York, NY 10286

Bedford Stuyvesant Family Center
Attn: Office Manager
619 Throop Avenue, Unit A
Brooklyn, NY 11216

Brooklyn Legal Services Corporation A
Attn: J. Hoffman, COO
619 Throop Avenue, Suite 300
Brooklyn, NY 11216

City of New York Dept. of Environmental Protection
Bureau of Customer Services
59-17 Junction Blvd.
Flushing, NY 11373-5108

Criminal Court of the City of New York
120 Schermerhorn St.
Brooklyn, NY 11201

District Attorney of Kings County
350 Jay St.
Brooklyn, NY 11201

Falcon Power Installers
953 East 85th Street
Brooklyn, NY 11236

Him & Her Salon, LLC
619 Throop Avenue, Suite 501
Brooklyn, NY 11216

Internal Revenue Service
Bankruptcy Unit
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Ivan W. Harper, CPA
1322 Carroll Street
Brooklyn, NY 11233

Lisa Boyd
126 Clark Ave.
Ocean Grove, NJ 07756

MedExcel USA, Inc.
Attn: Richard Lombardo
484 Temple Hill Road, Suite 102
New Windsor, NY 12553

Nathaniel Montgomery
497 Division Ave.
Carlstadt, NJ 07072

National Grid
P.O. Box 1741
Newark, NJ 07101

New Cingular Wireless PCS, LLC
575 Morosgo Drive, 13F West Tower
Atlanta, GA 30324

New York City Dept. of Buildings
280 Broadway, 5th Floor
New York, NY 10007

New York City Housing Authority
787 Atlantic Avenue, 2nd Floor
Brooklyn, NY 11238

New York City Housing Preservation and Development
100 Gold St.
New York, NY 10038

New York City Office of Administrative
Trials and Hearings/Environmental Control Board
9 Bond St.
Brooklyn, NY 11201

New York Secretary of State
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231

New York State Dept. of Health
Corning Tower
Empire State Plaza
Albany, NY 11237

New York State Department of Tax and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Novack Burnbaum Crystal LLP
Attn: Howard C. Crystal, Esq.
675 Third Avenue
New York, NY 10017

Old Republic National Title Insurance Company
501 New Karner Road, Suite 4
Albany, NY 12205

**Corrected Creditors:**

Consolidated Edison
JAF Station
P.O. Box 1702
New York, NY 10016

New York Design Architects
175 West Broadway
New York, NY 10013

Northeast Brooklyn Housing Development Corporation
132 Ralph Avenue
Brooklyn, NY 11233

NYC Water Board
P.O. Box 11863
Newark, NJ 07101

**Exhibit B**

Bank of New York
101 Barclay Street
New York, NY 10286

Bedford Stuyvesant Family Center
Attn: Office Manager
619 Throop Avenue, Unit A
Brooklyn, NY 11216

Brooklyn Legal Services Corporation A
Attn: J. Hoffman, COO
619 Throop Avenue, Suite 300
Brooklyn, NY 11216

City of New York Dept. of Environmental Protection
Bureau of Customer Services
59-17 Junction Blvd.
Flushing, NY 11373-5108

Criminal Court of the City of New York
120 Schermerhorn St.
Brooklyn, NY 11201

District Attorney of Kings County
350 Jay St.
Brooklyn, NY 11201

Falcon Power Installers
953 East 85th Street
Brooklyn, NY 11236

Him & Her Salon, LLC
619 Throop Avenue, Suite 501
Brooklyn, NY 11216

Internal Revenue Service
Bankruptcy Unit
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Ivan W. Harper, CPA
1322 Carroll Street
Brooklyn, NY 11233

Lisa Boyd
126 Clark Ave.
Ocean Grove, NJ 07756

MedExcel USA, Inc.
Attn: Richard Lombardo
484 Temple Hill Road, Suite 102
New Windsor, NY 12553

Nathaniel Montgomery
497 Division Ave.
Carlstadt, NJ 07072

National Grid
P.O. Box 1741
Newark, NJ 07101

New Cingular Wireless PCS, LLC
575 Morosgo Drive, 13F West Tower
Atlanta, GA 30324

New York City Dept. of Buildings
280 Broadway, 5th Floor
New York, NY 10007

New York City Housing Authority
787 Atlantic Avenue, 2nd Floor
Brooklyn, NY 11238

New York City Housing Preservation and Development
100 Gold St.
New York, NY 10038

New York City Office of Administrative
Trials and Hearings/Environmental Control Board
9 Bond St.
Brooklyn, NY 11201

New York Secretary of State
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231

New York State Dept. of Health
Corning Tower
Empire State Plaza
Albany, NY 11237

New York State Department of Tax and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Novack Burnbaum Crystal LLP
Attn: Howard C. Crystal, Esq.
675 Third Avenue
New York, NY 10017

Old Republic National Title Insurance Company
501 New Karner Road, Suite 4
Albany, NY 12205