**Fill in this information to identify the case:**

Debtor name ___Voras Enterprise Inc.___

United States Bankruptcy Court for the: ___Eastern___ District of ___NY___
(State)

Case number (If known): ___17-45570 (NHL)___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $_____ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America, N.A. | Checking | 6  1  5  6 | $ 5,877.63 |
| 3.2. | | ___  ___  ___  ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. | $_____ |
| 4.2. | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 5,877.63

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $_____ |
| 7.2. | $_____ |

| Debtor | Voras Enterprise Inc. | Case number (*if known*) | 17-45570 (NHL) |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    $_____

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.

❑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    _____  −  _____  = ........➡    $_____
                             face amount              doubtful or uncollectible accounts

11b. Over 90 days old:       _____  −  _____  = ........➡    $_____
                             face amount              doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $_____

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

❑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.            $_____

---

Debtor    Voras Enterprise Inc.
      Name

Case number *(if known)*    17-45570 (NHL)

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | $_____ | |

---

Debtor    Voras Enterprise Inc.
          _____
          Name

Case number (*if known*) ___17-45570 (NHL)___

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Voras Enterprise Inc.

Name

Case number *(if known)*    17-45570 (NHL)

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Debtor | Voras Enterprise Inc. | Case number (if known) | 17-45570 (NHL) |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Office Building, Block 1856, Lot 1 | Fee Owner | $_____ | Appraisal | $ 9,000,000.00 |
| 619 Throop Avenue<br>55.2 Brooklyn, NY 11216 ⊞ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 9,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    Voras Enterprise Inc.
_____    Case number (if known)  17-45570 (NHL)
          Name

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

❑  No

❑  Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑  No

❑  Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑  No

❑  Yes

---

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■  No. Go to Part 12.

❑  Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____   _____  –  _____  = ➔   $_____
                               Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

**73. Interests in insurance policies or annuities**

_____

$_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Mortgage holdback agreement
_____   $ 1,540,000.00

**Nature of claim**   Offset
_____   (approximately)

**Amount requested**   $ 1,500,000.00 (approximately)

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____

$_____

**Nature of claim**   _____

**Amount requested**   $_____

**76. Trusts, equitable or future interests in property**

_____

$_____

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑  No

❑  Yes

---

| Debtor | Voras Enterprise Inc. | Case number *(if known)* | 17-45570 (NHL) |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5,877.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................➔ | | $ 9,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,500,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 1,545,877.63 | + 91b. $ 9,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. $ 10,545,877.63

**Fill in this information to identify the case:**

Debtor name __Voras Enterprise Inc.__

United States Bankruptcy Court for the: __Eastern__ District of __NY__
(State)

Case number (If known): __17-45570 (NHL)__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
124 NY Inc.

Creditor's mailing address

124-19 Metropolitan Ave.

Kew Gardens, NY 11415

Creditor's email address, if known

Date debt was incurred    June 3, 2015

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Bank of New York (see below)
Priority underdetermined

Describe debtor's property that is subject to a lien
601-619 Throop Ave.    $ 4,460,000.00    $ 9,000,000.00
5-Story office building; currently partially occupied by businesses

Describe the lien
Mortgage loan

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
Bank of New York

Creditor's mailing address
101 Barclay Street

New York, NY 10286

Creditor's email address, if known

Date debt was incurred    July 1, 2016

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   124 NY Inc.
   Priority underdetermined
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
601-619 Throop Ave.    $ 140,698.56    $ 140,698.56
5-Story office building; currently partially occupied by businesses

Describe the lien
Real Estate Taxes

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 4,600,698.56

**Fill in this information to identify the case:**

Debtor ___Voras Enterprise Inc._____

United States Bankruptcy Court for the: ___Eastern_____ District of __NY__
(State)

Case number ___17-45570 (NHL)_____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Voras Enterprise Inc. | | Case number *(if known)* | 17-45570 (NHL) |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>List All Creditors with NONPRIORITY Unsecured Claims</strong></td></tr>
</table>

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Northeast Brooklyn Housing Development Corporation

132 Ralph Avenue

Brooklyn, NY 11233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Corporate parent advances

$ 922,280.48

**Date or dates debt was incurred** 8/1/15 through current
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Consolidated Edison

JAF Station, P.O. Box 1702

New York, NY 10116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

$ 48,303.48

**Date or dates debt was incurred** 2017
**Last 4 digits of account number** 0 0 4 6

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Falcon Power Installers

953 East 85th Street

Brooklyn, NY 11236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

$ 76,073.52

**Date or dates debt was incurred** 2015
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
NYC Water Board

P.O. Box 11863

Newark, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

$ 22,022.74

**Date or dates debt was incurred** 2016
**Last 4 digits of account number** 8 0 0 1

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
National Grid

P.O. Box 1741

Newark, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

$ 78.61

**Date or dates debt was incurred**
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
New York Design Architects

175 West Broadway

New York, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

$ 57,073.68

**Date or dates debt was incurred** 2015
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
■ No
☐ Yes

Debtor    Voras Enterprise Inc.
_____    Case number (*if known*)    17-45570 (NHL)
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**

New York City Office of Administrative Trials and Hearings/
Environmental Control Board

9 Bond St.

Brooklyn, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*
$ 5,000.00

☐ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Environmental Control Board Lien

**Date or dates debt was incurred** November 2016

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

Criminal Court of the City of New York

120 Schermerhorn St.

Brooklyn, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*
$ 0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

District Attorney of Kings County

350 Jay Street

Brooklyn, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*
$ 0.00

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**
City of New York Dept. of Environmental Protection
Bureau of Customer Services ✚

59-17 Junction Blvd.

Flushing, NY 11373-5108

**As of the petition filing date, the claim is:**
*Check all that apply.*
$ 0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

New York Secretary of State

One Commerce Plaza
99 Washington Ave.

Albany, NY 12231

**As of the petition filing date, the claim is:**
*Check all that apply.*
$ 0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Voras Enterprise Inc. | Case number *(if known)* | 17-45570 (NHL) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___  **Nonpriority creditor's name and mailing address**

MedExcel USA, Inc.

Attn: Richard Lombardo
484 Temple Hill Road, Suite 102

New Windsor, NY 12553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor
   disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

3.___  **Nonpriority creditor's name and mailing address**

Empire State Development d/b/a New York State

Urban Development Corporation
633 Third Ave., 37th Floor

New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

3.___  **Nonpriority creditor's name and mailing address**

Old Republic National Title Insurance Company

501 New Karner Road, Suite 4

Albany, NY 12205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

3.___  **Nonpriority creditor's name and mailing address**

New York State Department of Tax and Finance

Bankruptcy/Special Procedures Section
P.O. Box 5300

Albany, NY 12205-0300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

3.___  **Nonpriority creditor's name and mailing address**

New York City Housing Authority

787 Atlantic Avenue, 2nd Floor

Brooklyn, NY 11238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor     Voras Enterprise Inc.
_____     Case number (*if known*)   17-45570 (NHL)
           Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___  **Nonpriority creditor's name and mailing address**

New York City Housing Preservation and Development

100 Gold Street

New York, NY 10038

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

3.___  **Nonpriority creditor's name and mailing address**

New York State Dept. of Health

Corning Tower
Empire State Plaza

Albany, NY 11237

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

3.___  **Nonpriority creditor's name and mailing address**

New York City Dept. of Buildings

280 Broadway, 5th Floor

New York, NY 10007

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

3.___  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

3.___  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

| Debtor | Voras Enterprise Inc. | | Case number *(if known)* | 17-45570 (NHL) |
|---|---|---|---|---|
| | Name | | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 1,130,832.51 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,130,832.51 |

**Fill in this information to identify the case:**

Debtor name __Voras Enterprise Inc.__

United States Bankruptcy Court for the: __Eastern__         District of __NY__
                                                                    (State)

Case number (If known): __17-45570 (NHL)__         Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Rent Lease (Unit B) | Metro Urgent Medical Care |
| | | | Attn: Office Manager |
| | | | 619 Throop Avenue, Unit B |
| | State the term remaining | 7 years | Brooklyn, NY 11216 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Rent Lease (Unit A) | Bedford Stuyvesant Family Center |
| | | | Attn: Office Manager |
| | | | 619 Throop Avenue, Unit A |
| | State the term remaining | 2 years | Brooklyn, NY 11216 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Rent Lease | Brooklyn Legal Services Corporation A |
| | | | Attn: J. Hoffman, COO |
| | | | 619 Throop Avenue, Suite 300 |
| | State the term remaining | 1 year; 5-year extension | Brooklyn, NY 11216 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Rent Lease | Him & Her Salon, LLC |
| | | | 619 Throop Avenue, Suite 501 |
| | | | Brooklyn, NY 11216 |
| | State the term remaining | 10 years | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Rent Lease | New Cingular Wireless PCS, LLC |
| | | | 575 Morosgo Drive, 13F West Tower |
| | | | Atlanta, GA 30324 |
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Voras Enterprise Inc.__

United States Bankruptcy Court for the: __Eastern__ District of __NY__
(State)

Case number (If known): __17-45570 (NHL)__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Voras Enterprise Inc.___ __ __ __ __ __ __ __ __ __ __ __ __ __ __ _

United States Bankruptcy Court for the: ___Eastern___ District of __NY__
                                                                   (State)
Case number (If known): ___17-45570 (NHL)___

❑ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...............................................................................

   $ 9,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................

   $ 1,545,877.63

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................

   $ 10,545,877.63

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................

   $ 4,600,698.56

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................

   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................

   + $ 1,130,832.51

4. **Total liabilities**...................................................................................................................................................
   Lines 2 + 3a + 3b

   $ 5,731,531.07

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

In re:                                                                                  Case No. 17-45570 (NHL)
VORAS ENTERPRISE INC.

                                                                                        Chapter 11



                                              Debtor(s)
-----------------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)


      JEFFREY E. DUNSTON                , undersigned debtor herein, swears as follows:


1. Debtor filed a petition under chapter __11__ of the Bankruptcy Code on __October 26, 2017_____.

2. Schedule(s) __A/B, D, E/F, G and H__ were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. [*Check applicable box*]:

   ☐   The schedules filed herewith reflect no additions or corrections to, or deletions from, list of creditors which accompanied the petition.

   ☑   Annexed hereto as <u>Exhibit A</u> is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

4. An amended mailing matrix is annexed hereto as <u>Exhibit B</u>, listing added creditors **ONLY**, in the format prescribed by Local Rule 1007-3.

***Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.***

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to the list; if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007; it will be deemed to constitute a motion for a 30-day extension of the time within any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. The motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

Dated: __11/15/17_____

                                                   Debtor *(signature)*

Sworn to before me this

Day of __15th Nov.__, 20 __17__
_____
Notary Public, State of New York

            WALTER MCINTYRE
            Notary Public, State of New York
            Reg. No. 24-4717132
            Qualified in Kings County
            Commission Expires April 30, 20 __18__

                        11/15/2017

# AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

## Instructions for Completion of Form, Pro Se Debtor(s)

Provided your bankruptcy petition was accompanied by a list of all your creditors and their addresses, Bankruptcy Rule 1007(c) allows **14 days** from the date of filing of the petition to file your schedules. Pursuant to Local Rule 1007-1(b), schedules filed after the filing of a petition must be accompanied by this affidavit.

[NOTE: To the extent that the schedules reflect changes from the list of creditors filed with the petition, the list will be deemed to have been amended. Local Rule 1009-1(a) requires that, in order for an amendment to be effective, proof of service in accordance with Local Rule 1009-1(b) must be filed with the Clerk, The amendment must be served upon the United States Trustee, the Case Trustee, and all Creditors who were added or deleted, and any other party affected by the amendment. A form of certificate of service is available from the Customer Service Representative in the Clerk's Office.]

**In re:**    Name(s) of debtor(s) as it/they appear on the petition.

**Case No.:**    The bankruptcy case number assigned at the time of filing of the petition, including the three digit judge code – **EXAMPLE: 03-10345-353**

**Chapter:**    The bankruptcy chapter under which relief is being sought (7, 9, 11, 12, 13 or 15)
**Debtor:**    Name(s) of debtor(s) signing affidavit.

**Schedule(s):** Specify schedule(s) affidavit related to **(D and/or E/F)**

**Check applicable box:** Check the first box if there have been no changes to the list of creditors originally filed. If creditors have been added or deleted, or if corrections have been made, check the second box, and attach a listing of all such creditors. The nature of the change must be indicated for each creditor listed.

**Matrix:**    If creditors have been added, an amended matrix must be submitted, listing added creditors **ONLY.**
**Signature:** The form must be signed by the debtor(s). The date of the signing must be indicated at the prompt on the lower left of the form.

**Sworn to:**    You must have the form notarized before presenting it to the Court.

**FEE:**    A **$30 fee is due**, if creditors have been ***added to or deleted*** from the list of creditors originally filed. **[Changing of a creditor's address does NOT require payment of a fee.]**

**SERVICE OF NOTICE:** If creditors have been added, you are responsible for mailing to each such creditor a copy of the notice that the Court issued (and which should have previously been mailed to you) advising of the filing of the case, the meeting of creditors and the fixing of certain deadlines. You should file a certificate of service of the notice along with the schedules. [NOTE: A form of certificate of service is available at the Clerk's Office.]

## Exhibit A

### Added Creditors:

Bank of New York
101 Barclay Street
New York, NY 10286

Bedford Stuyvesant Family Center
Attn: Office Manager
619 Throop Avenue, Unit A
Brooklyn, NY 11216

Brooklyn Legal Services Corporation A
Attn: J. Hoffman, COO
619 Throop Avenue, Suite 300
Brooklyn, NY 11216

City of New York Dept. of Environmental Protection
Bureau of Customer Services
59-17 Junction Blvd.
Flushing, NY 11373-5108

Criminal Court of the City of New York
120 Schermerhorn St.
Brooklyn, NY 11201

District Attorney of Kings County
350 Jay St.
Brooklyn, NY 11201

Falcon Power Installers
953 East 85th Street
Brooklyn, NY 11236

Him & Her Salon, LLC
619 Throop Avenue, Suite 501
Brooklyn, NY 11216

Internal Revenue Service
Bankruptcy Unit
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Ivan W. Harper, CPA
1322 Carroll Street
Brooklyn, NY 11233

Lisa Boyd
126 Clark Ave.
Ocean Grove, NJ 07756

MedExcel USA, Inc.
Attn: Richard Lombardo
484 Temple Hill Road, Suite 102
New Windsor, NY 12553

Nathaniel Montgomery
497 Division Ave.
Carlstadt, NJ 07072

National Grid
P.O. Box 1741
Newark, NJ 07101

New Cingular Wireless PCS, LLC
575 Morosgo Drive, 13F West Tower
Atlanta, GA 30324

New York City Dept. of Buildings
280 Broadway, 5th Floor
New York, NY 10007

New York City Housing Authority
787 Atlantic Avenue, 2nd Floor
Brooklyn, NY 11238

New York City Housing Preservation and Development
100 Gold St.
New York, NY 10038

New York City Office of Administrative
Trials and Hearings/Environmental Control Board
9 Bond St.
Brooklyn, NY 11201

New York Secretary of State
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231

New York State Dept. of Health
Corning Tower
Empire State Plaza
Albany, NY 11237

New York State Department of Tax and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Novack Burnbaum Crystal LLP
Attn: Howard C. Crystal, Esq.
675 Third Avenue
New York, NY 10017

Old Republic National Title Insurance Company
501 New Karner Road, Suite 4
Albany, NY 12205

**Corrected Creditors:**

Consolidated Edison
JAF Station
P.O. Box 1702
New York, NY 10016

New York Design Architects
175 West Broadway
New York, NY 10013

Northeast Brooklyn Housing Development Corporation
132 Ralph Avenue
Brooklyn, NY 11233

NYC Water Board
P.O. Box 11863
Newark, NJ 07101

## Exhibit B

Bank of New York
101 Barclay Street
New York, NY 10286

Bedford Stuyvesant Family Center
Attn: Office Manager
619 Throop Avenue, Unit A
Brooklyn, NY 11216

Brooklyn Legal Services Corporation A
Attn: J. Hoffman, COO
619 Throop Avenue, Suite 300
Brooklyn, NY 11216

City of New York Dept. of Environmental Protection
Bureau of Customer Services
59-17 Junction Blvd.
Flushing, NY 11373-5108

Criminal Court of the City of New York
120 Schermerhorn St.
Brooklyn, NY 11201

District Attorney of Kings County
350 Jay St.
Brooklyn, NY 11201

Falcon Power Installers
953 East 85th Street
Brooklyn, NY 11236

Him & Her Salon, LLC
619 Throop Avenue, Suite 501
Brooklyn, NY 11216

Internal Revenue Service
Bankruptcy Unit
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Ivan W. Harper, CPA
1322 Carroll Street
Brooklyn, NY 11233

Lisa Boyd
126 Clark Ave.
Ocean Grove, NJ 07756

MedExcel USA, Inc.
Attn: Richard Lombardo
484 Temple Hill Road, Suite 102
New Windsor, NY 12553

Nathaniel Montgomery
497 Division Ave.
Carlstadt, NJ 07072

National Grid
P.O. Box 1741
Newark, NJ 07101

New Cingular Wireless PCS, LLC
575 Morosgo Drive, 13F West Tower
Atlanta, GA 30324

New York City Dept. of Buildings
280 Broadway, 5th Floor
New York, NY 10007

New York City Housing Authority
787 Atlantic Avenue, 2nd Floor
Brooklyn, NY 11238

New York City Housing Preservation and Development
100 Gold St.
New York, NY 10038

New York City Office of Administrative
Trials and Hearings/Environmental Control Board
9 Bond St.
Brooklyn, NY 11201

New York Secretary of State
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231

New York State Dept. of Health
Corning Tower
Empire State Plaza
Albany, NY 11237

New York State Department of Tax and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Novack Burnbaum Crystal LLP
Attn: Howard C. Crystal, Esq.
675 Third Avenue
New York, NY 10017

Old Republic National Title Insurance Company
501 New Karner Road, Suite 4
Albany, NY 12205