DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Fax: (212) 682-4942
Allen G. Kadish
Harrison H.D. Breakstone
Email: akadish@dtklawgroup.com
        hbreakstone@dtklawgroup.com

*Proposed Counsel for Voras Enterprise Inc.,*
*Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                              Chapter 11

VORAS ENTERPRISE INC.,                              Case No. 17-45570 (NHL)

            Debtor.

--------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

      CHRISTIAN HANSEN, being duly sworn, deposes and says that:

      I am not a party to this action, am over 18 years of age and reside in Sunnyside, New York.

      On November 17, 2017, I served true and correct copies of the following:

      *Notice of Electronic Filing Procedure Information Regarding Meeting of Creditors* and *Notice of Chapter 11 Bankruptcy Case* [Docket No. 8];

      *Refiled Schedules and Affidavit Pursuant to Local Rule 1007-1(b)* [Docket No. 23];

      *Notice of Hearing of Motion of Voras Enterprise Inc., Debtor, for Interim and Final Orders (I) Authorizing the Use of Cash Collateral, and (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing* [Docket No. 25];

*Motion of Voras Enterprise Inc., Debtor, for Interim and Final Orders (I) Authorizing the Use of Cash Collateral, and (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing* [Docket No. 21];

*Notice of Hearing of Debtor's Motion Pursuant to 11 U.S.C. § § 105(a) and 366 of the Bankruptcy Code for Entry of an Order (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service to, or Discriminating Against the Debtor, (B) Determining Utilities are Adequately Assured of Payment, and (C) Establishing Procedures for Determining Requests for Adequate Assurance of Payment* [Docket No. 26];

*Debtor's Motion Pursuant to 11 U.S.C. § § 105(a) and 366 of the Bankruptcy Code for Entry of an Order (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service to, or Discriminating Against the Debtor, (B) Determining Utilities are Adequately Assured of Payment, and (C) Establishing Procedures for Determining Requests for Adequate Assurance of Payment* [Docket No. 22];

by first class mail on the parties identified on the service list attached as <u>Exhibit A</u>.

On November 17, 2017, I served true and correct copies of the following:

*Notice of Hearing of Motion of Voras Enterprise Inc., Debtor, for Interim and Final Orders (I) Authorizing the Use of Cash Collateral, and (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing* [Docket No. 25];

*Motion of Voras Enterprise Inc., Debtor, for Interim and Final Orders (I) Authorizing the Use of Cash Collateral, and (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing* [Docket No. 21];

*Notice of Hearing of Debtor's Motion Pursuant to 11 U.S.C. § § 105(a) and 366 of the Bankruptcy Code for Entry of an Order (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service to, or Discriminating Against the Debtor, (B) Determining Utilities are Adequately Assured of Payment, and (C) Establishing Procedures for Determining Requests for Adequate Assurance of Payment* [Docket No. 26];

*Debtor's Motion Pursuant to 11 U.S.C. § § 105(a) and 366 of the Bankruptcy Code for Entry of an Order (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service to, or Discriminating Against the Debtor, (B) Determining Utilities are Adequately Assured of Payment, and (C) Establishing Procedures for Determining Requests for Adequate Assurance of Payment* [Docket No. 22];

by first class mail on the parties identified on the service list attached as <u>Exhibit B</u>.

_____s/ Christian Hansen_____
Christian Hansen

Sworn to before me this
 17th  day of November, 2017

_____s/ Allen G. Kadish_____
Notary Public

Allen G. Kadish
Notary Public, State of New York
No. 02KA4946891
Qualified in New York County
Commission Expires April 11, 2019

**Exhibit A**
**Service List**

Bank of New York
101 Barclay Street
New York, NY 10286

District Attorney of Kings County
350 Jay St.
Brooklyn, NY 11201

Bedford Stuyvesant Family Center
Attn: Office Manager
619 Throop Avenue, Unit A
Brooklyn, NY 11216

Falcon Power Installers
953 East 85th Street
Brooklyn, NY 11236

Brooklyn Legal Services Corporation A
Attn: J. Hoffman, COO
619 Throop Avenue, Suite 300
Brooklyn, NY 11216

Him & Her Salon, LLC
619 Throop Avenue, Suite 501
Brooklyn, NY 11216

City of New York Dept. of Environmental Protection
Bureau of Customer Services
59-17 Junction Blvd.
Flushing, NY 11373-5108

Internal Revenue Service
Bankruptcy Unit
P.O. Box 7317
Philadelphia, PA 19101-7317

Consolidated Edison
JAF Station
P.O. Box 1702
New York, NY 10016

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Criminal Court of the City of New York
120 Schermerhorn St.
Brooklyn, NY 11201

Ivan W. Harper, CPA
1322 Carroll Street
Brooklyn, NY 11233

Lisa Boyd
126 Clark Ave.
Ocean Grove, NJ 07756

New York City Housing Authority
787 Atlantic Avenue, 2nd Floor
Brooklyn, NY 11238

MedExcel USA, Inc.
Attn: Richard Lombardo
484 Temple Hill Road, Suite 102
New Windsor, NY 12553

New York City Housing
Preservation and Development
100 Gold St.
New York, NY 10038

Nathaniel Montgomery
497 Division Ave.
Carlstadt, NJ 07072

New York City Office of Administrative
Trials and Hearings/Environmental Control Board
9 Bond St.
Brooklyn, NY 11201

National Grid
P.O. Box 1741
Newark, NJ 07101

New York Design Architects
175 West Broadway
New York, NY 10013

New Cingular Wireless PCS, LLC
575 Morosgo Drive, 13F West Tower
Atlanta, GA 30324

New York Secretary of State
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231

New York City Dept. of Buildings
280 Broadway, 5th Floor
New York, NY 10007

New York State Dept. of Health
Corning Tower
Empire State Plaza
Albany, NY 11237

New York State Department of Tax and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300


Northeast Brooklyn Housing
Development Corporation
132 Ralph Avenue
Brooklyn, NY 11233


Novack Burnbaum Crystal LLP
Attn: Howard C. Crystal, Esq.
675 Third Avenue
New York, NY 10017


NYC Water Board
P.O. Box 11863
Newark, NJ 07101


Old Republic National Title Insurance Company
501 New Karner Road, Suite 4
Albany, NY 12205


Stagg, Terenzi, Confusione & Wabnik, LLP
Attorneys for 124 NY, Inc.
Attn: Ronald M. Terenzi, Esq.
401 Franklin Avenue, Suite 300
Garden City, NY 11530

**Exhibit B**
**Service List**

124 NY Inc.
124-19 Metropolitan Avenue
Kew Gardens, NY 11415

City of New York
Attn: Bruce Kemp, City Marshal
39-13 Bell Blvd.
Bayside, NY 11361-0521

124 NY Inc.
c/o Law Offices of Alan J. Waintraub, PLLC
Attn: Alan J. Waintraub, Esq.
97-17 64th Road
Rego Park, NY 11374

City of New York
Attn: Bruce Kemp, City Marshal
P.O. Box 521
Bayside, NY 11361-0521

Bank of America
880 Quincey Street
Brooklyn, NY 11221

Charles Gary, Esq.
300 Motor Parkway, Suite 205
Hauppauge, NY 11788

Bedford Stuyvesant Family Health Center
Attn: Patricia Fernandez, President and CEO
1456 Fulton St.
Brooklyn, NY 11216

DEP/BCS Customer Service
P.O. Box 739055
Elmhurst, NY 11373-9055

Brooklyn Legal Service Corporation A
Attn: Executive Director
260 Broadway
Brooklyn, NY 11216

Dominic Famulari, Esq.
6741 3rd Avenue
Brooklyn, NY 11374

Brooklyn Legal Service Corporation A
c/o Patterson Belknap Webb & Tyler LLP
Attn: Robert M. Safron, Esq.
1133 Avenue of the Americas
New York, NY 10036

Donaldson & Chilliest, LLP
Attn: Anthony S. Chilliest, Esq.
1825 Park Avenue, Suite 1102
New York, NY 10035

Elliot Robinson
970 Jefferson Avenue
Brooklyn, NY 11211

Jeffrey E. Dunston
40 Dekoven Court
Brooklyn, NY 11230

Elliot Robinson
c/o Voras Enterprise Inc.
132 Ralph Avenue
Brooklyn, NY 11233

Jeffrey E. Dunston
c/o Voras Enterprise Inc.
132 Ralph Avenue
Brooklyn, NY 11233

Ever-Ready Fire Sprinkler, Inc.
P.O. Box 20270
Floral Park, NY 11002

Lisa Boyd
c/o Voras Enterprise Inc.
132 Ralph Avenue
Brooklyn, NY 11233

Henry A. Anthon, CPA
25 Eastern Pkwy
Brooklyn, NY 11238

Metro Urgent Medical Care of Brooklyn PLLC
Attn: Office Manager
619 Throop Avenue, Unit B
Brooklyn, NY 11216

Him & Her Salon, LLC
c/o Lustrin Tetelman Adler, LLP
Attn: Alan J. Lustrin, Esq.
450 Seventh Avenue, 40th Floor
New York, NY 10123

Metro Urgent Medical Care of Brooklyn PLLC
c/o McCulloh & Kelliher, PLLC
Attn: Thomas D. Kelliher, Esq.
974 Little East Neck Road
West Babylon, NY 11704

Imperial Fire Protection Systems
P.O. Box 1111
Long Island City, NY 11101

Nathaniel Montgomery
c/o Voras Enterprise Inc.
132 Ralph Avenue
Brooklyn, NY 11233

National Grid
300 Erie Blvd. W.
Syracuse, NY 13202

Office of the U.S. Trustee - Region 2
Attn: Mary Lou Martin, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

New York City Law Department
Tax & Bankruptcy Litigation
100 Church Street
New York, NY 10007

Optimum
P.O. Box 371897
Pittsburgh, PA 15250-7897

New York State Attorney General's Office
120 Broadway
New York, NY 10271

Parking Violations Bureau
210 Joralemon Avenue
Brooklyn, NY 11201

New York State Charities Bureau
120 Broadway, 3rd Floor
New York, NY 10271

Robert Roberts
Office of Site Remediation Enforcement
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Mail Code 2272A
Washington, D.C. 20004-2004

NYC Dept. of Finance
Attn: Legal Affairs
345 Adams St., 3rd Floor
Brooklyn, NY 11201

Social Security Administration
Office of the Regional Chief Counsel, Region II
26 Federal Plaza, Room 3904
New York, NY 10278

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 11201

U.S. Department of Education
50 Beale St. #8629
San Francisco, CA 94105

U.S. Department of Education
P.O. Box 5609
Greenville, TX 75403-5609

Verizon
P.O. Box 15124
Albany, NY 12212-5124

U.S. Department of Health and Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

Woodbridge Mortgage Investment Fund 3, LLC
14225 Ventura Blvd., Suite 100
Sherman Oaks, CA 91423

U.S. Department of Housing and
Urban Development
Attn: John Cahill, Esq.
26 Federal Plaza, Room 3500
New York, NY 10278-0068

Woodbridge Mortgage Investment Fund 3, LLC
c/o Halloran & Sage LLP
Attn: Richard P. Roberts, Esq.
225 Asylum Street
Hartford, CT 06103-4303

U.S. Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey St., Suite 400
New York, NY 10281-1022

Unitec Elevator
97-20 99 Street
Ozone Park, NY 11416

United States Attorney's Office
Southern District of New York
Attn: Tax & Bankruptcy Unit
86 Chambers St., 3rd Floor
New York, NY 10007