DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Fax: (212) 682-4942
Allen G. Kadish
Harrison H.D. Breakstone
Email: akadish@dtklawgroup.com
         hbreakstone@dtklawgroup.com

*Counsel for Voras Enterprise Inc.,*
*Debtor and Debtor-in-Possession*

Presentment Date:    February 7, 2018
Presentment Time:     12:00 Noon

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                                          Chapter 11

VORAS ENTERPRISE INC.,                         Case No. 1-17-45570 (NHL)

                 Debtor.

---------------------------------------------------------x

### NOTICE OF PRESENTMENT OF
### APPLICATION OF VORAS ENTERPRISE INC.,
### DEBTOR AND DEBTOR-IN-POSSESSION,
### FOR AN ORDER AUTHORIZING THE RETENTION AND
### EMPLOYMENT OF TERRACRG LLC AS LEASE BROKER

**PLEASE TAKE NOTICE** that upon the application (the "**Application**") of Voras

Enterprise Inc., debtor and debtor-in-possession (the "**Debtor**"), the Debtor seeks an order,

pursuant to sections 327 and 328(a) of the United States Bankruptcy Code (the "**Bankruptcy**

**Code**"), and Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") 2014 and 2016,

authorizing the retention and employment of TerraCRG as lease broker for the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the Application will be presented to the

Honorable Nancy H. Lord, United States Bankruptcy Judge, in Chambers, at the United States

Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Suite 1595,

Brooklyn, New York 11201-1800, for signature on Wednesday, February 7, 2018 at 12:00 Noon (the "**Presentment Date**").

 **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Application must be (i) electronically filed with the Bankruptcy Court; (ii) delivered to the Chambers of the Honorable Nancy H. Lord; (iii) served upon DiConza Traurig Kadish LLP, counsel to the Debtor, Attn: Allen G. Kadish, Esq., 630 Third Avenue, New York, New York 10017; and (iv) served upon the Office of the United States Trustee, 201 Varick Street, New York, New York 10014, so as to be filed and received no later than Wednesday, February 7, 2018 at 11:30 a.m. (the "**Objection Deadline**").

 **PLEASE TAKE FURTHER NOTICE THAT** if no objections are timely filed and served, the Debtor may, on or after the Objection Deadline, submit the Order to the Court substantially in the form annexed hereto which Order may be entered on or after the Presentment Date with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
   January 19, 2017

        DICONZA TRAURIG KADISH LLP


        By: s/ Allen G. Kadish
         Allen G. Kadish
         Harrison H.D. Breakstone
        630 Third Avenue
        New York, New York 10017
        Tel: (212) 682-4940
        Fax: (212) 682-4942
        Email: akadish@dtklawgroup.com
          hbreakstone@dtklawgroup.com

        *Counsel for Voras Enterprise Inc.,*
        *Debtor and Debtor-in-Possession*

DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Fax: (212) 682-4942
Allen G. Kadish
Harrison H.D. Breakstone
Email: akadish@dtklawgroup.com
        hbreakstone@dtklawgroup.com

*Counsel for Voras Enterprise Inc.,*
*Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                      Chapter 11

VORAS ENTERPRISE INC.,                      Case No. 1-17-45570 (NHL)

        Debtor.

---------------------------------------------------------x

## APPLICATION OF VORAS ENTERPRISE INC.,
## DEBTOR AND DEBTOR-IN-POSSESSION, FOR
## AN ORDER AUTHORIZING THE RETENTION AND
## EMPLOYMENT OF TERRACRG LLC AS LEASE BROKER

TO THE HONORABLE NANCY H. LORD,
UNITED STATES BANKRUPTCY JUDGE:

       VORAS ENTERPRISE INC., debtor and debtor-in-possession herein (the "**Debtor**"), by

its counsel, DiConza Traurig Kadish LLP, hereby files this application (the "**Application**") for

an order, pursuant to sections 327 and 328(a) of the United States Bankruptcy Code (the

"**Bankruptcy Code**"), and Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rule**")

2014 and 2016, authorizing the retention and employment of TerraCRG LLC ("**TerraCRG**"), as

lease broker for the Debtor with respect to its commercial property located at 601-619 Throop

Avenue, Brooklyn, New York 11216 (the "**Building**").  The facts and circumstances supporting

this Application are as set forth herein and in the Declaration of Ofer Cohen (the "**Declaration**")

annexed hereto as <u>Exhibit A</u>, and incorporated herein by reference.    In support of this

Application, the Debtor respectfully represents as follows:

**BACKGROUND**

1.        On October 26, 2017 (the "**<u>Petition Date</u>**"), the Debtor commenced this case by

filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.        The factual background regarding the Debtor, including its current and historical

business operations and the events precipitating the chapter 11 filing, is set forth in detail in the

First Day Declaration, and is incorporated herein by reference.

3.        The Debtor continues in possession of its property and continues to operate and

manage its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.

4.        No trustee or committee has been appointed in the case.

**<u>VORAS'S BUSINESS OPERATIONS</u>**

5.        The Debtor is a not-for-profit corporation organized under the laws of New York

on or about July 31, 2012.  The Debtor owns and operates the Building.

6.        The Building is a five-story commercial office building in the Bedford-Stuyvesant

neighborhood of Brooklyn.  It is partially leased, with commercial tenants and a roof antenna

lease.  The rehabilitation and occupancy of the Building is part of the effort to improve central

Brooklyn for residents and the business community.

7.        The Debtor's stated purpose upon its organization was, and remains, (i) owning,

developing, rehabilitating, mortgaging, leasing, maintaining and/or disposing of real property for

the purpose of accommodating and promoting commercial and charitable activities intended to

promote neighborhood revitalization and combat community deterioration; and (ii) conducting

2

any and all lawful activities which may be useful in accomplishing the foregoing purposes.

8.     The Debtor is a corporation as defined in subparagraph (a)(5) of section 102 of the New York Not-For-Profit Corporation Law ("**NPCL**") and is a Type C corporation under section 201 of the NPCL.

9.     The Debtor is organized and operated exclusively for charitable purposes described in section 501(c)(4) of Title 26 of the United States Code that qualify for exemption from federal income taxation under section 501(a) of Title 26 of the United States Code.

10.     The public or quasi-public objective to be achieved by formation of the Debtor was, and remains, to provide assistance in the improvement of the environment and quality of life of citizens in deteriorated urban areas.

## JURISDICTION, VENUE AND STATUTORY PREDICATES

11.     This Court has jurisdiction herein pursuant to 28 U.S.C. §§ 157(b)(1) and (2) and 1334.

12.     Venue is proper in this district pursuant to 28 U.S.C. § 1408.

13.     The statutory predicates for the relief sought herein are sections 327 and 328(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

## RELIEF REQUESTED

14.      By this Application, the Debtor respectfully requests that this Court enter an Order authorizing it to employ and retain Terra CRG as its lease broker, pursuant to sections 327 and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014 and 2016, to market and lease commercial space in the Building.  TerraCRG's proposed terms of engagement are set forth in that certain Exclusive Right Agreement annexed hereto as Exhibit B, and the Declaration.

15.     TerraCRG markets itself as a premier full-service specialty real estate brokerage

firm focused on Brooklyn commercial transactions.  The Debtor has determined that TerraCRG has the resources and experience necessary to represent it as real estate lease broker in this case. Given the nature of the Building and the case, the Debtor believes that the retention of TerraCRG as lease broker is appropriate.

16.     The professional services that the Debtor expects that TerraCRG will be called upon to render include, but shall not be limited to, marketing commercial space in the Building and achieving lease agreements for vacant space, subject to Order of this Court.

17.     Subject to the Court's approval of this Application, and the agreement annexed hereto as <u>Exhibit B</u>, TerraCRG has indicated that it is willing to serve as the Debtor's lease broker in this case to perform the services described above.

**TERRACRG DOES NOT HOLD OR
REPRESENT ANY ADVERSE INTERESTS**

18.     As set forth in greater detail in the Declaration filed in support herein, TerraCRG has completed a conflicts check including the review of, among others, the following entities: (a) the Debtor; and (b) the creditors and other parties including those identified in the Debtor's creditor matrix filed with the Court with the Petition, a copy of which is attached to the Declaration (collectively, the "**Potentially Interested Parties**").  TerraCRG believes its retention would not be adverse to any party, including Potentially Interested Parties.

19.     To the best of the Debtor's knowledge, based upon the Declaration and except as set forth herein, TerraCRG (a) does not hold or represent any interest adverse to the Debtor or its chapter 11 estate, their creditors or any other party-in-interest, and (b) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

20.     To the best of the Debtor's knowledge, (a) TerraCRG's connections, if any, with those parties listed as Potentially Interested Parties are disclosed in the Declaration and (b) any

professionals who will work on this matter are not relatives of the bankruptcy judge presiding over this case, the United States Trustee for this Region, or any person employed in the Office of the United States Trustee for the Eastern District of New York.

## COMPENSATION AND REIMBURSEMENT OF EXPENSES

21.     Subject to this Court's approval and in accordance with section 327 and 328(a) of the Bankruptcy Code, the Bankruptcy Rules, the United States Trustee Guidelines, other orders of this Court and the rules and other procedures that may be fixed by this Court, the Debtor requests that TerraCRG be compensated on a fixed-commission basis as reflected in the Declaration and the TerraCRG agreement annexed hereto.  Compensation would be pursuant to Order of the Court.

22.     Other than as set forth above, there is no proposed arrangement to compensate TerraCRG in connection with its services in this case.

## CONCLUSION

23.     No previous request for the relief sought herein has been made to this or any other court.

WHEREFORE, the Debtor respectfully requests that the Court enter an order substantially in the form annexed hereto (a) authorizing the Debtor to retain and employ TerraCRG as its lease broker in this case upon the terms set forth in the agreement annexed hereto as <u>Exhibit B</u>, and (b) granting such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
       January 19, 2018

DICONZA TRAURIG KADISH LLP


By:____s/ Allen G. Kadish_____
      Allen G. Kadish
      Harrison H.D. Breakstone
630 Third Avenue
New York, New York 10017
Tel:  (212) 682-4940
Fax:  (212) 682-4942
Email: akadish@dtklawgroup.com
       hbreakstone@dtklawgroup.com

*Counsel for Voras Enterprise Inc.,*
*Debtor and Debtor-in-Possession*

# **EXHIBIT A**

**Declaration of Ofer Cohen**

DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, New York 10017
Allen G. Kadish
Harrison H.D. Breakstone
Tel: (212) 682-4940
Fax: (212) 682-4942
Email: akadish@dtklawgroup.com
          hbreakstone@dtklawgroup.com

*Counsel for Voras Enterprise Inc.,*
*Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                                                       Chapter 11

VORAS ENTERPRISE INC.,                                   Case No. 1-17-45570 (NHL)

                  Debtor.

---------------------------------------------------------x

## <u>DECLARATION</u>

OFER COHEN hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, to the best of his knowledge, information and belief:

1.        I am a broker with TerraCRG LLC ("**<u>TerraCRG</u>**") and am authorized to make this declaration.  I submit this declaration in support of the application (the "**<u>Application</u>**")[1] of Voras Enterprise Inc., debtor and debtor-in-possession herein (the "**<u>Debtor</u>**"), for an order, pursuant to sections 327 and 328(a) of the United States Bankruptcy Code (the "**<u>Bankruptcy Code</u>**"), and Federal Rules of Bankruptcy Procedure (the "**<u>Bankruptcy Rule</u>**") 2014 and 2016, authorizing retention and employment of TerraCRG as lease broker for the Debtor.

2.        Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein.

---

[1]        Capitalized terms not otherwise defined shall have the meanings set forth in the Application.

3.    TerraCRG as lease broker will seek to market commercial space and achieve a lease agreement or agreements, subject to Order of this Court, for space in the building located at 601-619 Throop Avenue, Brooklyn, New York 11216 (the "**Building**"), in accordance with the Agreement annexed to the prefixed Application ("**Agreement**").

## QUALIFICATIONS

4.    TerraCRG is a premier, full-service specialty real estate brokerage firm focused solely on Brooklyn commercial transactions.  Attached hereto as Exhibit 1 is a sample of our marketing material.  Given the nature of the proposed engagement, I believe TerraCRG is qualified to serve as the Debtor's lease broker, and the Debtor believes that our retention as its lease broker is appropriate.

5.    The Debtor has determined that TerraCRG has the resources and experience necessary to represent them as real estate lease broker in this case.  Given the nature of the property and the case, the Debtor believes that the retention of TerraCRG as real estate lease broker is appropriate.

## DISINTERESTEDNESS

6.    Except as set forth herein, TerraCRG (a) does not hold or represent any interest adverse to the Debtor or its chapter 11 estate, creditors or any other party-in-interest, and (b) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

7.    In connection with preparing this declaration, I reviewed to determine any potential conflicts between TerraCRG and (a) the Debtor; and (b) the creditors and other parties identified on the list attached hereto as Exhibit 2 (the "**Potentially Interested Parties**").

8.    Except as set forth herein, TerraCRG has no relationships or connections with any of the Potentially Interested Parties.

2

rent, (iii) 4% of the third year's rent , (iv) 3% of the fourth year's rent, (v) 2% of the fifth year's rent, and (vi) 2% of the sixth and subsequent year's rent.  Commissions are to be calculated against the base rent as set forth in the Agreement.  Commissions are to be paid 50% upon signing and 50% after tenant's payment of the fourth month's rent, after the free rent period, if any.  The Application seeks approval of the Agreement which also has terms for co-brokerage payments to the extent of the participation of co-brokers.

13.    Other than as set forth herein and in the Agreement, there is no proposed arrangement to compensate TerraCRG.  No promises have been received by us as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code as stated herein and in the Agreement.  I understand that compensation is subject to order of this Court.

14.    By reason of the foregoing, I believe that TerraCRG is eligible to be retained as lease broker to the Debtor in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        December 21, 2017

_____
Ofer Cohen

# EXHIBIT 1

**Promotional Package**





VOLUME

# $1 Billion
in deals closed since 2015

# 8+
languages

# 5 INVESTMENT SALES TEAMS

# 36 TEAM MEMBERS

# 2 OFFICE/RETAIL LEASE TEAMS

# 75+
transactions closed annually

# 16,000
Email subscribers

# 10 YEARS
well-established relationships

# 1 BOROUGH

 TERRACRG

PROCESS

| CONNECTIVITY | NOTABLE CLIENTS |
|---|---|

# #1 on Google

in Brooklyn Commercial Real Estate

## 16,000+
BUYER DATABASE

## 150+
MEDIA PARTNERS

International Interest From

United Kingdom     Canada
China     Italy
Israel     France
Brazil     Greece

## 2500+
social media followers















## MARKETING

| DIGITAL | PRINT | PRESS |
|---------|-------|-------|
| Webpage | | Dedicated PR team |
| Online Advertising | | Go-to resource for reporters |
| Social Media | | Weekly press mentions |
| Email Distribution | | |









Marketing Collateral

Direct Mail

Print Advertising

Custom Signage









ONLY BROOKLYN

# The 8th Annual Brooklyn Real Estate Conference

Wednesday, May 16, 2018 | BAM Brooklyn



# 1 DAY
# 600 ATTENDEES
# 40 SPEAKERS
# 10 PANELS
# Only Brooklyn®

- Since 2010, TerraCRG has hosted the borough's most engaging and relevant Only Brooklyn.® Real Estate Conference, gathering 600+ real estate players to discuss the future of one of the most powerful submarkets in the country.

- The conference features curated panel topics that revolve around current real estate projects, trends and issues happening throughout Brooklyn.

View 2017 conference videos, highlights, line-up and more at onlybklyn.com.

MARKET REPORT

## Commercial Sales in the Brooklyn Market | 2017 Annual Report

Most asset classes saw price increases, and total transactional volume remain steady.

| Region | Multifamily | | Mixed-Use | | Development | | Retail | | Industrial/Office | | Other | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # of transactions | | # of transactions | | # of transactions | | # of transactions | | # of transactions | | # of transactions | # of transactions |
| Bed-Stuy/Bushwick/Crown Heights | $392,044,419 | 120 | $175,768,426 | 103 | $210,523,302 | 77 | $21,674,707 | 7 | $20,800,000 | 5 | $26,049,000 | 12 | $846,859,854 | 323 |
| Central Brooklyn | $211,377,075 | 44 | $192,024,638 | 108 | $116,711,200 | 47 | $101,799,230 | 25 | $55,040,000 | 17 | $97,673,155 | 22 | $774,625,298 | 263 |
| East Brooklyn | $62,274,486 | 36 | $42,326,205 | 48 | $32,469,682 | 20 | $24,795,000 | 16 | $53,111,568 | 13 | $152,376,718 | 22 | $367,353,659 | 170 |
| Greater Downtown Brooklyn | $414,552,214 | 44 | $159,627,435 | 43 | $309,620,625 | 29 | $4,775,000 | 3 | $892,842,262 | 18 | $636,575,000 | 21 | $2,417,992,536 | 148 |
| North Brooklyn | $229,832,000 | 46 | $115,741,112 | 59 | $241,880,350 | 35 | $42,715,000 | 10 | $100,945,000 | 14 | $213,400,000 | 6 | $944,518,462 | 136 |
| South Brooklyn | $91,127,337 | 13 | $47,669,500 | 12 | $63,287,778 | 20 | $52,439,287 | 24 | $2,940,000 | 3 | $74,726,394 | 23 | $332,190,246 | 131 |
| West Brooklyn | $228,279,500 | 51 | $167,346,198 | 84 | $35,614,750 | 15 | $100,330,000 | 19 | $73,245,000 | 11 | $34,024,971 | 9 | $638,840,419 | 189 |
| 2017 Dollar Volume | $1,629,492,031 | 354 | $900,503,514 | 456 | $1,010,107,637 | 258 | $348,528,224 | 96 | $1,198,923,830 | 81 | $1,234,825,238 | 115 | $6,322,380,474 | 1359 |
| 2016 Dollar Volume | $2,690,284,125 | 454 | $1,135,887,420 | 523 | $1,617,504,361 | 214 | $282,690,942 | 65 | $787,406,097 | 99 | $1,246,486,697 | 152 | $7,760,263,642 | 1507 |
| Y/Y Dollar Volume | -39% | | -21% | | -38% | | +23% | | +52% | | -1% | | -19% | |
| Y/Y # of Transactions | -22% | | -13% | | +21% | | +48% | | -18% | | -24% | | -10% | |



PHILANTHROPY

As a market leader and local Brooklyn company, it is with great pride that TerraCRG supports the following community organizations and institutions:

| | |
|---|---|
| ARTS GOWANUS | BROOKLYN MUSEUM |
| BEDFORD STUYVESANT RESTORATION PLAZA | BROOKLYN NAVY YARD |
| BOY SCOUTS OF AMERICA | CONCORDIA CONSERVATORY |
| BRIC \| ARTS MEDIA | DOWNTOWN BROOKLYN PARTNERSHIP |
| BROOKLYN ARTS COUNCIL | FRANKLIN FURNACE |
| BROOKLYN CHAMBER OF COMMERCE | FRESH AIR FUND |
| BROOKLYN CHILDREN'S MUSEUM | ONE BROOKLYN FUND |
| BROOKLYN GREENWAY INITIATIVE | OPPORTUNITIES FOR A BETTER TOMORROW |
| BROOKLYN HEIGHTS JEWISH ACADEMY | REBNY |
| BROOKLYN HISTORICAL SOCIETY | SOUTHWEST BROOKLYN INDUSTRIAL DEVELOPMENT CORPORATION |
| THE BROOKLYN HOSPITAL FOUNDATION | ST. NICK'S ALLIANCE |
| BROOKLYN KINDERGARTEN SOCIETY | |





# EXHIBIT 2

## Potentially Interested Parties

124 NY Inc.
124-19 Metropolitan Avenue
Kew Gardens, NY 11415

124 NY Inc.
c/o Law Offices of Alan J. Waintraub,
PLLC
Attn: Alan J. Waintraub, Esq.
97-17 64th Road
Rego Park, NY 11374

Bank of America
880 Quincey Street
Brooklyn, NY 11221

Bank of New York
101 Barclay Street
New York, NY 10286

Bedford Stuyvesant Family Center
Attn: Office Manager
619 Throop Avenue, Unit A
Brooklyn, NY 11216

Bedford Stuyvesant Family Health Center
Attn: Patricia Fernandez, President and CEO
1456 Fulton St.
Brooklyn, NY 11216

Brooklyn Legal Service Corporation A
Attn: Executive Director
260 Broadway
Brooklyn, NY 11216

Brooklyn Legal Services Corporation A
Attn: J. Hoffman, COO
619 Throop Avenue, Suite 300
Brooklyn, NY 11216

Brooklyn Legal Service Corporation A
c/o Patterson Belknap Webb & Tyler LLP
Attn: Robert M. Safron, Esq.
1133 Avenue of the Americas
New York, NY 10036

Cablevision/Optimum
P.O. Box 371378
Pittsburgh, PA 15250-7378

Charles Gary, Esq.
300 Motor Parkway, Suite 205
Hauppauge, NY 11788

City of New York
Attn: Bruce Kemp, City Marshal
39-13 Bell Blvd.
Bayside, NY 11361-0521

City of New York
Attn: Bruce Kemp, City Marshal
P.O. Box 521
Bayside, NY 11361-0521

City of New York Dept. of Environmental
Protection Bureau of Customer Services
59-17 Junction Blvd.
Flushing, NY 11373-5108

Consolidated Edison Company
JAF Station
P.O. Box 1702
New York, NY 10116-1702

Consolidated Edison Company of New
York, Inc.
Attn: Leon Z. Mener, Esq.
4 Irving Place, Room 1875S
New York, NY 10003

Criminal Court of the City of New York
120 Schermerhorn St.
Brooklyn, NY 11201

Deguerre Law Firm, P.C.
Attn: Anthony DeGuerre, Esq.
25 Hyatt Street, Suite 201
Staten Island, NY 10301

DEP/BCS Customer Service
P.O. Box 739055
Elmhurst, NY 11373-9055

District Attorney of Kings County
350 Jay St.
Brooklyn, NY 11201

Dominic Famulari, Esq.
6741 3rd Avenue
Brooklyn, NY 11374

Donaldson & Chilliest, LLP
Attn: Anthony S. Chilliest, Esq.
1825 Park Avenue, Suite 1102
New York, NY 10035

Elliot Robinson
970 Jefferson Avenue
Brooklyn, NY 11211

Elliot Robinson
c/o Voras Enterprise Inc.
132 Ralph Avenue
Brooklyn, NY 11233

Ever-Ready Fire Sprinkler, Inc.
P.O. Box 20270
Floral Park, NY 11002

Empire State Development d/b/a New York
State Urban Development Corporation
633 Third Avenue, 37th Floor
New York, NY 10017

Ever-Ready Fire Sprinkler, Inc.
P.O. Box 20270
Floral Park, NY 11002

Falcon Power Installers
953 E. 85th Street
Brooklyn, NY 11236

Henry A. Anthon, CPA
25 Eastern Pkwy
Brooklyn, NY 11238

Him & Her Salon, LLC
Attn: Manager
619 Throop Ave., Suite 501
Brooklyn, NY 11216

Him & Her Salon, LLC
c/o Lustrin Tetelman Adler, LLP
Attn: Alan J. Lustrin, Esq.
450 Seventh Avenue, 40th Floor
New York, NY 10123

Imperial Fire Protection Systems
P.O. Box 1111
Long Island City, NY 11101

Internal Revenue Service
Bankruptcy Unit
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Ivan W. Harper, CPA
1322 Carroll Street
Brooklyn, NY 11233

Jeffrey E. Dunston
40 Dekoven Court
Brooklyn, NY 11230

Jeffrey E. Dunston
c/o Voras Enterprise Inc.
132 Ralph Avenue
Brooklyn, NY 11233

Lisa Boyd
216 Clark Avenue
Ocean Grove, NJ 07756

Lisa Boyd
c/o Voras Enterprise Inc.
132 Ralph Avenue
Brooklyn, NY 11233

MedExcel USA, Inc.
Attn: Richard Lombardo
484 Temple Hill Road, Suite 102
New Windsor, NY 12553

Metro Urgent Medical Care of Brooklyn
PLLC
Attn: Office Manager
619 Throop Avenue, Unit B
Brooklyn, NY 11216

Metro Urgent Medical Care of Brooklyn
PLLC
c/o McCulloh & Kelliher, PLLC
Attn: Thomas D. Kelliher, Esq.
974 Little East Neck Road
West Babylon, NY 11704

MTAG Services, LLC
P.O. Box 360955
Pittsburgh, PA 15251-6955

Nathaniel Montgomery
497 Division Ave.
Carlstadt, NJ 07072

Nathaniel Montgomery
c/o Voras Enterprise Inc.
132 Ralph Avenue
Brooklyn, NY 11233

National Grid
300 Erie Blvd. W.
Syracuse, NY 13202

National Grid
P.O. Box 11741
Newark, NJ 07101

New Cingular Wireless PCS, LLC
575 Morosgo Drive, 13F West Tower
Atlanta, GA 30324

New York City Dept. of Buildings
280 Broadway, 5th Floor
New York, NY 10007

New York City Housing Authority
787 Atlantic Avenue, 2nd Floor
Brooklyn, NY 11238

New York City Housing
Preservation and Development
100 Gold St.
New York, NY 10038

New York City Law Department
Tax & Bankruptcy Litigation
100 Church Street
New York, NY 10007

New York City Office of Administrative
Trials and Hearings/Environmental Control
Board
9 Bond St.
Brooklyn, NY 11201

New York Design Architects, LLP
Accounting Department
Attn: Melanie Puma
175 West Broadway
New York, NY 10013

New York Secretary of State
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231

New York State Attorney General's Office
120 Broadway
New York, NY 10271

New York State Charities Bureau
120 Broadway, 3rd Floor
New York, NY 10271

New York State Dept. of Health
Corning Tower
Empire State Plaza
Albany, NY 11237

Northeast Brooklyn Housing Development
Corp.
132 Ralph Avenue
Brooklyn, NY 11233

Novack Burnbaum Crystal LLP
Attn: Howard C. Crystal, Esq.
675 Third Avenue
New York, NY 10017

NYC Dept. of Finance
Attn: Legal Affairs
345 Adams St., 3rd Floor
Brooklyn, NY 11201

NYC Water Board
P.O. Box 11863
Newark, NJ 07101-8163

NYS Dept. of Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 11201

Office of the United States Trustee
U.S. Federal Office Building
201 Varick St., Room 1006
New York, NY 10014

Old Republic National Title Insurance
Company
501 New Karner Road, Suite 4
Albany, NY 12205

Optimum
P.O. Box 371897
Pittsburgh, PA 15250-7897

Parking Violations Bureau
210 Joralemon Avenue
Brooklyn, NY 11201

Robert Roberts
Office of Site Remediation Enforcement
Office of Enforcement and Compliance
Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Mail Code 2272A
Washington, D.C. 20004-2004

Social Security Administration
Office of the Regional Chief Counsel,
Region II
26 Federal Plaza, Room 3904
New York, NY 10278

Stagg, Terenzi, Confusione & Wabnik, LLP
Attorneys for 124 NY, Inc.
Attn: Ronald M. Terenzi, Esq.
401 Franklin Avenue, Suite 300
Garden City, NY 11530

U.S. Department of Education
50 Beale St. #8629
San Francisco, CA 94105

U.S. Department of Education
50 United Nations Plaza
San Francisco, CA 94105

U.S. Department of Education
P.O. Box 5609
Greenville, TX 75403-5609

U.S. Department of Health and Human
Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

U.S. Department of Housing and Urban
Development
Attn: John Cahill, Esq.
26 Federal Plaza, Room 3500
New York, NY 10278-0068

U.S. Securities and Exchange Commission
Brookfield Place
200 Vesey St., Suite 400
New York, NY 10281-1022

Unitec Elevator
97-20 99 Street
Ozone Park, NY 11416

United States Attorney's Office
Southern District of New York
Attn: Tax & Bankruptcy Unit
86 Chambers St., 3rd Floor
New York, NY 10007

Woodbridge Mortgage Investment Fund 3,
LLC
14225 Ventura Blvd., Suite 100
Sherman Oaks, CA 91423

Woodbridge Mortgage Investment Fund 3,
LLC
c/o Halloran & Sage LLP
Attn: Richard P. Roberts, Esq.
225 Asylum Street
Hartford, CT 06103-4303

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Hon. Carla E. Craig, Chief Judge
Hon. Nancy Hershey Lord
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

Hon. Robert E. Grossman
Hon. Louis A. Scarcella
Hon. Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

Christine H. Black
Janease Clarke
William E. Curtin
Leiden Czarniecki
Chevonne Ducille
Nazar Khodorovsky
Marylou Martin
Lynda A. Rettagliata
Robert Stavis
Rachel Weinberger
Office of The United States Trustee
201 Varick Street
Suite 1006
New York, NY 10014

## EXHIBIT B

**Exclusive Right Agreement**



## Exclusive Right Agreement
### 619 Throop Avenue, Brooklyn NY 11216

December 13, 2017

Voras Enterprise Inc.
Jeffrey Dunston

132 Ralph Avenue

Brooklyn, NY 11233

This Exclusive Right Agreement (the "Agreement") sets forth the agreement between **Voras Enterprise Inc.** (Landlord) and **TerraCRG LLC** a Licensed Real Estate Broker ("Listing Broker") with respect to the property at 619 Throop Avenue, Brooklyn, NY 11216 (the "Property"). Landlord hereby grants Listing Broker the exclusive right, as broker and as an agent of Owner, to market for lease any portion, or all of the Property according to the following Terms and Conditions:

<u>TERM:</u> This Agreement and the agency created hereunder shall be effective upon execution of this Agreement by each of Owner and Listing Broker and shall continue in full force and effect thereafter for Six (6) Months ("Term") or until one party gives the other a thirty (30) day written termination notice ("Termination" as defined Hereunder), whichever occurs first. The Agreement may be extended with a written consent signed by both Parties. During the term of this Agreement Owner agrees to refer to Listing Broker all inquiries, proposals and offers received by Owner regarding the Property, including those from principals and other brokers, and Owner agrees to conduct all negotiations with respect to the sale, exchange, lease or other disposition of the Property solely and exclusively through Listing Broker and to advise all interested parties of this exclusive right Agreement. During the Term, Listing Broker shall keep Owner informed on a regular basis with respect to the progress of all marketing efforts and promptly inform Owner of all proposals and expressions of interest.

<u>COMMISSION:</u> (a) In connection with a lease of the Property in which Listing Broker is either the sole broker or one of multiple brokers, Owner agrees to pay Listing Broker a commission to be calculated and payable in accordance with the Commission Schedule contained herein. (b) Listing Broker will solicit the cooperation of other real estate brokers and work with them on a cooperating basis for the lease of the Property. In the event that a lease is executed by a tenant represented by another licensed real estate broker, Owner shall pay to Listing Broker one half of the commission as provided above, and one half of the commission directly to the tenant broker. Co-operating brokers shall be noticed as to the fee structure when proposals issue. No lease shall issue until the cooperating broker acknowledges in writing said structure.

In no event shall any commission, fee or other compensation be due or payable to Listing Broker unless a lease is fully executed and delivered between Owner and Tenant. An additional commission shall be paid to the Broker in the event the Tenant exercises any agreed option period to renew the Lease, as set forth in the Lease. The commission shall be paid upon the exercise of such option and calculated as if the term of the renewal were part of the original lease. In determining the commission payable on the below Rate Schedule, only base rent and fixed increases shall be taken into account. No real estate taxes, insurance or other pass through expenses shall be considered, whether or not payable as additional rent, under a net lease, or otherwise.

<u>TERMINATION:</u> Listing Broker agrees that within ten (10) business days after the expiration or termination of the Agreement, to deliver to Owner a list of up to twenty-five (25) names of persons and/or entities that had inspected or evaluated the Property during the listing Term. If, within nine (9) months after the expiration or termination of the listing term a contract of sale, a lease or any other disposition agreement is signed with a person and/or entity on such list, Listing Broker shall be entitled to the commission as provided in Leasing Commission Rate Schedule.

<u>ARBITRATION:</u> Any dispute arising under or with respect to this Agreement shall be promptly submitted to, heard and determined by a single arbitrator in accordance with the rules of the American Arbitration Association ("AAA") located in



## Exclusive Right Agreement

### 619 Throop Avenue, Brooklyn NY 11216

the county of New York, in the state of New York pursuant to its commercial arbitration rules in effect at the time of any dispute. Notice of Arbitration shall be filed in writing with the other party to the Agreement and with the AAA. The determination of the arbitrator shall be binding on the parties, shall not be appealable, and judgment on the award rendered may be entered in any court having jurisdiction on the matter.  If any provision or any part of any provision of this Agreement shall not be valid for any reason, such provision shall be entirely severable from, and shall have no effect upon the remainder of this Agreement.  Any such invalid provision shall be subject to partial enforcement to the extent necessary to protect the interests of the parties hereto. This agreement, which constitutes the entire agreement between Owner and Listing Broker, may not be changed, rescinded or modified except in an agreement in writing signed by both parties hereto. This agreement shall be governed by, and construed in accordance with, the laws of the State of New York, applicable to contracts entered into and to be fully performed therein. This agreement shall be binding upon and shall inure to the benefit of the parties' respective successors, licensees and assigns. Neither party may assign this agreement or any of their rights or obligations in whole or in part, without the prior written consent of the other party.

## Leasing Commission Rate Schedule

Broker(s) shall be compensated as follows:

Fees shall be paid 50% upon signing and 50% after tenant's payment of the fourth months' rent, after the free rent period, if any.

Fees shall be calculated against the base rent, not accounting for annual increases and not including CAM, HVAC, trash, or electric charges. Free rent shall be averaged over the term of the lease.

<u>Commission Rates:</u>

First Year 5%      Second Year 5%    Third Year 4%      Fourth Year 3%
Fifth Year 2%    Sixth and subsequent years 2%

For co-brokerage deals 1% is added to each of the first five years' rates and the fee is split 50/50 between the two brokerages.

*LISTING BROKER*
*By: Ofer Cohen*

**OFER COHEN**
**TERRA CRG, LLC**

Date:_____

Voras Enterprise Inc.

Authorized
Signature:_____

Print Name: JEFFREY DUNSTON

Company Voras Enterprise Inc.

Date: 12/13/17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                    Chapter 11

VORAS ENTERPRISE INC.,                                    Case No. 1-17-45570 (NHL)

        Debtor.

-----------------------------------------------------------x

## ORDER AUTHORIZING THE RETENTION AND
## EMPLOYMENT OF TERRACRG LLC AS LEASE BROKER

Upon the application  (the "**Application**") of VORAS ENTERPRISE INC., debtor and

debtor-in-possession (the "**Debtor**"), as and for its application for an order, pursuant to sections

327 and 328(a) of the United States Bankruptcy Code (the "**Bankruptcy Code**"), and Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") 2014 and 2016, authorizing the

retention and employment of TerraCRG LLC ("**TerraCRG**") as lease broker for the Debtor with

respect to its building located at 601-619 Throop Avenue, Brooklyn, New York 11216; and upon

considering the Application, the proposed Exclusive Right Agreement and the declaration filed in

support thereof (the "**Declaration**"); and this Court having jurisdiction over the Application

pursuant  to  28 U.S.C. § 157(b)(2)(A); and this Court having determined that based upon the

representations in the Application and the Declaration, and a review thereof, TerraCRG does not

represent an interest adverse to the Debtor's estate or its creditors, and is a "disinterested person"

as that term is defined under section 101(14) of the Bankruptcy Code; and after due deliberation

and sufficient cause appearing therefor; it is hereby

ORDERED, that the Debtor be, and hereby is, authorized to retain and employ TerraCRG

as its lease broker pursuant to sections 327 and 328(a) of the Bankruptcy Code; and it is further

ORDERED, that the Exclusive Right Agreement between the Debtor and TerraCRG attached to the Application be, and hereby is, approved, and TerraCRG shall serve as lease broker as described in the Exclusive Right Agreement and Declaration; and it is further

ORDERED, that TerraCRG shall be compensated in accordance with the fixed-commision schedule set forth in the Exclusive Rights Agreement and the Declaration, pursuant to further Order of the Court, in accordance with section 328(a) of the Bankruptcy Code, any applicable Bankruptcy Rules, United States Trustee Guidelines, and any other applicable Orders of this Court; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**No Objection**

UNITED STATES TRUSTEE

By:_____