UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re Voras Enterprise Inc.                          Case No. 17-45570
            **Debtor**                          Reporting Period:    January-18

                                          Federal Tax I.D. #  46-1127108

## SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____        Date 2/14/2018

Signature of Authorized Individual* _____        Date 2/14/2018

Printed Name of Authorized Individual  Jeffrey Dunston        Date 2/14/2018

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re** Voras Enterprise Inc.                          **Case No.** 17-45570
     **Debtor**                          **Reporting Period:** _____ January-18 _____

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.   The beginning cash should be the ending cash from the prior month
or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the three bank account columns.   Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| **ACCOUNT NUMBER (LAST 4)** | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING  OF MONTH** | $       26,250.41 | | | |
| **RECEIPTS** | | | | |
| CASH  SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | $       20,674.02 | | | |
| LOANS AND ADVANCES | | | | |
| SALE  OF  ASSETS | | | | |
| OTHER *(ATTACH  LIST)* | | | | |
| TRANSFERS *(FROM  DIP ACCTS)* | | | | |
|   TOTAL  RECEIPTS | $       20,674.02 | | | |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | | | | |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| INVENTORY PURCHASES | | | | |
| SECURED/ RENTAL/ LEASES | | | | |
| INSURANCE | $         2,325.88 | | | |
| ADMINISTRATIVE | | | | |
| SELLING | | | | |
| OTHER *(ATTACH  LIST)** | $       24,497.93 | | | |
| OWNER DRAW * | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | |
| COURT COSTS | | | | |
| **TOTAL DISBURSEMENTS** | $       26,823.81 | | | |
| | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $        (6,149.79) | | | |
| | | | | |
| CASH – END OF MONTH | $       20,100.62 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

* SEE ATTACHMENT

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 19,709.62 |
|   LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | (1,000.00) |
|   PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

**In re** Voras Enterprise Inc.

      **Debtor**

**Case No.** 17-45570

**Reporting Period:** January-18

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted

for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | | Tax | | Other |
|---|---|---|---|---|---|
| | # | | # | | # |
| **BALANCE PER BOOKS** | 18,709.62 | | | | |
| | | | | | |
| BANK BALANCE | 18,709.62 | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | | |
| | | | | | |
| **ADJUSTED BANK BALANCE ** | 18,709.62 | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| CHECKS OUTSTANDING | Ck. # | Ck. # | Amount |
| Con Edison Advance | 112 | 112 | $           6,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OTHER

In re Voras Enterprise Inc.                                    Case No. 17-45570
    **Debtor**                              Reporting Period:      January-18

### STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | $ 32,151.26 | |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | $ 32,151.26 | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | $ - | |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Insurance | $ 2,325.88 | |
| Management Fees/Bonuses | | |
| Office Expense | $ - | |
| Other Interest | | |
| Repairs | $ 5,088.00 | |
| Supplies | $ - | |
| Taxes - Real Estate | | |
| Travel and Entertainment | | |
| Utilities | $ 9,664.07 | |
| Fire Monitoring Company | $ 1,730.66 | |
| Total Operating Expenses Before Depreciation | $ 18,808.61 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | $ 13,342.65 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | $ - | |
| Interest Expense | $ - | |
| Other Expense *(attach schedule)* | $ 26,952.58 | |
| Net Profit (Loss) Before Reorganization Items | $ - | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $ - | |
| U. S. Trustee Quarterly Fees | $ - | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | $ - | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | $ - | |
| Income Taxes | | |
| Net Profit (Loss) | $ (13,609.93) | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

### BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

**In re** Voras Enterprise Inc.                                          **Case No.** 17-45570

| Debtor | Reporting Period: | January-18 |
|---|---|---|
| Monitoring/Surveillance | $      750.00 | |
| Janitorial Fee | $      832.34 | |
| Internet Expenses | $      370.24 | |
| Loan Expenses (Madison Realty Capital) | $   25,000.00 | |
| Total | $   26,952.58 | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

| In re Voras Enterprise Inc. | Case No. | 17-45570 |
|---|---|---|
| **Debtor** | **Reporting Period:** | **January-18** |

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE AT END OF PRIOR REPORTING MONTH | | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|---|---|
| *CURRENT ASSETS* | | | | | |
| Unrestricted Cash and Equivalents | $ | 18,709.62 | $ | 26,250.41 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | | | |
| Accounts Receivable (Net) | | | | | |
| Notes Receivable | | | | | |
| Prepaid Expenses | | | | | |
| Professional Retainers | | | | | |
| Other Current Assets *(attach schedule)* | | | | | |
| *TOTAL CURRENT ASSETS* | $ | 18,709.62 | $ | 26,250.41 | |
| *PROPERTY & EQUIPMENT* | | | | | |
| Real Property and Improvements | $ | 6,922,000.00 | $ | 6,922,000.00 | |
| Machinery and Equipment | | | | | |
| Furniture, Fixtures and Office Equipment | | | | | |
| Leasehold Improvements | | | | | |
| Vehicles | | | | | |
| Less:  Accumulated Depreciation | | | | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ | 6,922,000.00 | $ | 6,922,000.00 | |
| *OTHER ASSETS* | | | | | |
| Amounts due from Insiders* | | | | | |
| Other Assets *(attach schedule)* | | | | | |
| *TOTAL OTHER ASSETS* | | | | | |
| *TOTAL ASSETS* | | | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE AT END OF PRIOR REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | | | |
| Accounts Payable | $ | 18,808.61 | $ | 62,750.45 | |
| Taxes Payable *(refer to FORM MOR-4)* | | | | | |
| Notes Payable | | | | | |
| Rent / Leases - Building/Equipment | | | | | |
| Secured Debt / Adequate Protection Payments | | | | | |
| Professional Fees | $ | 71,325.79 | $ | 35,919.18 | |
| Amounts Due to Insiders* | | | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | | | |
| *TOTAL POST-PETITION LIABILITIES* | $ | 90,134.40 | $ | 98,669.63 | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | | | |
| Secured Debt | $ | 7,476,537.00 | $ | 7,476,537.00 | |
| Priority Debt | $ | - | | | |
| Unsecured Debt | $ | 1,130,832.51 | $ | 1,130,832.51 | |
| *TOTAL PRE-PETITION LIABILITIES* | $ | 8,607,369.51 | | | |
| *TOTAL LIABILITIES* | $ | 8,697,503.91 | | | |
| *OWNERS' EQUITY* | | | | | |
| Owner's Equity Account | | | | | |
| Retained Earnings - Pre-Petition | | | | | |
| Retained Earnings - Post-petition | | | | | |

| In re Voras Enterprise Inc. | | Case No. | 17-45570 | |
|---|---|---|---|---|
| **Debtor** | | **Reporting Period:** | **January-18** | |
| Adjustments to Owner Equity *(attach schedule)* | | | | |
| Post-petition Contributions *(attach schedule)* | | | | |
| *NET OWNERS' EQUITY* | | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

### BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**In re** Voras Enterprise Inc.

    **Debtor**

**Case No.** 17-45570

**Reporting Period:** January-18

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | $ 71,325.79 | | | | | $ 71,325.79 |
| Real Estate Taxes* | $ 94,405.20 | | | | | $ 94,405.20 |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | $165,730.99 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_____

_____

*As of January 1, 2018; subject to verification

In re  Voras Enterprise Inc.
Debtor

Case No. 17-45570
Reporting Period:  January-18

# RENT ROLL

A rent roll must be included for each property.  The debtor's rent roll may be substituted for this page.  Attach additional sheets as needed.

Property:  601-619 Throop Avenue
Square Footage:  33,405

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bedford Stuyvesant Family Health Center | 1st Floor Unit A | 2,000 | 0 | 2,000 | 5.99% | Commercial | 5 Year | 10/1/2014 | 10/31/2019 | $ 5,400.00 | $ 61,540.00 | $ 15,287.48 |
| Metro Urgent Medical Care of Brooklyn PLLC | 1st Floor Unit B | 4,500 | 0 | 4,500 | 13.47% | Commercial | 10 Year | 11/21/2014 | 11/21/2024 | $ 11,896.67 | $ 139,500.00 | $ 34,368.40 |
| Brooklyn Legal Services Corp A | 3rd Floor | 6,127 | 0 | 6,127 | 18.36% | Commercial | 2 Year | 7/1/2016 | 6/30/2018 | $ 11,759.58 | $ 141,130.00 | $ 46,833.16 |
| Vacant | 4th Floor | 4,705 | 0 | 4,705 | 15.88% | Commercial | 0 | | | $ - | $ - | $ 40,527.08 |
| Vacant Unit A | 5th Floor | 1,900 | 0 | 1,900 | 5.69% | Commercial | 0 | | | $ - | $ - | $ 14,517.92 |
| Vacant Unit B | 5th Floor | 2,805 | 0 | 2,805 | 10.19% | Commercial | 0 | | | $ - | $ - | $ 26,009.16 |
| New Cingular Roof Antenna | Roof | | 0 | | | Commercial | 5 Year | | | $ 3,095.01 | $ 37,140.00 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | Totals | | $ 32,151.26 | $ 379,310.00 | $ 177,543.20 |

Notes:

In re Voras Enterprise Inc.                                    Case No. 17-45570
      **Debtor**                                Reporting Period:     January-18

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in
Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid
(e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| DiConza Traurig Kadish LLP | 12/7/2017 | | | | $    160,059.15 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

**In re** Voras Enterprise Inc.

**Debtor**

**Case No.** 17-45570

**Reporting Period:** 1/31/2018

### CASH FLOW PROJECTION FOR THE PERIOD 01/01/18 THROUGH 01/31/18

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed.
This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

**Property:** 601-619 Throop Avenue

**Square Footage:** 33,405

| | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | $ - | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | $ 24,122.26 | | | $ 24,122.26 | | |
| Total Income | $ - | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 56,322.52 | $ 32,200.26 | $ 32,200.26 | $ 56,322.52 | $ 32,200.26 | $ 32,200.26 |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 |
| Other Interest | | | | | | | | | | | | |
| Repairs | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 |
| Supplies | $ 440.36 | $ 440.36 | $ - | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 |
| Taxes - Real Estate | | | $ - | | | | $ 41,622.00 | | | $ 41,622.00 | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 |
| Other Expenses | | | | | | | | | | | | |
| Total Expenses | $ 19,395.22 | $ 23,072.55 | $ 22,632.19 | $ 23,072.55 | $ 23,072.55 | $ 23,072.55 | $ 64,694.55 | $ 23,072.55 | $ 23,072.55 | $ 64,694.55 | $ 23,072.55 | $ 23,072.55 |
| | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | $ 975.00 | | | $ 975.00 | | | $ 975.00 | | |
| Court Costs | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Net Income | $(19,395.22) | $ 9,127.71 | $ 9,568.07 | $ 8,152.71 | $ 9,127.71 | $ 9,127.71 | $ (9,347.03) | $ 9,127.71 | $ 9,127.71 | $ (9,347.03) | $ 9,127.71 | $ 9,127.71 |
| | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Net Cash Flow | $(19,395.22) | $ 9,127.71 | $ 9,568.07 | $ 8,152.71 | $ 9,127.71 | $ 9,127.71 | $ (9,347.03) | $ 9,127.71 | $ 9,127.71 | $ (9,347.03) | $ 9,127.71 | $ 9,127.71 |

**In re** Voras Enterprise Inc.

**Debtor**

**Case No.** 17-45570

**Reporting Period:** January-18

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 Are any post petition State or Federal income taxes past due? | | X |
| 9 Are any post petition real estate taxes past due? | | X |
| 10 Are any other post petition taxes past due? | | X |
| 11 Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 Are any amounts owed to post petition creditors delinquent? | | X |
| 13 Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

### ATTACHMENT TO SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| Date | Transaction Number | Payee | Amount | Date Cleared |
|------|-------------------|-------|--------|--------------|
| 1/22/2018 | Check No. 106 | ConEdison | $15,059.73 | 1/31/2018 |
| 1/22/2018 | Check No. 108 | Verizon | $183.52 | 1/31/2018 |
| 1/22/2018 | Check No. 109 | Unitec Elevator | $1,796.44 | 1/31/2018 |
| 1/31/2018 | Check No. 113 | Lessie V Eldon Welding | $1,088.00 | 1/31/2018 |
| 1/27/2018 | ACH No. 638627069 | Cablevision | $370.24 | 1/31/2018 |
| 1/27/2018 | Check No. 112 | ConEdison | $6,000.00 | 1/31/2018 |

**Voras Bank Acct.- Capital One**

2/9/2018

**Bank Reconciliation Report**

**1/31/2018**

**752 83 65315**

**Posted by: kseliman on 2/9/2018**

**Balance Per Bank Statement as of 1/31/2018**                                    **24,709.62**

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 1/30/2018 | 112 | coned - ConEdison | 6,000.00 |
| **Less:** | **Outstanding Checks** | | **6,000.00** |
| | **Reconciled Bank Balance** | | **18,709.62** |

| **Balance per GL as of 1/31/2018** | | **18,709.62** |
|---|---|---|
| **Reconciled Balance Per G/L** | | **18,709.62** |

| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |
|---|---|---|

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 12/27/2017 | 103 | honig - Honig Conte Porrino Insurance Agency | 7,861.27 | 1/31/2018 |
| 1/10/2018 | 104 | honig - Honig Conte Porrino Insurance Agency | 2,325.88 | 1/31/2018 |
| 1/16/2018 | 105 | recdc - Real Estate Counselors, PLLC | 391.00 | 1/31/2018 |
| 1/22/2018 | 106 | coned - ConEdison | 15,059.73 | 1/31/2018 |
| 1/22/2018 | 108 | verizon - Verizon | 183.52 | 1/31/2018 |
| 1/22/2018 | 109 | unitec - Unitec Elevator | 1,796.44 | 1/31/2018 |
| 1/27/2018 | 638627069 | cable - Cablevision | 370.24 | 1/31/2018 |
| 1/31/2018 | 113 | lessie - Lessie V Eldon Welding | 1,088.00 | 1/31/2018 |
| **Total Cleared Checks** | | | **29,076.08** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 1/10/2018 | 5 | | 20,674.02 | 1/31/2018 |
| **Total Cleared Deposits** | | | **20,674.02** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 1/31/2018 | JE 26901 | Transfer amount to new Account | -1,000.00 | 1/31/2018 |
| **Total Cleared Other Items** | | | **-1,000.00** | |



# MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

VORAS ENTERPRISE INC.
DEBTOR-IN-POSSESSION CASE NO. 17-45570
132 RALPH AVE
BROOKLYN NY 11233
BROOKLYN NY 11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD    JANUARY 01, 2018  -  JANUARY 31, 2018

### Spark Basic Checking  00007528365315                                    VORAS ENTERPRISE INC.

| | | | |
|---|---|---|---|
| Previous Balance  12/31/17 | $34,111.68 | Number of Days in Cycle | 31 |
| 1 Deposits/Credits | $20,674.02 | Minimum Balance This Cycle | $24,709.62 |
| 9 Checks/Debits | ($30,076.08) | Average Collected Balance | $40,133.73 |
| Service Charges | $0.00 | | |
| Ending Balance 01/31/18 | $24,709.62 | | |

## ACCOUNT DETAIL    FOR  PERIOD   JANUARY 01, 2018   -  JANUARY 31, 2018

### Spark Basic Checking 00007528365315                                     VORAS ENTERPRISE INC.

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/10 | Customer Deposit | $20,674.02 | | $54,785.70 |
| 01/10 | Check     103 | | $7,861.27 | $46,924.43 |
| 01/17 | Check     104 | | $2,325.88 | $44,598.55 |
| 01/29 | ACH Withdrawal BROOKLYN     CABLE PMNT 012918 V  TERPRISE INC 93395401 | | $370.24 | $44,228.31 |
| 01/29 | ACH Withdrawal VERIZON PAYMENTONE 012918 NORTHEAST BROOKLYN HOU 7184535307333 | | $183.52 | $44,044.79 |
| 01/29 | Check     105 | | $391.00 | $43,653.79 |
| 01/30 | Phone transfer debit TO 7528663723 | | $1,000.00 | $42,653.79 |
| 01/30 | Check     106 | | $15,059.73 | $27,594.06 |
| 01/30 | Check     109 | | $1,796.44 | $25,797.62 |
| 01/31 | Check     113 | | $1,088.00 | $24,709.62 |
| **Total** | | $20,674.02 | $30,076.08 | |

*Thank you for banking with us.*

PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



**An Important Message to Our Clients**

**What should I do if I find an error or problem on my statement?**

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PSI: 1 / SHC: 0 / LOB :S

# MANAGE YOUR CASH

**Capital**One **Bank**

CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

VORAS ENTERPRISE INC.
DEBTOR-IN-POSSESSION CASE NO. 17-45570

## ACCOUNT DETAIL    FOR PERIOD  JANUARY 01, 2018  - JANUARY 31, 2018

### Spark Basic Checking 00007528365315                                    **VORAS ENTERPRISE INC.**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|-------|-----------|-----------|-------|-------------|-----------|-------|------------|
| 103 | 01/10 | $7,861.27 | 105 | 01/29 | $391.00 | 109* | 01/30 | $1,796.44 |
| 104 | 01/17 | $2,325.88 | 106 | 01/30 | $15,059.73 | 113* | 01/31 | $1,088.00 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.

MEMBER
FDIC

**Capital 1 - Utility Account**                                          2/7/2018

**Bank Reconciliation Report**

**1/31/2018**

**5165020923**

**Posted by: kseliman on 2/7/2018**


| | | |
|---|---|---|
| **Balance Per Bank Statement as of 1/31/2018** | **1,000.00** | |
| **Reconciled Bank Balance** | **1,000.00** | |
| | | |
| **Balance per GL as of 1/31/2018** | **1,000.00** | |
| **Reconciled Balance Per G/L** | **1,000.00** | |
| | | |
| **Difference** (Reconciled Bank Balance And Reconciled Balance Per G/L.) | **0.00** | |


**Cleared Items:**

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 1/31/2018 | JE 26901 | Transfer amount to new Account | 1,000.00 | 1/31/2018 |
| **Total Cleared Other Items** | | | **1,000.00** | |

# MANAGE YOUR CASH

**Capital One Bank**

CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

EASTERN DISTRICT OF NEW YORK
VORAS ENTERPRISE INC.                    K102
DEBTOR-IN-POSSESSION CASE NO. 17-45570   25488
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD JANUARY 30, 2018 - JANUARY 31, 2018

### Spark Basic Checking  00007528663723                 EASTERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| Previous Balance  01/30/18 | $0.00 | Number of Days in Cycle | 2 |
| 1 Deposits/Credits | $1,000.00 | Minimum Balance This Cycle | $0.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,000.00 |
| Service Charges | $0.00 | | |
| Ending Balance 01/31/18 | $1,000.00 | | |

## ACCOUNT DETAIL    FOR PERIOD JANUARY 30, 2018 - JANUARY 31, 2018

### Spark Basic Checking 00007528663723                 EASTERN DISTRICT OF NEW YORK

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/30 | Phone transfer credit FR 7528365315 | $1,000.00 | | $1,000.00 |
| *Total* | | $1,000.00 | $0.00 | |

*Thank you for banking with us.*                         PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER FDIC