**Exhibit A**

**Maintenance Agreement**

QF2013-01082013
PAGE 1 OF 2

# Imperial Fire Protection Systems Inc.

50-14 39th STREET, LONG ISLAND CITY, NEW YORK 11104

𝔄greement  made the Effective Date set forth herein between Imperial Fire Protection,     (the Contractor) and the Subscriber hereinafter named VORAS ENTERPRISES INC.

## 𝔚itnesseth:

1. That for the consideration hereinafter set forth the Contractor agrees to inspect, clean, service and maintain the equipment hereinafter described periodically on ten days written notice to the Subscriber and in response to emergency calls at the Premises of the Subscriber and the Subscriber agrees to pay for such services as they are performed and invoiced.

Effective Date: FEBRUARY 1, 2018 TO JANUARY 31, 2018

Subscriber: VORAS ENTERPRISES INC.

Premises: 613 THROOP AVENUE, BROOKLYN, NY 11216

Duration of Initial Contract Period from Effective Date: THREE YEARS (3)

Number of Regular Services Calls Per Year: ONE MAJOR, ONE (1) PREVENTIVE MAINTENANCES CALLS
ONE CALIBRATION AND ONE (1) CLEANING OF SMOKE DETECTORS

Annual Charge: $6,358.00 PLUS APPLICABLE TAX PAYABLE QUARTERLY

Additional Labor Charge for Emergency Calls (per hour):

Monday through Friday, 8 A.M. to 4 P.M.: $84.00 PER HOUR PER MAN

Monday through Friday, 4 P.M. to 8 A.M. and all day Saturday: 126.00 PER HOUR PER MAN (MINIMUM 4 HOURS)

Sunday 12:01 A.M. to Monday 8 A.M.: $168.00 PER HOUR PER MAN (MINIMUM 4 HOURS)

Mileage Charge for Emergency Calls (from maintenance center or place of prior call and return per mile):

EQUIPMENT TO BE SERVICED:

1 - MINI-E COMMUNICATION PANEL (GAMEWELL)
1 - MANUAL AND AUTOMATIC ALARM PANEL (FIRELITE)
14- AREA SMOKE DETECTORS
1 - AREA HEAT DETECTOR
16 - MANUEL PULL STATIONS
11 - FIREMAN'S WARDEN STATIONS
6 - SPRINKLER WATER FLOW MONITOR POINTS
12 - SPRINKLER VALVE TAMPER SWITCH MONITOR POINTS
*SPEAKERS AND STROBES
*CENTRAL STATION SIGNALS

*Termination on 30 days written notice and proration of annual charge
*The Contract is subject to bankruptcy court approval
Telephone: (718) 784-3400 - Fax (718) 361-7993 - Email: fire@imperialfire.net

# Imperial Fire Protection Systems Inc.
### 50-14 39TH STREET, LONG ISLAND CITY, NEW YORK 11104

2. This agreement will remain in effect for the Initial Contract Period set forth above and shall be automatically renewed for consecutive terms of one year, unless either party gives the other party a written cancellation notice at least thirty days prior to the termination of any such period. The Annual Charge and Additional Labor Charge specified herein shall remain in effect during the Initial Contract Period unless the Contractor gives written notice of a change forty five days prior to the termination of any such period.

3. The Subscriber shall pay any City, State or Federal taxes now or hereafter in force applying to this service.

4. It is mutually agreed that the Contractor is not an insurer; that the payments hereinbefore set forth are based solely on the value of the Services provided for herein; that, from the nature of the services to be rendered it is impracticable and extremely difficult to fix the actual damages, if any, which may proximately result from a failure on the part of the Contractor to perform any of its obligations hereunder, and as a resulting loss to the Subscriber, the Contractor's liability shall be limited to and fixed at a sum equal to ten percent of the Annual Charge but not less than Fifty Dollars, as liquidated damages, and not as a penalty of this liability shall be exclusive. The Contractor assumes no liability for delays from strikes or other causes beyond its control.

5. The Contractor will exchange such part or parts of the equipment for such other parts which he may in his sole discretion deem equally suitable to perform the functions of such defective parts when, in his opinion, such replacement is made necessary solely through the normal and proper use of the equipment in the place and for the purpose for which the same was furnished; provided, however, that any identifying marks placed upon the part or parts so offered for exchange have not been defaced or removed, and provided further that this undertaking is limited to such replacement of parts made necessary solely by normal wear and tear as distinguished from any cause, matter or thing whatsoever. Any replacement party will be supplied at time of service rendered at Contractor's existing selling price. No charge for replacement parts totaling under $5.00.

6. The Contractor will advise the Subscriber in writing of any repairs, replacements, or overhaul work revealed by its inspections to be major in nature and prior written authorization shall be obtained from the Subscriber before such a major work is undertaken.

7. There are no verbal understanding changing or modifying any of the terms of this Agreement and any change or modification in this Agreement must be in writing and signed by the Contractor and the Subscriber.

8. The Subscriber will provide the personnel and equipment to gain access to ceilings, floors or to like areas on the premises if emergency repairs are made during other than normal working hours.

9. This Agreement shall not be binding upon the Contractor unless approved by an executive officer of the Contractor.

10. The Contractor does not undertake to maintain any electrical equipment, fixtures, and/or any other devices external to the subject equipment as detailed herein.

11. The annual charge for this service agreement does not cover service made necessary by abuse, misuse, accident, neglect in operation, fire, freezing, flood, failure of power or any other causes beyond the Contractor's control (including but not limited to blown fuses, open switches, or any other damage to the above equipment) and such service will be paid for on a time and material basis at the rates currently in effect at the time of such service.

12. The Contractor will not be responsible for the correction of any defects arising from unauthorized extensions or modifications to the system, nor shall he be required to correct improper connection of equipment or devices connected to the system, or to correct any defects within such equipment or devices in excess of items listed herein, and labor and materials required for correction of such defects will be paid for by the Subscriber on a time and material basis in accordance with the rates for labor and material currently in effect at the time of such service.

13. The Contractor will not be responsible for the replacement of any cable or faulty workmanship in the installation of same; his only responsibility being to locate faults in the cable of the system and recommend to the Subscriber whatever corrective measures may be required. Such service performed shall be at extra charge to the Subscriber.

14. The Subscriber will also be responsible to coordinate other trades whose personnel may be required for the various tests or repairs to supplement Contractor's activities.

**IMPERIAL FIRE PROTECTION SYSTEMS, INC.**

By......Charles Mkhitarian............Representative        Approved on behalf of

................................................................Subscriber    **IMPERIAL FIRE PROTECTION SYSTEMS, INC.**

By..........................................................................Date    By................................................................................................Date
                                                                                    *(An Executive Officer)*