# **EXHIBIT A**

**Termination Agreement**

## FIRST AMENDMENT TO LEASE
## AND AGREEMENT TO TERMINATE THE LEASE

THIS FIRST AMENDMENT TO LEASE AND AGREEMENT TO TERMINATE THE LEASE (this "Amendment") is made as of March 20, 2018, VORAS ENTERPRISE INC., a New York not-for-profit corporation ("Landlord"), and HIM & HER SALON LLC, a New York limited liability company ("Tenant").

### BACKGROUND

A. Landlord and Tenant are parties to a certain Lease, dated as of July 15, 2017 (the "Lease"), under which Landlord leases to Tenant certain space commonly known as Suite 501 (the "Premises") on fifth (5th) floor of the building located at 619 Throop Avenue, Brooklyn, New York 11216 (the "Building").

B. Landlord and Tenant want to terminate Lease prior to the current Expiration Date, as more particularly set forth in this Amendment.

### AGREEMENT

NOW, THEREFORE, in consideration of the sum of Ten Dollars ($10.00) and for other good and valuable consideration, the receipt and sufficiency of which the parties hereby acknowledge, Landlord and Tenant agree as follows:

1. <u>Termination Date</u>. The Lease shall terminate at 11:59 p.m. on March 20, 2018 such later date, the "Termination Date"). On the Termination Date Tenant shall remove from the Premises all of Tenant's inventory, equipment, furnishings and other removable personal property and otherwise surrender the same in the condition required under the Lease.

2. <u>Security Deposit</u>. Landlord shall refund to Tenant the Security Deposit of $14,250.00, promptly after the Termination Date.

3. <u>Tenant Property.</u> Any property left behind by Tenant after the Termination Date including trade fixtures, improvements and other personal property shall be deemed Landlord's property.

4. <u>Release</u>.

    a. <u>Release by Landlord</u>. From and after the Termination Date, Landlord, its affiliates, subsidiaries, officers, directors, employees, agents, legal representatives, predecessors, successors and assigns (collectively, "**Landlord Entities**") have and do hereby release, acquit and forever discharge Tenant and all of Tenant's employees, partners, agents, legal representatives, affiliates, predecessors, successors and assigns and all persons natural or corporate, in privity with them or any of them, and all occupants and subtenants (collectively, "**Tenant Parties**") of and from the Lease and any and all claims or causes of action of any kind

whatsoever, at common law, statutory or otherwise which any Landlord Entities have or might have, known or unknown, now existing or that might arise hereafter, directly or indirectly attributable to the Lease and/or the transactions surrounding the execution and performance and/or non-performance of same, except for those matters set forth in the Lease which expressly survive the termination of the Lease.

        b.    <u>Release by Tenant</u>. From and after the Termination Date, the Tenant Parties have and do hereby release, acquit and forever discharge the Landlord Entities of and from the Lease, and all obligations which the Landlord Entities may have under or pursuant to the Lease, and any and all claims or causes of action of any kind whatsoever, at common law, statutory or otherwise which such Tenant Parties have or might have, known or unknown, now existing or that might arise hereafter, directly or indirectly attributable to the Lease and/or the transactions surrounding the execution and performance and/or non-performance of same, except for those matters set forth in the Lease which expressly survive the termination of the Lease.

        5.    <u>Contingency</u>. This Amendment and the termination of the Lease are contingent upon the same being approved by the United States Bankruptcy Court in Landlord's Chapter 11 case.

        6.    <u>Miscellaneous Terms</u>. Except as otherwise provided herein, all capitalized terms shall have the meanings ascribed to them in the Lease. Landlord and Tenant hereby ratify and confirm that the terms of the Lease as amended by this Amendment, remain in full force and effect. Except as expressly set forth in this Amendment to the contrary, Landlord's leasing of the Premises to Tenant shall be upon and subject to the terms and provisions set forth in the Lease. The provisions of this Amendment may be modified, waived or amended only by an agreement in writing signed by all parties. The terms and provisions of this Amendment shall be binding upon and inure to the benefit of the parties hereto and their respective successors and permitted assigns under the Lease. This Amendment may be executed in counterpart, each of which shall be deemed an original, and both of which collectively shall constitute one and the same document. This Amendment shall be governed by and interpreted under the laws of the state in which the Building is located.

[SIGNATURES FOLLOW]

IN WITNESS WHEREOF, Landlord and Tenant have caused this Amendment to be executed under seal as of the day and year first above stated.

**LANDLORD:**

VORAS ENTERPRISE INC.,
a New York not-for-profit corporation

By: _____
Jeffrey Dunston, President


**TENANT:**

HIM & HER SALON, LLC,
a New York limited liability company

By: _____
Name: Dudley Greene
Title: Owner

_____
Raymont S. Coleman
Title: Owner