UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re Voras Enterprise Inc.      Case No. 17-45570
**Debtor**      Reporting Period:    May-18

Federal Tax I.D. # 46-1127108

### SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _[signature]_    Date 6/19/18

Signature of Authorized Individual* _[signature]_    Date 6/19/18

Printed Name of Authorized Individual Nathaniel Montgomery    Date 6/19/18

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re** Voras Enterprise Inc.
    **Debtor**

**Case No.** 17-45570

**Reporting Period:** May-18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the fhree bank account columns.  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | | BANK  ACCOUNTS | | |
|---|---|---|---|---|
| **ACCOUNT NUMBER (LAST 4)** | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING  OF MONTH** | $          15,280.87 | | | |
| **RECEIPTS** | | | | |
| CASH  SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | $          68,338.96 | | | |
| LOANS AND ADVANCES | | | | |
| SALE  OF  ASSETS | | | | |
| OTHER  *(ATTACH  LIST)* | | | | |
| TRANSFERS  *(FROM  DIP ACCTS)* | | | | |
|    **TOTAL  RECEIPTS** | $          68,338.96 | | | |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | | | | |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| INVENTORY PURCHASES | | | | |
| SECURED/ RENTAL/ LEASES | | | | |
| INSURANCE | $                     - | | | |
| ADMINISTRATIVE | | | | |
| SELLING | | | | |
| OTHER  *(ATTACH  LIST)** | $          10,303.43 | | | |
| OWNER DRAW * | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | $                     - | | | |
| COURT COSTS | | | | |
| **TOTAL DISBURSEMENTS** | $          10,303.43 | | | |
| | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $          58,035.53 | | | |
| | | | | |
| **CASH – END OF MONTH** | $          73,316.40 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

* SEE ATTACHMENT

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)**

| TOTAL DISBURSEMENTS | 10,303.43 |
|---|---|
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

**In re** Voras Enterprise Inc.                                **Case No.** 17-45570
    **Debtor**                                **Reporting Period:**        May-18

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating | Tax | Other |
|---|---|---|---|
|  | # | # | # |
| **BALANCE PER BOOKS** | 15,280.87 |  |  |
|  |  |  |  |
| BANK BALANCE | 68,338.96 |  |  |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | 163.31 |  |  |
| OTHER *(ATTACH EXPLANATION)* |  |  |  |
|  |  |  |  |
| **ADJUSTED BANK BALANCE \*** | 68,175.65 |  |  |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **CHECKS OUTSTANDING** | Ck. # | Ck. # | Amount |
| All County Sewer & Drain | 123 | 123 | $          163.31 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**OTHER**

In re Voras Enterprise Inc.                                Case No. 17-45570
      Debtor                                        Reporting Period:        May-18

### STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|---|
| Rental Income | $ | 32,151.26 | |
| Additional Rental Income | | | |
| Common Area Maintenance Reimbursement | | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | $ | 32,151.26 | |
| **OPERATING EXPENSES** | | | |
| Advertising | | | |
| Auto and Truck Expense | | | |
| Cleaning and Maintenance | $ | - | |
| Commissions | | | |
| Officer/Insider Compensation* | | | |
| Insurance | $ | - | |
| Management Fees/Bonuses | | | |
| Office Expense | $ | - | |
| Other Interest | | | |
| Repairs | $ | 11,600.00 | |
| Supplies | $ | - | |
| Taxes - Real Estate | | | |
| Travel and Entertainment | | | |
| Utilities | $ | 4,903.46 | |
| Fire Monitoring Company | $ | 457.28 | |
| Total Operating Expenses Before Depreciation | $ | 16,960.74 | |
| Depreciation/Depletion/Amortization | | | |
| Net Profit (Loss) Before Other Income & Expenses | $ | 15,190.52 | |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income *(attach schedule)* | $ | - | |
| Interest Expense | $ | - | |
| Other Expense *(attach schedule)* | | | |
| Net Profit (Loss) Before Reorganization Items | $ | 15,190.52 | |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | $ | - | |
| U. S. Trustee Quarterly Fees | $ | 975.00 | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | $ | - | |
| Gain (Loss) from Sale of Property | | | |
| Other Reorganization Expenses *(attach schedule)* | | | |
| Total Reorganization Expenses | $ | 975.00 | |
| Income Taxes | | | |
| Net Profit (Loss) | $ | 14,215.52 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

### BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | $ | - | |
|---|---|---|---|
| Janitorial Fee | $ | 889.29 | |
| | | | |
| | $ | - | |
| Total | $ | 889.29 | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

**In re** Voras Enterprise Inc.                    **Case No.** 17-45570
       **Debtor**                              **Reporting Period:** May-18

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | $ 68,175.65 | $ 14,142.77 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| TOTAL CURRENT ASSETS | $ 68,175.65 | $ 14,142.77 | |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | $ 6,922,000.00 | $ 6,922,000.00 | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | | | |
| TOTAL PROPERTY & EQUIPMENT | $ 6,922,000.00 | $ 6,922,000.00 | |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| TOTAL OTHER ASSETS | | | |
| TOTAL ASSETS | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | $ 16,960.74 | $ 22,895.21 | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | $ 71,325.79 | $ 71,325.79 | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| TOTAL POST-PETITION LIABILITIES | $ 88,286.53 | $ 94,221.00 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | $ 7,476,537.00 | $ 7,476,537.00 | |
| Priority Debt | $ | | |
| Unsecured Debt | $ 1,130,832.51 | $ 1,130,832.51 | |
| TOTAL PRE-PETITION LIABILITIES | $ 8,607,369.51 | $ 8,607,369.51 | |
| TOTAL LIABILITIES | $ 8,695,656.04 | $ 8,701,590.51 | |
| **OWNERS' EQUITY** | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| NET OWNERS' EQUITY | | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | | | |

* "Insider" is defined in 11 U.S.C. Section 101(31).

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**In re** Voras Enterprise Inc.

    **Debtor**

**Case No.** 17-45570

**Reporting Period:** May-18

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | $    438,837.00 | | | | | $    438,837.00 |
| Real Estate Taxes | | | | | $   99,617.34 | $    99,617.34 |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | $    538,454.34 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_____

_____

In re Voras Enterprise Inc.
Debtor

Case No. 17-45570
Reporting Period: May-18

# RENT ROLL

A rent roll must be included for each property.  The debtor's rent roll may be substituted for this page.  Attach additional sheets as needed.

**Property:** 601-619 Throop Avenue
**Square Footage:** 33,405

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bedford Stuyvesant Family Health Center | 1st Floor Unit A | 2,000 | 0 | 2,000 | 5.99% | Commercial | 5 Year | 10/1/2014 | 10/31/2019 | $ 5,400.00 | $ 61,540.00 | $ 15,287.48 |
| Metro Urgent Medical Care of Brooklyn PLLC | 1st Floor Unit B | 4,500 | 0 | 4,500 | 13.47% | Commercial | 10 Year | 11/21/2014 | 11/21/2024 | $ 11,896.67 | $ 139,500.00 | $ 34,368.40 |
| Vacant | 2nd Floor | 6,616 | 0 | 6,616 | 19.87% | Commercial | 0 | | | $ - | $ - | $ - |
| Brooklyn Legal Services Corp A | 3rd Floor | 6,127 | 0 | 6,127 | 18.36% | Commercial | 2 Year | 7/1/2016 | 6/30/2018 | $ 11,759.58 | $ 141,130.00 | $ 46,833.16 |
| Vacant | 4th Floor | 4,705 | 0 | 4,705 | 15.88% | Commercial | 0 | | | $ - | $ - | $ 40,527.08 |
| Vacant Unit A | 5th Floor | 1,900 | 0 | 1,900 | 5.69% | Commercial | 0 | | | $ - | $ - | $ 14,517.92 |
| Vacant Unit B | 5th Floor | 2,805 | 0 | 2,805 | 10.19% | Commercial | 0 | | | $ - | $ - | $ 26,009.16 |
| New Cingular Roof Antenna | Roof | | 0 | | | Commercial | 5 Year | | | $ 3,095.01 | $ 37,140.00 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | Totals | | $ 32,151.26 | $ 379,310.00 | $ 177,543.20 |

Notes:

In re Voras Enterprise Inc.                **Case No.** 17-45570
      **Debtor**                  **Reporting Period:** May-18

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

**In re** Voras Enterprise Inc.
**Debtor**

**Case No.** 17-45570
**Reporting Period:** May-18

### CASH FLOW PROJECTION FOR THE PERIOD 01/01/18 THROUGH 01/31/18

A cash flow projection must be included for each property.  The debtor's cash flow projection may be substituted for this page.  Attach additional sheets as needed.
This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

**Property:** 601-619 Throop Avenue
**Square Footage:** 33,405

| | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | $ - | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | $ 24,122.26 | | | $ 24,122.26 | | |
| Total Income | $ - | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 56,322.52 | $ 32,200.26 | $ 32,200.26 | $ 56,322.52 | $ 32,200.26 | $ 32,200.26 |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 |
| Other Interest | | | | | | | | | | | | |
| Repairs | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 |
| Supplies | $ 440.36 | $ 440.36 | $ - | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 |
| Taxes - Real Estate | | | $ - | | | | $ 41,622.00 | | | $ 41,622.00 | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 |
| Other Expenses | | | | | | | | | | | | |
| Total Expenses | $ 19,395.22 | $ 23,072.55 | $ 22,632.19 | $ 23,072.55 | $ 23,072.55 | $ 23,072.55 | $ 64,694.55 | $ 23,072.55 | $ 23,072.55 | $ 64,694.55 | $ 23,072.55 | $ 23,072.55 |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | $ 975.00 | | | $ 975.00 | | | $ 975.00 | | |
| Court Costs | | | | | | | | | | | | |
| Net Income | $ (19,395.22) | $ 9,127.71 | $ 9,568.07 | $ 8,152.71 | $ 9,127.71 | $ 9,127.71 | $ (9,347.03) | $ 9,127.71 | $ 9,127.71 | $ (9,347.03) | $ 9,127.71 | $ 9,127.71 |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | $ (19,395.22) | $ 9,127.71 | $ 9,568.07 | $ 8,152.71 | $ 9,127.71 | $ 9,127.71 | $ (9,347.03) | $ 9,127.71 | $ 9,127.71 | $ (9,347.03) | $ 9,127.71 | $ 9,127.71 |

| In re | Voras Enterprise Inc. | | **Case No.** 17-45570 |
|---|---|---|---|
| | **Debtor** | | **Reporting Period:** May-18 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 Are any post petition State or Federal income taxes past due? | | X |
| 9 Are any post petition real estate taxes past due? | | X |
| 10 Are any other post petition taxes past due? | | X |
| 11 Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 Are any amounts owed to post petition creditors delinquent? | | X |
| 13 Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Voras Bank Acct.- Capital One**

**Bank Reconciliation Report**

**5/31/2018**

6/15/2018

Posted by: kseliman on 6/15/2018

**Balance Per Bank Statement as of 5/31/2018**      **73,316.40**

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 3/22/2018 | 123 | allcount - All County Sewer & Drain, Inc. | 163.31 |
| 4/24/2018 | 42418 | birch - Birch | 64.57 |
| **Less:** | **Outstanding Checks** | | **227.88** |
| | **Reconciled Bank Balance** | | **73,088.52** |

**Balance per GL as of 5/31/2018**      **73,088.52**

**Reconciled Balance Per G/L**      **73,088.52**

**Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L)      **0.00**

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 4/23/2018 | 6638029 | cable - Cablevision | 172.57 | 5/15/2018 |
| 4/25/2018 | 128 | ustrustee - office of the U S Trustee | 975.00 | 5/31/2018 |
| 5/2/2018 | 129 | recdc - Real Estate Counselors, PLLC | 154.00 | 5/31/2018 |
| 5/7/2018 | 50718 | verizon - Verizon | 334.20 | 5/31/2018 |
| 5/11/2018 | 5111813535 | ngrid - National Grid | 1,812.85 | 5/31/2018 |
| 5/15/2018 | 6638029 | cable - Cablevision | -172.57 | 5/31/2018 |
| 5/17/2018 | 51718 | cable - Cablevision | 162.59 | 5/31/2018 |
| 5/23/2018 | 130 | falcon - Falcon Power Installers | 6,800.00 | 5/31/2018 |
| 5/23/2018 | 52318 | birch - Birch | 64.79 | 5/31/2018 |
| **Total Cleared Checks** | | | **10,303.43** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 5/9/2018 | 13 | | 26,279.14 | 5/31/2018 |
| 5/9/2018 | 14 | | 5,281.67 | 5/31/2018 |
| 5/9/2018 | 15 | | 323.45 | 5/31/2018 |
| 5/29/2018 | 17 | | 36,454.70 | 5/31/2018 |
| **Total Cleared Deposits** | | | **68,338.96** | |

**CapitalOne Bank**

# MANAGE YOUR CASH

CASH MANAGEMENT   CHECKING   MONEY MARKET   CDs   LOANS

VORAS ENTERPRISE INC.
DEBTOR-IN-POSSESSION CASE NO. 17-45570
132 RALPH AVE
BROOKLYN NY 11233

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY   FOR PERIOD   MAY 01, 2018 - MAY 31, 2018

**Spark Basic Checking** ▮▮▮▮▮▮                                    **VORAS ENTERPRISE INC.**

| | | | |
|---|---|---|---|
| Previous Balance 04/30/18 | $15,280.87 | Number of Days in Cycle | 31 |
| 2 Deposits/Credits | $68,338.96 | Minimum Balance This Cycle | $13,971.67 |
| 7 Checks/Debits | ($10,303.43) | Average Collected Balance | $36,071.91 |
| Service Charges | $0.00 | | |
| Ending Balance 05/31/18 | $73,316.40 | | |

## ACCOUNT DETAIL   FOR PERIOD   MAY 01, 2018 - MAY 31, 2018

**Spark Basic Checking** ▮▮▮▮▮▮                                    **VORAS ENTERPRISE INC.**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/04 | Check      128 | | $975.00 | $14,305.87 |
| 05/07 | ACH Withdrawal VERIZON PAYMENTREC 050718 NORTHEAST BROOKLYN HOU 7184535307333 | | $334.20 | $13,971.67 |
| 05/09 | Customer Deposit | $31,884.26 | | $45,855.93 |
| 05/14 | Check      129 | | $154.00 | $45,701.93 |
| 05/17 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 051718 voras enterprise 00253013535 | | $1,812.85 | $43,889.08 |
| 05/17 | ACH Withdrawal OPTIMUM 7836 CABLE PMNT 051718 V  TERPRISE INC 93395401 | | $162.59 | $43,726.49 |
| 05/23 | ACH Withdrawal BIRCH COMMUNICTN TELECOM SV 052318 VORAS *INTERPRISE 8198888 | | $64.79 | $43,661.70 |
| 05/23 | Check      130 | | $6,800.00 | $36,861.70 |
| 05/29 | Customer Deposit | $36,454.70 | | $73,316.40 |
| **Total** | | **$68,338.96** | **$10,303.43** | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



 **MANAGE YOUR CASH**

CASH MANAGEMENT    CHECKING    MONEY MARKET    CDs    LOANS

VORAS ENTERPRISE INC.
DEBTOR-IN-POSSESSION CASE NO. 17-45570

## ACCOUNT DETAIL    FOR PERIOD  MAY 01, 2018  -  MAY 31, 2018

**Spark Basic Checking** ▉▉▉▉▉▉                                       **VORAS ENTERPRISE INC.**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 128 | 05/04 | $975.00 | 129 | 05/14 | $154.00 | 130 | 05/23 | $6,800.00 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



**Voras Bank Account - Capital One**
**Bank Reconciliation Report**
**5/31/2018**
Acc#

| | | |
|---|---|---|
| **Opening Book Balance** | $ | 1,000.00 |
| **Deposits** | | - |
| **Disbursements** | | - |
| **Book Balance** | $ | 1,000.00 |
| **Outstanding Checks** | - | |
| **Total Outstanding Checks** | | - |
| **Deposit in Transit** | | - |
| **Adjusted Book Balance** | $ | 1,000.00 |
| **Bank Balance-5/31/2018** | | 1,000.00 |
| **Differnce  (Reconciled Bank Balance and Book Balance)** | | - |

# *Capital*One **Bank**

# MANAGE YOUR CASH
### CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

VORAS ENTERPRISE INC.
UTILITY DEBTOR-IN-POSSESSION
CASE NO. 17-45570
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD    MAY 01, 2018 - MAY 31, 2018

| **Commercial Checking** | | | **VORAS ENTERPRISE INC.** |
|---|---|---|---|
| Previous Balance  04/30/18 | $1,000.00 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,000.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,000.00 |
| Service Charges | $0.00 | | |
| Ending Balance 05/31/18 | $1,000.00 | | |

## ACCOUNT DETAIL    FOR PERIOD  MAY 01, 2018  - MAY 31, 2018

| **Commercial Checking** | | **VORAS ENTERPRISE INC.** |
|---|---|---|

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/01 | | | | $1,000.00 |
| | No Account Activity this Statement Period | | | |
| 05/31 | | | | $1,000.00 |
| **Total** | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.

