UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re Voras Enterprise Inc.  
    Debtor

Case No. 17-45570  
Reporting Period: June-18

Federal Tax I.D. # 46-1127108

## SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _[signature]_     Date 7/18/18

Signature of Authorized Individual* _[signature]_     Date 7/18/18

Printed Name of Authorized Individual Nathaniel Montgomery     Date 7/18/18

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re** Voras Enterprise Inc.  **Case No.** 17-45570
   **Debtor**                    **Reporting Period:** June-18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the fhree bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | | BANK ACCOUNTS | | |
|---|---|---|---|---|
| **ACCOUNT NUMBER (LAST 4)** | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | $ 73,316.40 | | | |
| **RECEIPTS** | | | | |
| CASH SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | $ 49,278.53 | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER *(ATTACH LIST)* | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | | |
| **TOTAL RECEIPTS** | $ 49,278.53 | | | |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | | | | |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| INVENTORY PURCHASES | | | | |
| SECURED/ RENTAL/ LEASES | | | | |
| INSURANCE | $ - | | | |
| ADMINISTRATIVE | | | | |
| SELLING | | | | |
| OTHER *(ATTACH LIST)**  | $ 50,238.47 | | | |
| OWNER DRAW * | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE QUARTERLY FEES | $ - | | | |
| COURT COSTS | | | | |
| **TOTAL DISBURSEMENTS** | $ 50,238.47 | | | |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ (959.94) | | | |
| | | | | |
| CASH – END OF MONTH | $ 72,356.46 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE
* SEE ATTACHMENT

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| **TOTAL DISBURSEMENTS** | 49,278.53 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

**In re** Voras Enterprise Inc.            **Case No.** 17-45570
   **Debtor**                                    **Reporting Period:** June-18

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** | 73,316.40 |  |  |
|  |  |  |  |
| BANK BALANCE | 72,356.46 |  |  |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | 227.88 |  |  |
| OTHER *(ATTACH EXPLANATION)* |  |  |  |
|  |  |  |  |
| **ADJUSTED BANK BALANCE \*** | 72,128.58 |  |  |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Date | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **CHECKS OUTSTANDING** | Ck. # | Ck. # | Amount |
| All County Sewer & Drain | 123 | 123 | $ 163.31 |
| Birch | 42418 | 42418 | $ 64.57 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**OTHER**

**In re** Voras Enterprise Inc.  **Case No.** 17-45570
  **Debtor**  **Reporting Period:** June-18

### STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | $ 32,151.26 | |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | $ 32,151.26 | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | $ - | |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Insurance | $ 4,445.66 | |
| Management Fees/Bonuses | | |
| Office Expense | $ - | |
| Other Interest | | |
| Repairs | $ 9,229.56 | |
| Supplies | $ - | |
| Taxes - Real Estate | | |
| Travel and Entertainment | | |
| Utilities | $ 15,782.59 | |
| Fire Monitoring Company | $ 1,730.66 | |
| Total Operating Expenses Before Depreciation | $ 31,188.47 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | $ 962.79 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | $ - | |
| Interest Expense | $ - | |
| Other Expense *(attach schedule)* | $ 15,139.29 | |
| Net Profit (Loss) Before Reorganization Items | $ (14,176.50) | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $ - | |
| U. S. Trustee Quarterly Fees | $ - | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | $ - | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | $ - | |
| Income Taxes | | |
| Net Profit (Loss) | $ (14,176.50) | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Janitorial Fee | $ 889.29 | |
| Him & Her Salon | $ 14,250.00 | |
| | | |
| | $ - | |
| Total | $ 15,139.29 | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

| In re | Voras Enterprise Inc. | Case No. | 17-45570 |
|---|---|---|---|
| | Debtor | Reporting Period: | June-18 |

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | $ 72,128.58 | $ 73,316.40 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | $ 72,128.58 | $ 73,316.40 | |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | $ 6,922,000.00 | $ 6,922,000.00 | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ 6,922,000.00 | $ 6,922,000.00 | |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | | | |
| **TOTAL ASSETS** | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | $ 31,188.47 | $ 16,960.74 | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | $ 71,325.79 | $ 71,325.79 | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | $ 102,514.26 | $ 88,286.53 | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | $ 7,476,537.00 | $ 7,476,537.00 | |
| Priority Debt | $ - | | |
| Unsecured Debt | $ 1,130,832.51 | $ 1,130,832.51 | |
| *TOTAL PRE-PETITION LIABILITIES* | $ 8,607,369.51 | $ 8,607,369.51 | |
| **TOTAL LIABILITIES** | $ 8,709,883.77 | $ 8,695,656.04 | |
| *OWNERS' EQUITY* | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**In re** Voras Enterprise Inc.  
    **Debtor**

**Case No.** 17-45570  
**Reporting Period:** June-18

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | \ Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | $ 116,634.00 | | | | | $ 116,634.00 |
| Real Estate Taxes | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | $ 116,634.00 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

**In re** Voras Enterprise Inc.  
     **Debtor**

**Case No.** 17-45570  
**Reporting Period:** June-18

## RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

**Property:** 601-619 Throop Avenue  
**Square Footage:** 33,405

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bedford Stuyvesant Family Health Center | 1st Floor Unit A | 2,000 | 0 | 2,000 | 5.99% | Commercial | 5 Year | 10/1/2014 | 10/31/2019 | $ 5,400.00 | $ 61,540.00 | $ 15,287.48 |
| Metro Urgent Medical Care of Brooklyn PLLC | 1st Floor Unit B | 4,500 | 0 | 4,500 | 13.47% | Commercial | 10 Year | 11/21/2014 | 11/21/2024 | $ 11,896.67 | $ 139,500.00 | $ 34,368.40 |
| Vacant | 2nd Floor | 6,616 | 0 | 6,616 | 19.87% | Commercial | 0 | | | $ - | $ - | $ - |
| Brooklyn Legal Services Corp A | 3rd Floor | 6,127 | 0 | 6,127 | 18.36% | Commercial | 2 Year | 7/1/2016 | 6/30/2018 | $ 11,759.58 | $ 141,130.00 | $ 46,833.16 |
| Vacant | 4th Floor | 4,705 | 0 | 4,705 | 15.88% | Commercial | 0 | | | $ - | $ - | $ 40,527.08 |
| Vacant Unit A | 5th Floor | 1,900 | 0 | 1,900 | 5.69% | Commercial | 0 | | | $ - | $ - | $ 14,517.92 |
| Vacant Unit B | 5th Floor | 2,805 | 0 | 2,805 | 10.19% | Commercial | 0 | | | $ - | $ - | $ 26,009.16 |
| New Cingular Roof Antenna | Roof | | 0 | | | Commercial | 5 Year | | | $ 3,095.01 | $ 37,140.00 | |
| | | | | | | | | | Totals | $ 32,151.26 | $ 379,310.00 | $ 177,543.20 |

Notes:

FORM MOR-5 (RE)
2/2008
PAGE 9 OF 12

**In re** Voras Enterprise Inc.  **Case No.** 17-45570
    **Debtor**  **Reporting Period:** June-18

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

\* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

**In re** Voras Enterprise Inc.  
    **Debtor**

**Case No.** 17-45570  
**Reporting Period:** June-18

### CASH FLOW PROJECTION FOR THE PERIOD 01/01/18 THROUGH 01/31/18

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed.
This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

**Property:** 601-619 Throop Avenue  
**Square Footage:** 33,405

| | October | November | December | January | February | March | April | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | $  - | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | $ 24,122.26 | | | $ 24,122.26 | | |
| Total Income | $  - | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 32,200.26 | $ 56,322.52 | $ 32,200.26 | $ 32,200.26 | $ 56,322.52 | $ 32,200.26 | $ 32,200.26 |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 | $ 4,961.50 |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 | $ 3,677.33 |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 | $ 1,639.00 |
| Other Interest | | | | | | | | | | | | |
| Repairs | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 | $ 5,350.00 |
| Supplies | $ 440.36 | $ 440.36 | $  - | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 | $ 440.36 |
| Taxes - Real Estate | | | $  - | | | | $ 41,622.00 | | | $ 41,622.00 | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 | $ 7,004.36 |
| Other Expenses | | | | | | | | | | | | |
| Total Expenses | $ 19,395.22 | $ 23,072.55 | $ 22,632.19 | $ 23,072.55 | $ 23,072.55 | $ 23,072.55 | $ 64,694.55 | $ 23,072.55 | $ 23,072.55 | $ 64,694.55 | $ 23,072.55 | $ 23,072.55 |
| | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | $ 975.00 | | | $ 975.00 | | | $ 975.00 | | |
| Court Costs | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Net Income | $ (19,395.22) | $ 9,127.71 | $ 9,568.07 | $ 8,152.71 | $ 9,127.71 | $ 9,127.71 | $ (9,347.03) | $ 9,127.71 | $ 9,127.71 | $ (9,347.03) | $ 9,127.71 | $ 9,127.71 |
| | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | $ (19,395.22) | $ 9,127.71 | $ 9,568.07 | $ 8,152.71 | $ 9,127.71 | $ 9,127.71 | $ (9,347.03) | $ 9,127.71 | $ 9,127.71 | $ (9,347.03) | $ 9,127.71 | $ 9,127.71 |

FORM MOR-7 (RE)
2/2008
PAGE 11 OF 12

**In re** Voras Enterprise Inc.      **Case No.** 17-45570
       **Debtor**      **Reporting Period:** June-18

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition State or Federal income taxes past due? | | X |
| 9 | Are any post petition real estate taxes past due? | | X |
| 10 | Are any other post petition taxes past due? | | X |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 | Are any amounts owed to post petition creditors delinquent? | | X |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

## **ATTACHMENT TO SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

| **Date** | **Transaction Number** | **Payee** | **Amount** | **Date Cleared** |
|---|---|---|---|---|
| 06/04/2018 | Check No. 131 | Bank Direct | $2222.83 | 06/30/2018 |
| 06/04/2018 | 193427841 | ConEdison | $5,959.26 | 06/30/2018 |
| 06/05/2018 | 193513129 | ConEdison | $5,259.43 | 06/30/2018 |
| 06/13/2018 | Check No. 132 | Bank Direct | $2,222.83 | 06/30/2018 |
| 06/13/2018 | Check No. 133 | Falcon Power | $1,200.00 | 06/30/2018 |
| 06/13//2018 | Check No. 134 | Imperial Fire Protection | $1,730.66 | 06/30/2018 |
| 06/15/2018 | 28623053 | Cablevision | $174.58 | 06/30/2018 |
| 06/15/2018 | Check No. 136 | Him & Her Salon | $14,250.00 | 06/30/2018 |
| 06/18/2018 | 6181813535 | National Grid | $92.11 | 06/30/2018 |
| 06/25/2018 | Check No. 137 | Unitec Elevator | $8,029.56 | 06/30/2018 |
| 06/25/2018 | Check No. 138 | Falcon Power | $4,800.00 | 06/30/2018 |
| 06/27/2018 | 62718 | ConEdison | $4,297.21 | 06/30/2018 |
| | | **Total** | **$50,238.47** | |



# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

VORAS ENTERPRISE INC.
DEBTOR-IN-POSSESSION CASE NO. 17-45570
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY        FOR PERIOD   JUNE 01, 2018  -  JUNE 29, 2018

**Spark Basic Checking**                                                                **VORAS ENTERPRISE INC.**

| | | | |
|---|---|---|---|
| Previous Balance 05/31/18 | $73,316.40 | Number of Days in Cycle | 29 |
| 3 Deposits/Credits | $49,278.53 | Minimum Balance This Cycle | $60,966.25 |
| 13 Checks/Debits | ($50,238.47) | Average Collected Balance | $67,590.22 |
| Service Charges | $0.00 | | |
| Ending Balance 06/29/18 | $72,356.46 | | |

## ACCOUNT DETAIL     FOR  PERIOD   JUNE 01, 2018   -   JUNE 29, 2018

**Spark Basic Checking**                                                                **VORAS ENTERPRISE INC.**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 06/06 | ACH Withdrawal CON ED OF NY    INTELL CK 060618 VORAS ENTERPRISE INC.D ***********0053 | | $5,959.26 | $67,357.14 |
| 06/07 | ACH Withdrawal CON ED OF NY    INTELL CK 060718 VORAS ENTERPRISE INC.D ***********0053 | | $5,249.43 | $62,107.71 |
| 06/07 | ACH Withdrawal CON ED OF NY    INTELL CK 060718 VORAS ENTERPRISE INC.D ***********0053 | | $10.00 | $62,097.71 |
| 06/11 | Customer Deposit | $20,761.55 | | $82,859.26 |
| 06/12 | Check        131 | | $2,222.83 | $80,636.43 |
| 06/13 | Check        133 | | $1,200.00 | $79,436.43 |
| 06/15 | Check        136 | | $14,250.00 | $65,186.43 |
| 06/18 | ACH Withdrawal OPTIMUM 7836 CABLE PMNT 061818 V  TERPRISE INC 93395401 | | $174.58 | $65,011.85 |
| 06/20 | Check        132 | | $2,222.83 | $62,789.02 |
| 06/21 | Check        134 | | $1,730.66 | $61,058.36 |

Thank you for banking with us.                                                           PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



**An Important Message to Our Clients**

**What should I do if I find an error or problem on my statement?**

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

VORAS ENTERPRISE INC.
DEBTOR-IN-POSSESSION CASE NO. 17-45570

**ACCOUNT DETAIL**     CONTINUED FOR PERIOD  JUNE 01, 2018    -    JUNE 29, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 06/22 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 062218 voras enterprise 00253013535 | | $92.11 | $60,966.25 |
| 06/25 | Customer Deposit | $12,935.54 | | $73,901.79 |
| 06/25 | Check     138 | | $4,800.00 | $69,101.79 |
| 06/27 | Customer Deposit | $15,581.44 | | $84,683.23 |
| 06/28 | ACH Withdrawal CON ED OF NY     INTELLCK 062818 VORAS ENTERPRISE INC.D ***********0053 | | $4,297.21 | $80,386.02 |
| 06/28 | Check     137 | | $8,029.56 | $72,356.46 |
| **Total** | | $49,278.53 | $50,238.47 | |

**Spark Basic Checking**                                                                                          **VORAS ENTERPRISE INC.**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 131 | 06/12 | $2,222.83 | 134 | 06/21 | $1,730.66 | 137 | 06/28 | $8,029.56 |
| 132 | 06/20 | $2,222.83 | 136* | 06/15 | $14,250.00 | 138 | 06/25 | $4,800.00 |
| 133 | 06/13 | $1,200.00 | | | | | | |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.

MEMBER FDIC   EQUAL HOUSING LENDER

**Voras Bank Acct.- Capital One**    7/17/2018

**Bank Reconciliation Report**

**6/30/2018**

**Posted by: bsimms   on 7/17/2018**

| | | | |
|---|---|---|---:|
| **Balance Per Bank Statement as of 6/30/2018** | | | **72,356.46** |
| **Outstanding Checks** | | | |

| Check Date | Check Number | Payee | Amount |
|---|---|---|---:|
| 3/22/2018 | 123 | allcount - All County Sewer & Drain, Inc. | 163.31 |
| 4/24/2018 | 42418 | birch - Birch | 64.57 |
| **Less:** | **Outstanding Checks** | | **227.88** |
| | **Reconciled Bank Balance** | | **72,128.58** |

| | | |
|---|---|---:|
| **Balance per GL as of 6/30/2018** | | **72,128.58** |
| | **Reconciled Balance Per G/L** | **72,128.58** |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 6/4/2018 | 131 | bankdir - BankDirect Capital Finance | 2,222.83 | 6/30/2018 |
| 6/4/2018 | 193427841 | coned - ConEdison | 5,959.26 | 6/30/2018 |
| 6/5/2018 | 193513129 | coned - ConEdison | 5,259.43 | 6/30/2018 |
| 6/13/2018 | 132 | bankdir - BankDirect Capital Finance | 2,222.83 | 6/30/2018 |
| 6/13/2018 | 133 | falcon - Falcon Power Installers | 1,200.00 | 6/30/2018 |
| 6/13/2018 | 134 | impfire - Imperial Fire Protection Syatems | 1,730.66 | 6/30/2018 |
| 6/15/2018 | 136 | him - Him &  Her salon LLC | 14,250.00 | 6/30/2018 |
| 6/15/2018 | 28623053 | cable - Cablevision | 174.58 | 6/30/2018 |
| 6/18/2018 | 6181813535 | ngrid - National Grid | 92.11 | 6/30/2018 |
| 6/20/2018 | 137 | unitec - Unitec Elevator | 8,029.56 | 6/30/2018 |
| 6/25/2018 | 138 | falcon - Falcon Power Installers | 4,800.00 | 6/30/2018 |
| 6/27/2018 | 62718 | coned - ConEdison | 4,297.21 | 6/30/2018 |
| **Total Cleared Checks** | | | **50,238.47** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 6/13/2018 | 18 | | 20,761.55 | 6/30/2018 |
| 6/25/2018 | 20 | | 12,935.54 | 6/30/2018 |
| 6/27/2018 | 21 | | 15,581.44 | 6/30/2018 |
| **Total Cleared Deposits** | | | **49,278.53** | |



**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

VORAS ENTERPRISE INC.
UTILITY DEBTOR-IN-POSSESSION
CASE NO. 17-45570
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

**ACCOUNT SUMMARY**     FOR PERIOD    JUNE 01, 2018  -  JUNE 29, 2018

**Commercial Checking**                                                                 VORAS ENTERPRISE INC.

| | | | |
|---|---|---|---|
| Previous Balance  05/31/18 | $1,000.00 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,000.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,000.00 |
| Service Charges | $0.00 | | |
| Ending Balance 06/29/18 | $1,000.00 | | |

**ACCOUNT DETAIL**     FOR  PERIOD   JUNE 01, 2018  -  JUNE 29, 2018

**Commercial Checking**                                                                 VORAS ENTERPRISE INC.

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 06/01 | | | | $1,000.00 |
| | No Account Activity this Statement Period | | | |
| 06/29 | | | | $1,000.00 |
| Total | | $0.00 | $0.00 | |

No Items Processed

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



**An Important Message to Our Clients**

**What should I do if I find an error or problem on my statement?**

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Voras Bank Account - Capital One**
**Bank Reconciliation Report**
**30-Jun-18**
**Acc#** ▮▮▮▮▮▮▮▮

| | | |
|---|---:|---:|
| **Opening Book Balance** | $ | 1,000.00 |
| **Deposits** | | - |
| **Disbursements** | | - |
| **Book Balance** | $ | 1,000.00 |
| **Outstanding Checks** | - | |
| **Total Outstanding Checks** | | - |
| **Deposit in Transit** | | - |
| **Adjusted Book Balance** | $ | 1,000.00 |
| **Bank Balance- 06/30/2018** | | 1,000.00 |
| **Differnce   (Reconciled Bank Balance and Book Balance)** | | - |