ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Allen G. Kadish
Harrison H.D. Breakstone
Email: akadish@archerlaw.com
       hbreakstone@archerlaw.com

*Counsel for Voras Enterprise Inc.,*
*Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| VORAS ENTERPRISE INC., | Case No. 17-45570 (NHL) |
| Debtor. | |

------------------------------------------------------------x

### SUPPLEMENTAL DECLARATION OF ARCHER & GREINER, P.C. DISCLOSING CHANGES IN <u>PROFESSIONAL FEE HOURLY RATES</u>

Allen G. Kadish hereby declares, pursuant to 28 U.S.C. §1746, that the following is true to the best of his knowledge, information and belief.

1. I am a partner of Archer & Greiner, P.C. ("**Archer**"), a law firm with an office located at 630 Third Avenue, New York, New York 10017. I am a member in good standing of the Bar of the State of New York and am admitted to practice in this district. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. Archer has been retained by Order of this Court as counsel for Voras Enterprise Inc., debtor and debtor-in-possession in the captioned case (the "**Debtor**") pursuant to section 327(a) of the United States Bankruptcy Code and rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

3. As described in the application seeking authorization to retain and employ Archer as counsel, Archer periodically adjusts its hourly rates to account for economic and other conditions.

4. Effective as of October 1, 2018, Archer will adjust the hourly rates of its professionals with respect to all matters, including Archer's representation of the Debtor. The hourly rates of the professionals in Archer's New York City office, including those involved with representation of the Debtor, will be as follows:

| Professional | Previous Hourly Rate | Hourly Rate as of October 1, 2018 |
|---|---|---|
| Allen G. Kadish (Partner) | $675 | $675 |
| Gerard DiConza (Partner) | 655 | 655 |
| Jeffrey Traurig (Partner) | 515 | 515 |
| Harrison Breakstone (Associate) | 375 | 350 |
| Lance Schildkraut (Associate) | 395 | 250 |
| Paralegal | 195 | 205 |

5. Archer has carefully considered this rate change, as well as the rates of other law firms providing similar services, and I believe the new hourly rates for professionals to be charged by Archer are reasonable.

6. The Debtor has approved the rate structure set forth above and the filing of this declaration.

Dated: New York, New York
October 31, 2018

                                              s/ Allen G. Kadish
                                                 Allen G. Kadish

215284374v1