# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH *▲†
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ

J. TED DONOVAN
DORAN I. GOLUBTCHIK
MICHELLE A. McLEOD*
ARTHUR A. HIRSCHLER
ELI D. RAIDER
HOWARD S. BONFIELD
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
JOHN P. HOGAN
AVROHOM C. POSEN*
ZACHARY D. KUPERMAN*
JASON D. WEADERHORN
ANNA ARELLANO
NEIL I. ALBSTEIN*
GREGORY C. RICHMAND
VASILIOS VLAHAKIS

Kevin J. Nash, Esq.
Direct (212) 301-6944
Facsimile (212) 221-6532
KNash@GWFGLaw.com

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT A. KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
° ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR

January 9, 2019

*Via ECF*
Hon. Nancy H. Lord
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201-1800

Re:   Voras Enterprise, Inc.
      Case No. 17-45570 (NHL)

Dear Judge Lord:

I write in reference to the confirmation hearing scheduled for tomorrow, January 10, 2019. As you recall, my firm represents 619 Throop Acquisitions LLC, the proposed purchaser. At the last hearing on December 13, 2018, the Court requested that I file a letter on the docket confirming various options relating to the Brooklyn Legal lease. I realize that this letter was requested to be filed earlier, but the negotiations are still progressing, and I was unavailable until this week.

During the last hearing, I laid out various scenarios, some of which are still viable, and the parties are continuing to negotiate a resolution that works for everyone. Because these discussions are on-going, I am requesting an adjournment of the confirmation hearing for approximately one week's time or so, subject to the availability of the Court and other counsel.

I have discussed this request with the Debtor's counsel, Allen Kadish, Esq., who requested that I file this letter.

Very truly yours,

/s/ Kevin J. Nash, Esq.