UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

VORAS ENTERPRISE INC.
aka Voras Enterprises Inc.,

        Debtor.
------------------------------------------------------------x

Chapter 11

Case No. 17-45570 (NHL)

## ORDER GRANTING FINAL FEE APPLICATIONS

Upon the applications of (a) Sperber, Denenberg & Kahan, P.C. (the "SDK Application"), special real estate counsel for Voras Enterprise Inc. (the "Debtor"), and (b) Archer & Greiner, P.C. (the "Archer Application"), attorneys for the Debtor, each for final allowance of compensation and reimbursement of expenses; and it appearing the Court has jurisdiction to consider the SDK Application and the Archer Application (collectively, the "Applications"), pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue is proper in this District pursuant to 28 U.S.C. § 1408; and the Court having scheduled a hearing on the Applications for May 30, 2019 (the "Hearing"); and it appearing that due notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2) that no other or further notice need be given; and no objections having been filed to the Applications; and the Court having considered the Applications; and after hearing from the Office of the United States Trustee and such other parties whose identities are set forth on the record of the Hearing; and upon the record of the Hearing; and due deliberation having been had, and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Applications be, and hereby are, granted to the extent set forth in Schedule "A" attached hereto; and it is further

**ORDERED**, that the Debtor is authorized and directed to make payments on account of the allowances granted hereby to the extent set forth in Schedule "A" attached hereto and in accordance with other applicable orders of the Court; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to implementation of this Order.



**Dated: June 2, 2019**
**Brooklyn, New York**

/s/ Nancy Hershey Lord
**Nancy Hershey Lord**
**United States Bankruptcy Judge**

Case Number:   17-45570 (NHL)
Case Name:     Voras Enterprise Inc.

## FIRST AND FINAL FEE PERIOD

| Applicant | Date/Docket No. of Application | Fees Requested | Fees Allowed and to be Paid | Fees Held Back | Fees to be Paid by Debtor | Expenses Requested | Expenses Allowed and to be Paid |
|---|---|---|---|---|---|---|---|
| Archer & Greiner, P.C., Counsel for the Debtor | *First and Final Application of Archer & Greiner, P.C., as Counsel for Voras Enterprise Inc., for Allowance of Compensation and Reimbursement of Expenses for the Period from October 26, 2017 through March 31, 2019* [Docket No. 165], filed May 9, 2019<br><br>*Supplement to First and Final Application of Archer & Greiner, P.C., as Counsel for Voras Enterprise Inc., for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 168], filed May 24, 2019<br><br>*Amended Cover Sheet for Supplement to First and Final Application of Archer & Greiner, P.C., as Counsel for Voras Enterprise Inc., for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 170], filed May 29, 2019 | $815,000 | $692,750[1] | n/a | $692,750 | $11,537.25 | $11,537.25 |
| Sperber, Denenberg & Kahan, P.C., Special Real Estate Counsel for the Debtor | *First and Final Application of Sperber, Denenberg & Kahan, P.C., as Special Real Estate Counsel for Voras Enterprise Inc., for Allowance of Compensation and Reimbursement of Expenses for the Period from May 24, 2018 through March 31, 2019* [Docket No. 164], filed May 9, 2019<br><br>*Supplement to First and Final Application of Sperber, Denenberg & Kahan, P.C., as Special Real Estate Counsel for Voras Enterprise Inc., for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 167], filed May 24, 2019<br><br>*Amended Cover Sheet for Supplement to First and Final Application of Sperber, Denenberg & Kahan, P.C., as Special Real Estate Counsel for Voras Enterprise Inc., for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 169], filed May 29, 2019 | $25,220 | $25,220 | n/a | $25,220 | $0.00 | $0.00 |

DATE: _____          INITIALS: _____, USBJ

---

[1] Reflects consensual voluntary reduction.