

**U.S. Department of Justice**
**Office of the United States Trustee**
 **Region 2**

 **Eastern District of New York**

IN RE:                                          }        CHAPTER 11
                                                }
VORAS ENTERPRISE INC.,                          }        CASE NO. 17-45570 (NHL)
                                                }
                                                }
        DEBTOR.                                 }

---

### DEBTOR'S  POST-CONFIRMATION
### MONTHLY OPERATING REPORT
### FOR THE PERIOD
**FROM** May 2, 2019 _____ **TO** _____ May 31, 2019 _____

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:: _____          Date: _____ 6-20-19 _____

_Nathaniel Montgomery_
Print Name

_Authorized Signatory_
Title

Debtor's Address                              Attorney's Address
and Phone Number:                             and Phone Number:
132 Ralph Avenue                               Allen G. Kadish
Brooklyn, NY                                   630 Third Ave.
11233                                          New York, NY 10017
Tel.(718) 453-9490                            Bar No. 2235315
                                              Tel. (212) 682-4940

Note:  The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X |
| | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Liability Endurance American Insurance Company | 4/20/2019 - 4/20/2020 | $22,696.81 | $0 |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Confirmation Order entered May 2, 2019.  Debtor expects to close sale of building, pursuant to the Plan, on June 27, 2019.  Distributions to occur thereafter.

**Estimated Date of Filing the Application for Final Decree: Within 14 days of administration of estate.**

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Voras Enterprise Inc. |
| **Case Number:** | 17-45570 (NHL) |
| **Date of Plan Co** | 2-May-19 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 227,714.29 | $ |
| 2. | **INCOME or RECEIPTS during the Period** | $ 27,635.50 | $ |

3. **DISBURSEMENTS**

| | | | Monthly | Post Confirmation Total |
|---|---|---|---|---|
| a. | **Operating Expenses (Fees/Taxes):** | | | |
| | (i) | U.S. Trustee Quarterly Fees | $ None | $ |
| | (ii) | Federal Taxes | None | |
| | (iii) | State Taxes | None | |
| | (iv) | Other Taxes | None | |
| | | | | |
| b. | **All Other Operating Expenses:** | | $ 60,747.37 | $ |
| | | | | |
| c. | **Plan Payments:*** | | | |
| | (i) | Administrative Claims | $ n/a | $ |
| | (ii) | Class One | n/a | |
| | (iii) | Class Two | n/a | |
| | (iv) | Class Three | n/a | |
| | (v) | Class Four | n/a | |
| | | (Attach additional pages as needed) | n/a | |
| | **Total Disbursements (Operating & Plan)** | | $ - | $ |

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (End of Period)** | $ 194,602.42 | $ |

\* **This includes any and all disbursements made under the plan of reorganization or in the ordinary course**
**of the reorganized debtor's post-confirmation business, whether the disbursements are made**
**through a trust, by a third party, or by the reorganized debtor.**

**MONTHLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Capital One | Capital One | | |
| Account Number: | *5315 | *3723 | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating Acct. | Utility Acct. | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1.  **Balance per Bank Statement** | $      194,602.42 | $        1,000.00 | | |
| 2.  **ADD**:  Deposits not credited | $               - | $               - | | |
| 3.  **SUBTRACT**:  Outstanding Checks | $       17,972.23 | $               - | | |
| 4.  Other Reconciling Items | | | | |
| 5.  **Month End Balance** (Must Agree with Books) | $      176,630.19 | $        1,000.00 | | |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | |
|---|---|
| Account Number | |
| **Purpose of Account (Operating/Payroll/Personal)** | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | **PLEASE SEE BANK STATEMENT AND RECONCILIATION** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

# Capital One Bank

## MANAGE YOUR CASH
**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

VORAS ENTERPRISE INC.
DEBTOR-IN-POSSESSION CASE NO. 17-45570
132 RALPH AVE
BROOKLYN NY 11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD    MAY 01, 2019  -  MAY 31, 2019

**Spark Basic Checking**                                                                                    **VORAS ENTERPRISE INC.**

| | | | |
|---|---|---|---|
| Previous Balance 04/30/19 | $227,714.29 | Number of Days in Cycle | 31 |
| 2 Deposits/Credits | $27,635.50 | Minimum Balance This Cycle | $194,602.42 |
| 13 Checks/Debits | ($60,747.37) | Average Collected Balance | $213,852.60 |
| Service Charges | $0.00 | | |
| Ending Balance 05/31/19 | $194,602.42 | | |

## ACCOUNT DETAIL    FOR PERIOD    MAY 01, 2019  -  MAY 31, 2019

**Spark Basic Checking**                                                                                    **VORAS ENTERPRISE INC.**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/01 | ACH Withdrawal CON ED OF NY    INTELL CK 050119 VORAS ENTERPRISE INC.D ***********0053 | | $5,027.76 | $222,686.53 |
| 05/03 | Check       185 | | $946.77 | $221,739.76 |
| 05/06 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 050619 voras enterprise 00253013535 | | $529.62 | $221,210.14 |
| 05/08 | Customer Deposit | $15,521.75 | | $236,731.89 |
| 05/10 | ACH Withdrawal OPTIMUM 7836 CABLE PMNT 051019 V  TERPRISE INC 93395401 | | $532.35 | $236,199.54 |
| 05/10 | Check       186 | | $6,497.05 | $229,702.49 |
| 05/13 | Customer Deposit | $12,113.75 | | $241,816.24 |
| 05/15 | ACH Withdrawal NYC WATER BD/DEP WATER&SWR 051519 VORAS ENTERPRISE INC  05627150051419 | | $17,604.65 | $224,211.59 |
| 05/15 | Check       187 | | $1,500.00 | $222,711.59 |
| 05/16 | Check       191 | | $6,500.00 | $216,211.59 |
| 05/16 | Check       189 | | $1,142.90 | $215,068.69 |
| 05/17 | Check       188 | | $12,601.88 | $202,466.81 |

*Thank you for banking with us.*

**PAGE 1 OF 4**

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



MEMBER FDIC   EQUAL HOUSING LENDER

 **MANAGE YOUR CASH**

CASH MANAGEMENT I CHECKING I MONEY MARKET I CDs I LOANS

VORAS ENTERPRISE INC.
DEBTOR-IN-POSSESSION CASE NO. 17-45570

## ACCOUNT DETAIL     CONTINUED FOR PERIOD  MAY 01, 2019    -  MAY 31, 2019

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 05/29 | ACH Withdrawal CON ED OF NY    INTELL CK 052919 VORAS ENTERPRISE INC.D ***********0053 | | $4,534.76 | $197,932.05 |
| 05/31 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 053119 voras enterprise 00253013535 | | $54.63 | $197,877.42 |
| 05/31 | Check       192 | | $3,275.00 | $194,602.42 |
| *Total* | | $27,635.50 | $60,747.37 | |

---

**Spark Basic Checking**  ██████████        **VORAS ENTERPRISE INC.**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 185 | 05/03 | $946.77 | 188 | 05/17 | $12,601.88 | 191* | 05/16 | $6,500.00 |
| 186 | 05/10 | $6,497.05 | 189 | 05/16 | $1,142.90 | 192 | 05/31 | $3,275.00 |
| 187 | 05/15 | $1,500.00 | | | | | | |

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



# Capital One Bank

## MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

VORAS ENTERPRISE INC.
UTILITY DEBTOR-IN-POSSESSION
CASE NO. 17-45570
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD   MAY 01, 2019  -  MAY 31, 2019

**Commercial Checking**                                                    **VORAS ENTERPRISE INC.**

| | | | |
|---|---|---|---|
| Previous Balance  04/30/19 | $1,000.00 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,000.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,000.00 |
| Service Charges | $0.00 | | |
| Ending Balance 05/31/19 | $1,000.00 | | |

## ACCOUNT DETAIL    FOR  PERIOD   MAY 01, 2019  -  MAY 31, 2019

**Commercial Checking**                                                    **VORAS ENTERPRISE INC.**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/01 | | | | $1,000.00 |
| | No Account Activity this Statement Period | | | |
| 05/31 | | | | $1,000.00 |
| *Total* | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us.*

**PAGE 1 OF 2**

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



MEMBER FDIC
EQUAL HOUSING LENDER

**Voras Bank Acct.- Capital One**

6/18/2019

**Bank Reconciliation Report**

**5/31/2019**

███████

**Posted by: calcid   on 6/18/2019**

**Balance Per Bank Statement as of 5/31/2019**                                        **194,602.42**

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 1/18/2019 | 173 | 54605 - Falcon Power Installers Corp. | 3,650.00 |
| 2/5/2019 | 176 | spice - Spice Isle Communication | 1,050.00 |
| 5/15/2019 | 190 | unitec - Unitec Elevator | 1,551.47 |
| 5/31/2019 | 193 | fireimp - Imperial Fire Protection Syatems | 11,720.76 |
| **Less:** | **Outstanding Checks** | | **17,972.23** |
| | **Reconciled Bank Balance** | | **176,630.19** |

**Balance per GL as of 5/31/2019**                                                          **176,630.19**

**Reconciled Balance Per G/L**                                          **176,630.19**

**Difference**        (Reconciled Bank Balance And Reconciled Balance Per G/L)           **0.00**

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 5/1/2019 | 50119 | coned - ConEdison | 5,027.76 | 5/31/2019 |
| 5/1/2019 | 5011913535 | ngrid - National Grid | 529.62 | 5/31/2019 |
| 5/2/2019 | 185 | payroll - NEBHDCo-Payroll | 946.77 | 5/31/2019 |
| 5/3/2019 | 186 | hdaley - Henry Daley (Marhsal, city of New York) | 6,497.05 | 5/31/2019 |
| 5/6/2019 | 187 | jaffa - Jack Jaffa & Associates | 1,500.00 | 5/31/2019 |
| 5/7/2019 | 188 | unitec - Unitec Elevator | 12,601.88 | 5/31/2019 |
| 5/8/2019 | 50819 | cable - Cablevision | 532.35 | 5/31/2019 |
| 5/10/2019 | 189 | manhatta - Manhattan Fire & Safety Corp. | 1,142.90 | 5/31/2019 |
| 5/15/2019 | 191 | jalam - J. Alam Home Improvement, Inc. | 6,500.00 | 5/31/2019 |
| 5/15/2019 | 13438818892 | nycwater - NYC Water Board | 17,604.65 | 5/31/2019 |
| 5/24/2019 | 212292885 | coned - ConEdison | 4,534.76 | 5/31/2019 |
| 5/24/2019 | 5241913535 | ngrid - National Grid | 54.63 | 5/31/2019 |
| 5/31/2019 | 192 | falcon - Falcon Power Installers | 3,275.00 | 5/31/2019 |
| **Total Cleared Checks** | | | **60,747.37** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 5/8/2019 | 44 | | 15,521.75 | 5/31/2019 |
| 5/13/2019 | 45 | | 12,113.75 | 5/31/2019 |
| **Total Cleared Deposits** | | | **27,635.50** | |

**Voras Bank Account - Capital One**
**Bank Reconciliation Report**
**5/31/2019**
Acc# ▓▓▓▓▓▓▓▓▓▓

| | | |
|---|---|---|
| **Opening Book Balance** | | $ 1,000.00 |
| **Deposits** | | - |
| **Disbursements** | | - |
| **Book Balance** | | $ 1,000.00 |
| **Outstanding Checks** | - | |
| **Total Outstanding Checks** | | - |
| **Deposit in Transit** | | - |
| **Adjusted Book Balance** | | $ 1,000.00 |
| **Bank Balance-5/31/2019** | | 1,000.00 |
| **Differnce   (Reconciled Bank Balance and Book Balance)** | | - |