ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Allen G. Kadish
Harrison H.D. Breakstone
Tel: (212) 682-4940
Email:  akadish@archerlaw.com
        hbreakstone@archerlaw.com

*Counsel for Voras Enterprise Inc.,*
*Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| VORAS ENTERPRISE INC., | Case No. 1-17-45570 (NHL) |
| Debtor. | |

-----------------------------------------------------------x

## NOTICE OF EFFECTIVE DATE OF
## <u>DEBTOR'S AMENDED CHAPTER 11 PLAN</u>

**PLEASE TAKE NOTICE** that the effective date of the Debtor's *Amended Chapter 11 Plan* [Docket No. 110], confirmed by Order dated May 2, 2019 [Docket No. 158], occurred on, and was declared as of, June 27, 2019.

Dated: New York, New York      ARCHER & GREINER, P.C.
       June 28, 2019

                                        By:    s/Allen G. Kadish
                                            Allen G. Kadish
                                            Harrison H.D. Breakstone
                                            630 Third Avenue
                                            New York, New York 10017
                                            Tel:   (212) 682-4940
                                            Email: akadish@archerlaw.com
                                                       hbreakstone@archerlaw.com

                                            *Counsel for Voras Enterprise Inc.,*
                                            *Debtor and Debtor-in-Possession*

216296427v1