

U.S. Department of Justice
Office of the United States Trustee
Region 2

Eastern District of New York

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| VORAS ENTERPRISE INC., | CASE NO. 17-45570 (NHL) |
| DEBTOR. | |

## DEBTOR'S POST-CONFIRMATION
## MONTHLY OPERATING REPORT
## FOR THE PERIOD

**FROM** July 1, 2019    **TO** July 31, 2019

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed: /s/ Nathaniel Montgomery    Date: 8/19/19

Print Name: Nathaniel Montgomery

Title: Authorized Signatory

Debtor's Address
and Phone Number:
132 Ralph Ave.
Brooklyn, NY 11233
Tel. (718) 453-9490

Attorney's Address
and Phone Number:
Allen G. Kadish
630 Third Ave.
New York, NY 10017
Bar No. 2235315
Tel. (212) 682-4940

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

**MONTHLY OPERATING REPORT -**                        **ATTACHMENT NO. 2**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Voras Enterprise Inc. |
| **Case Number:** | 17-45570 (NHL) |
| **Date of Plan Co** | 2-May-19 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Monthly | Post Confirmation Total |
|---|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | | $ 192,227.70 | $ |
| 2. | **INCOME or RECEIPTS during the Period** | | $ 483,695.26 | $ |
| 3. | **DISBURSEMENTS** | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | |
| | | (i) U.S. Trustee Quarterly Fees | $ 2,277.23 | $ |
| | | (ii) Federal Taxes | | |
| | | (iii) State Taxes | | |
| | | (iv) Other Taxes | | |
| | b. | **All Other Operating Expenses:** | $ 97,449.20 | $ |
| | c. | **Plan Payments:*** | | |
| | | (i) Administrative Claims | $ | $ |
| | | (ii) Class One | | |
| | | (iii) Class Two | | |
| | | (iv) Class Three | | |
| | | (v) Class Four | | |
| | | (Attach additional pages as needed) | Please refer to the S&U | |
| | **Total Disbursements (Operating & Plan)** | | $ | $ |
| 1. | **CASH (End of Period)** | | $ 578,473.76 | $ |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
  of the reorganized debtor's post-confirmation business, whether the disbursements are made
  through a trust, by a third party, or by the reorganized debtor.

**MONTHLY OPERATING REPORT -**                                                      **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| **Bank Account Information** | **Account #1** | **Account #2** | **Account #3** | **Account #4** |
|---|---|---|---|---|
| **Name of Bank:** | Capital One | Capital One | | |
| **Account Number:** | 5315 | 3723 | | |
| **Purpose of Account (Operating/Payroll/Tax)** | Operating Acct. | Utility Acct. | | |
| **Type of Account (e.g. checking)** | Checking | Checking | | |
| 1. **Balance per Bank Statement** | $ 578,473.76 | $ 1,000.00 | | |
| 2. **ADD**: Deposits not credited | $ - | $ - | | |
| 3. **SUBTRACT**: Outstanding Checks | $ 12,579.24 | $ - | | |
| 4. Other Reconciling Items | | | | |
| 5. **Month End Balance** (Must Agree with Books) | $ 565,894.52 | $ 1,000.00 | | |

Note: Attach copy of each bank statement and bank reconciliation.

| **Investment Account Information** <br><br> **Bank / Account Name / Number** | **Date of Purchase** | **Type of Instrument** | **Purchase Price** | **Current Value** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**                                **ATTACHMENT NO. 4**
**POST CONFIRMATION**

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | |
|---|---|
| Account Number | |
| **Purpose of Account (Operating/Payroll/Personal)** | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | **PLEASE SEE BANK STATEMENT AND RECONCILIATION** | | |
| | | **AND** | | |
| | | **PLEASE SEE CLOSING STATEMENT** | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |

**MONTHLY OPERATING REPORT -**                                                       **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Liability Endurance American Insurance Company | 4/20/2019 - 4/20/2020 | $5,635.78 per month | $0 |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**
The Effective Date of the Plan, sale of the building and distributions to creditors occurred on June 27, 2019.




**Estimated Date of Filing the Application for Final Decree:** _____



# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

VORAS ENTERPRISE INC.
DEBTOR-IN-POSSESSION CASE NO. 17-45570
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

ACCOUNT SUMMARY       FOR PERIOD  JULY 01, 2019  -  JULY 31, 2019

**Spark Basic Checking 5315**                                                                VORAS ENTERPRISE INC.

| | | | |
|---|---|---|---|
| Previous Balance  06/30/19 | $192,227.70 | Number of Days in Cycle | 31 |
| 4 Deposits/Credits | $483,695.26 | Minimum Balance This Cycle | $192,227.70 |
| 10 Checks/Debits | ($97,449.20) | Average Collected Balance | $620,524.89 |
| Service Charges | $0.00 | | |
| Ending Balance 07/31/19 | $578,473.76 | | |

ACCOUNT DETAIL    FOR PERIOD  JULY 01, 2019  -  JULY 31, 2019

**Spark Basic Checking 5315**                                                                VORAS ENTERPRISE INC.

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 07/01 | Customer Deposit | $249,943.48 | | $442,171.18 |
| 07/01 | Wire transfer deposit SPERBER DENENBERG & KAHAN 070119 USD2423615362 | $215,600.96 | | $657,772.14 |
| 07/01 | Wire transfer fee SPERBER DENENBERG G & KAHAN  070119 | | $15.00 | $657,757.14 |
| 07/02 | Check       201 | | $1,014.70 | $656,742.44 |
| 07/09 | Customer Deposit | $2,610.56 | | $659,353.00 |
| 07/10 | Check       202 | | $500.00 | $658,853.00 |
| 07/11 | Check       199 | | $650.85 | $658,202.15 |
| 07/12 | Customer Deposit | $15,540.26 | | $673,742.41 |
| 07/15 | Check       202 | | $30,000.00 | $643,742.41 |
| 07/16 | ACH Withdrawal OPTIMUM 7836 CABLE PMNT 071619 V  TERPRISE INC 93395401 | | $266.80 | $643,475.61 |
| 07/18 | ACH Withdrawal CON ED OF NY     INTELL CK 071819 VORAS ENTERPRISE INC.D ***********0053 | | $3,289.16 | $640,186.45 |
| 07/22 | Check       205 | | $60,000.00 | $580,186.45 |

Thank you for banking with us.                              PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



Case 1-17-45570-nhl    Doc 176    Filed 08/20/19    Entered 08/20/19 17:53:24



**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

VORAS ENTERPRISE INC.
DEBTOR-IN-POSSESSION CASE NO. 17-45570

**ACCOUNT DETAIL**    CONTINUED FOR PERIOD  JULY 01, 2019  -  JULY 31, 2019

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 07/24 | ACH Withdrawal NATIONAL GRID NY UTILITYPAY 072419 voras enterprise 00253013535 | | $86.31 | $580,100.14 |
| 07/26 | Check       203 | | $1,626.38 | $578,473.76 |
| **Total** | | **$483,695.26** | **$97,449.20** | |

**Spark Basic Checking** ############5315                                                                 **VORAS ENTERPRISE INC.**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 199 | 07/11 | $650.85 | 202 | 07/10 | $500.00 | 203 | 07/26 | $1,626.38 |
| 201* | 07/02 | $1,014.70 | 202* | 07/15 | $30,000.00 | 205* | 07/22 | $60,000.00 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



**Voras Bank Acct.- Capital One**  8/15/2019

**Bank Reconciliation Report**

**7/31/2019**

**5315**

**Posted by: ebrown   on 8/15/2019**

| | | | |
|---|---|---|---:|
| **Balance Per Bank Statement as of 7/31/2019** | | | **578,473.76** |
| **Outstanding Checks** | | | |

| Check Date | Check Number | Payee | Amount |
|---|---|---|---:|
| 1/18/2019 | 173 | 54605 - Falcon Power Installers Corp. | 3,650.00 |
| 2/5/2019 | 176 | spice - Spice Isle Communication | 1,050.00 |
| 6/12/2019 | 197 | nebhdco - NEBHDCo | 3,859.69 |
| 7/30/2019 | 215838318 | coned - ConEdison | 4,019.55 |
| **Less:** | **Outstanding Checks** | | **12,579.24** |
| | **Reconciled Bank Balance** | | **565,894.52** |

| | | |
|---|---|---:|
| **Balance per GL as of 7/31/2019** | | **565,894.52** |
| | **Reconciled Balance Per G/L** | **565,894.52** |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 6/18/2019 | 199 | ustrustee - office of the U S Trustee | 650.85 | 7/31/2019 |
| 6/26/2019 | 201 | hdaley - Henry Daley (Marhsal, city of New York) | 1,014.70 | 7/31/2019 |
| 7/10/2019 | 202 | steven - Steven Weinreb | 500.00 | 7/31/2019 |
| 7/12/2019 | 202 | equicap - Mortgage Equicap LLC | 30,000.00 | 7/31/2019 |
| 7/15/2019 | 71619 | cable - Cablevision | 266.80 | 7/31/2019 |
| 7/18/2019 | 203 | ustrustee - office of the U S Trustee | 1,626.38 | 7/31/2019 |
| 7/18/2019 | 71819 | coned - ConEdison | 3,289.16 | 7/31/2019 |
| 7/18/2019 | 71819 | ngrid - National Grid | 86.31 | 7/31/2019 |
| 7/19/2019 | 205 | payroll - NEBHDCo-Payroll-Janitorial Fees | 60,000.00 | 7/31/2019 |
| **Total Cleared Checks** | | | **97,434.20** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 7/12/2019 | 48 | | 15,540.26 | 7/31/2019 |
| **Total Cleared Deposits** | | | **15,540.26** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 7/1/2019 | JE 29725 | Sperber Denenber Kahan | 465,544.44 | 7/31/2019 |
| 7/1/2019 | JE 29726 | Sperber Denenber Kahan-Fee | -15.00 | 7/31/2019 |
| 7/9/2019 | JE 29724 | Closing of Tax Lien | 2,610.56 | 7/31/2019 |
| **Total Cleared Other Items** | | | **468,140.00** | |

# Capital One Bank

**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

VORAS ENTERPRISE INC.
UTILITY DEBTOR-IN-POSSESSION
CASE NO. 17-45570
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY        FOR PERIOD  JULY 01, 2019  -  JULY 31, 2019

**Commercial Checking          3723**                                              **VORAS ENTERPRISE INC.**

| | | | |
|---|---:|---|---:|
| Previous Balance  06/30/19 | $1,000.00 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,000.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,000.00 |
| Service Charges | $0.00 | | |
| Ending Balance 07/31/19 | $1,000.00 | | |

## ACCOUNT DETAIL    FOR PERIOD  JULY 01, 2019  -  JULY 31, 2019

**Commercial Checking          3723**                                              **VORAS ENTERPRISE INC.**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---:|---:|---:|
| 07/01 | | | | $1,000.00 |
| | No Account Activity this Statement Period | | | |
| 07/31 | | | | $1,000.00 |
| Total | | $0.00 | $0.00 | |

No Items Processed

*Thank you for banking with us.*                                                                    PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.


MEMBER FDIC    EQUAL HOUSING LENDER

**Voras Bank Account - Capital One**
**Bank Reconciliation Report**
**7/31/2019**
**Acc# '▮▮▮▮▮▮▮▮3723**

| | | |
|---|---:|---:|
| **Opening Book Balance** | $ | 1,000.00 |
| **Deposits** | | - |
| **Disbursements** | | - |
| **Book Balance** | $ | 1,000.00 |
| **Outstanding Checks** | - | |
| **Total Outstanding Checks** | | - |
| **Deposit in Transit** | | - |
| **Adjusted Book Balance** | $ | 1,000.00 |
| **Bank Balance-7/31/2019** | | 1,000.00 |
| **Differnce   (Reconciled Bank Balance and Book Balance)** | | - |