

Allen G. Kadish
akadish@archerlaw.com

Archer & Greiner, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017
212-682-4940 Main
www.archerlaw.com

August 21, 2019

Hon. Nancy Hershey Lord
United States Bankruptcy Judge
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, New York 11201-1800

      Re:   In re Voras Enterprise Inc., Debtor
               Chapter 11 Case No. 17-45570 (NHL)

Dear Judge Lord:

      We represent Voras Enterprise Inc., Debtor in the referenced confirmed Chapter 11 case.

      On May 2, 2019, this Court entered the *Order Approving Disclosure Statement and Confirming Amended Chapter 11 Plan with Findings of Fact and Conclusions of Law* [Docket No. 158] (the "**Confirmation Order**"). Pursuant to Paragraph 106 of the Confirmation Order, all pending motions were terminated. The Plan went effective on June 27, 2019, and notice of the occurrence of the effective date was filed [Docket No. 173].

      This will confirm that the post-confirmation status conference previously set for August 22, 2019 is rescheduled to Thursday, October 10, 2019 at 3:00 P.M.

                                                  Respectfully,

                                                  Allen G. Kadish

cc:     Marylou Martin, Esq.
          Daniel Lowenthal, Esq.
          Kevin Nash, Esq.

216996200v1