

**U.S. Department of Justice**
**Office of the United States Trustee**
**Region 2**

**Eastern District of New York**

| | |
|---|---|
| IN RE: | } **CHAPTER 11** |
| | } |
| **VORAS ENTERPRISE INC.,** | } **CASE NO. 17-45570 (NHL)** |
| | } |
| | } |
| **DEBTOR.** | } |

### DEBTOR'S POST-CONFIRMATION
### MONTHLY OPERATING REPORT
### FOR THE PERIOD
**FROM** August 1, 2019    **TO**   August 31, 2019

   Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:: _Nathaniel Montgomery_      Date: _9/19/19_

     _Nathaniel Montgomery_
     Print Name

     _Authorized Signatory_
     Title

Debtor's Address
and Phone Number:
_132 Ralph Ave._
_____
_____
Tel. _718.453.9490_

Attorney's Address
and Phone Number:
 Archer & Greiner, P.C.
 630 Third Ave.
 New York, NY 10017
Bar No.  2235315
Tel.  (212) 682-4940

Note:  The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2.  Are any post-confirmation sales or payroll taxes past due? | | X |
| 3.  Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4.  Is the Debtor current on all post-confirmation plan payments? | | X |
| | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1.  Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2.  Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY       and       CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Liability Endurance American Insurance Company | 4/20/2019 - 4/20/2020 | $5,635.78 per month | $0 |
| | | | |
| | | | |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

**Estimated Date of Filing the Application for Final Decree:** _____

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | Voras Enterprise Inc. |
| **Case Number:** | 17-45570 (NHL) |
| **Date of Plan Co** | 2-May-19 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 578,473.76 | $ |
| 2. | **INCOME or RECEIPTS during the Period** | $ 40,569.05 | $ |

3. **DISBURSEMENTS**

| | | | Monthly | Post Confirmation Total |
|---|---|---|---|---|
| a. | **Operating Expenses (Fees/Taxes):** | | | |
| | (i) | U.S. Trustee Quarterly Fees | $ 118,309.15 | $ |
| | (ii) | Federal Taxes | | |
| | (iii) | State Taxes | | |
| | (iv) | Other Taxes | | |
| b. | **All Other Operating Expenses:** | | $ 164,019.55 | $ |
| | | | | |
| c. | **Plan Payments:*** | | | |
| | (i) | Administrative Claims | $ | $ |
| | (ii) | Class One | | |
| | (iii) | Class Two | | |
| | (iv) | Class Three | | |
| | (v) | Class Four | | |
| | | (Attach additional pages as needed) | Please refer to the S&U | |
| | **Total Disbursements (Operating & Plan)** | | $ | $ |
| 1. | **CASH (End of Period)** | | $ 336,714.11 | $ |

\*   **This includes any and all disbursements made under the plan of reorganization or in the ordinary course
   of the reorganized debtor's post-confirmation business, whether the disbursements are made
   through a trust, by a third party, or by the reorganized debtor.**

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Capital One | Capital One | | |
| Account Number: | ████ 5315 | ████ 3723 | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating Acct. | Utility Acct. | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1.  **Balance per Bank Statement** | $ 336,714.11 | $ 1,000.00 | | |
| 2.  **ADD**: Deposits not credited | $ - | $ - | | |
| 3.  **SUBTRACT**: Outstanding Checks | $ 31,157.65 | $ - | | |
| 4.  Other Reconciling Items | | | | |
| 5.  **Month End Balance** (Must Agree with Books) | $ 305,556.46 | $ 1,000.00 | | |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | |
|---|---|
| Account Number | |
| **Purpose of Account (Operating/Payroll/Personal)** | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | **PLEASE SEE BANK STATEMENT AND RECONCILIATION** | | |
| | | **AND** | | |
| | | **PLEASE SEE CLOSING STATEMENT** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |



# MANAGE YOUR CASH
**CASH MANAGEMENT I CHECKING I MONEY MARKET I CDs I LOANS**

VORAS ENTERPRISE INC.
DEBTOR-IN-POSSESSION CASE NO. 17-45570
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD  AUGUST 01, 2019  -  AUGUST 30, 2019

**Spark Basic Checking** ▮▮▮▮**5315**                                **VORAS ENTERPRISE INC.**

| | | | |
|---|---|---|---|
| Previous Balance  07/31/19 | $578,473.76 | Number of Days in Cycle | 30 |
| 3 Deposits/Credits | $40,569.05 | Minimum Balance This Cycle | $311,762.45 |
| 4 Checks/Debits | ($282,328.70) | Average Collected Balance | $475,584.63 |
| Service Charges | $0.00 | | |
| Ending Balance 08/30/19 | $336,714.11 | | |

## ACCOUNT DETAIL    FOR PERIOD  AUGUST 01, 2019  -  AUGUST 30, 2019

**Spark Basic Checking** ▮▮▮▮**5315**                                **VORAS ENTERPRISE INC.**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 08/01 | ACH Withdrawal CON ED OF NY     INTELL CK 080119 VORAS ENTERPRISE INC.D ***********0053 | | $4,019.55 | $574,454.21 |
| 08/06 | Check     207 | | $10,000.00 | $564,454.21 |
| 08/12 | Customer Deposit | $12,333.75 | | $576,787.96 |
| 08/12 | Customer Deposit | $3,283.64 | | $580,071.60 |
| 08/19 | Check     210 | | $150,000.00 | $430,071.60 |
| 08/21 | Check     211 | | $118,309.15 | $311,762.45 |
| 08/23 | Customer Deposit | $24,951.66 | | $336,714.11 |
| *Total* | | $40,569.05 | $282,328.70 | |

**Spark Basic Checking** ▮▮▮▮**5315**                                **VORAS ENTERPRISE INC.**

## Checks * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 207 | 08/06 | $10,000.00 | 210* | 08/19 | $150,000.00 | 211 | 08/21 | $118,309.15 |

*Thank you for banking with us.*                                    PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



**Voras Bank Acct.- Capital One**

**Bank Reconciliation Report**

**8/30/2019**

9/13/2019

███████5315

**Posted by: ebrown   on 9/13/2019**

| | |
|---|---:|
| **Balance Per Bank Statement as of 8/30/2019** | **336,714.11** |

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---:|
| 8/16/2019 | 209 | throopllc - Throop Owner LLC | 31,157.65 |
| **Less:** | **Outstanding Checks** | | **31,157.65** |
| | **Reconciled Bank Balance** | | **305,556.46** |

| | |
|---|---:|
| **Balance per GL as of 8/30/2019** | **305,556.46** |
| **Reconciled Balance Per G/L** | **305,556.46** |

| | | |
|---|---|---:|
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 7/30/2019 | 215838318 | coned - ConEdison | 4,019.55 | 8/30/2019 |
| 8/6/2019 | 207 | payroll - NEBHDCo-Payroll-Janitorial Fees | 10,000.00 | 8/30/2019 |
| 8/16/2019 | 210 | nebhdco - NEBHDCo | 150,000.00 | 8/30/2019 |
| 8/16/2019 | 211 | ustrustee - office of the U S Trustee | 118,309.15 | 8/30/2019 |
| **Total Cleared Checks** | | | **282,328.70** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 8/12/2019 | 49 | | 12,333.75 | 8/30/2019 |
| 8/12/2019 | 50 | | 3,283.64 | 8/30/2019 |
| 8/23/2019 | 51 | | 24,951.66 | 8/30/2019 |
| **Total Cleared Deposits** | | | **40,569.05** | |

 **Capital**One® **Bank**

# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

VORAS ENTERPRISE INC.
UTILITY DEBTOR-IN-POSSESSION
CASE NO. 17-45570
132 RALPH AVE
BROOKLYN NY  11233

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY      FOR PERIOD  AUGUST 01, 2019  -  AUGUST 30, 2019

**Commercial Checking** ▇▇▇▇▇**3723**                              **VORAS ENTERPRISE INC.**

| | | | |
|---|---|---|---|
| Previous Balance  07/31/19 | $1,000.00 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $1,000.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $1,000.00 |
| Service Charges | $0.00 | | |
| Ending Balance 08/30/19 | $1,000.00 | | |

## ACCOUNT DETAIL    FOR PERIOD  AUGUST 01, 2019  -  AUGUST 30, 2019

**Commercial Checking** ▇▇▇▇▇**3723**                              **VORAS ENTERPRISE INC.**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 08/01 | | | | $1,000.00 |
| | No Account Activity this Statement Period | | | |
| 08/30 | | | | $1,000.00 |
| *Total* | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us.*                                    PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2019 Capital One. All rights reserved.



**MEMBER FDIC** **EQUAL HOUSING LENDER**

**Voras Bank Account - Capital One**
**Bank Reconciliation Report**
**8/31/2019**
Acc# ▇▇▇▇▇3723

| | | |
|---|---|---|
| **Opening Book Balance** | $ | 1,000.00 |
| | | |
| **Deposits** | | - |
| | | |
| **Disbursements** | | - |
| | | |
| **Book Balance** | $ | 1,000.00 |
| | | |
| **Outstanding Checks** | - | |
| | | |
| **Total Outstanding Checks** | | - |
| **Deposit in Transit** | | - |
| | | |
| **Adjusted Book Balance** | $ | 1,000.00 |
| | | |
| **Bank Balance-8/31/2019** | | 1,000.00 |
| | | |
| **Differnce   (Reconciled Bank Balance and Book Balance)** | | - |

# VORAS ENTERPRISE INC.

## to

# THROOP OWNER LLC

### Sale of:
### 601-619 Throop Avenue
### Brooklyn, New York

# *CLOSING STATEMENT*

*SPERBER DENENBERG & KAHAN, P.C.*
*By:    Seth Denenberg, Esq.*
*48 W. 37th Street, 16th Floor*
*New York, New York    10018*
*Tel.:    (917) 351-1335*
*Fax:    (917) 351-1303*

# CLOSING STATEMENT
## 601-619 THROOP AVENUE, BROOKLYN, NEW YORK
## VORAS ENTERPRISE INC. TO THROOP OWNER LLC

DATE OF CLOSING:                    June 27, 2019

PREMISES:                          601-619 Throop Avenue, Brooklyn, New York

PLACE OF CLOSING:                  Goldberg Weprin Finkel Goldstein LLP
                                   1501 Broadway, 22nd Floor
                                   New York, New York 10036

## PRESENT AT CLOSING

SELLER:                            Voras Enterprise Inc.
                                   By: Jeffrey Dunston, President

SELLER'S ATTORNEY:                 Sperber Denenberg & Kahan, P.C.
                                   By: Seth Denenberg, Esq. & Amanda
                                   Attenasio, Esq.

BUYER:                             Throop Owner LLC
                                   By: John Travis Stabler

BUYER'S ATTORNEY:                  Rosenberg & Estis
                                   By: Stefanie Graham, Esq.

TITLE COMPANY:                     Riverside Abstract
                                   By: Steven Weinreb

BROKER:                            Keen Summit Capital Partners LLC
                                   By: Harold Bordwin

## FINANCIAL STATEMENT
601-619 THROOP AVENUE, BROOKLYN, NEW YORK
VORAS ENTERPRISE INC. TO THROOP OWNER LLC

*Purchase Price: the sum of : (a) the amount necessary to pay all administrative, professional, priority, secured, and unsecured claims and costs of closing in the Bankruptcy Case in cash, in full, from the   proceeds of sale (the "100-cent Plan Amount"); and, (b) the difference between the 100-cent Plan Amount and $12,000,000.00 (the "Charitable Contribution"), but in no event shall the purchase price exceed twelve million and 00/100 ($12,000,000.00) dollars.   The Charitable Contribution shall be paid, as a charitable contribution, to Northeast Brooklyn Housing Development Corporation ("NEB"), a 26 U.S.C. §501(c) (3) organization.*

|  | PURCHASER | SELLER |
|---|---|---|
| Sale price | | $12,000,000.00 |
| Down payment | $1,000,000.00 | |
| Real Estate Tax Adjustment from 6/28/19 to 6/30/19 ($97,549.90/91, $1,071.97 * 3 days) | | $3,215.91 |
| Water Adjustment from 5/23/19 to 6/27/19 ($282.83/84, $3.36* 36 days) | $120.96 | |
| Rent Adjustment from 6/28/19 to 6/30/19 (27,913.89/30, $930.46* 3 days | $2,791.38 | |
| Security Deposit Adjustment | $4,000.00 | |
| Other: Open violation fines | $89,973.45 | |
| | | |
| TOTAL CREDITS: | $1,096,885.79 | $12,003,215.91 |
| BALANCE DUE AT CLOSING | | $10,906,330.12 |

**Checks to be paid at closing by Buyer: $10,906,330.12**
Disbursed as follows: see attachment

**Escrow Reconciliation $1,000,000.00 (downpayment)**
Escrow disbursed as follows: see attachment

**Other escrow payments $90,000.00 ($20,000.00 April, $20,000.00 May, $50,000.00 June)**
Disbursed as follows:
  Voras Enterprise Inc.  $90,000.00

| PAYEE | REASON | AMOUNT PAID | HOW PAID |
|---|---|---|---|
| Sperber Denenberg & Kahan, P.C | Special real estate counsel legal fee as per Order dated June 2, 2019 | $25,220.00 | Check From SDK Escrow (downpayment) |
| Archer & Greiner P.C. | Bankruptcy counsel legal fee as per Order dated June 2, 2019 | $671,004.74 | Check From SDK Escrow (downpayment) |
| Riverside Abstract | title charges | $23,737.93 | Wire from Buyer to Old Republic and Wire from Old Republic to Payee |
| New York City Water Board | Account: 8000296788001 Claim of $35,239.34 | $33,884.92 | Paid through Riverside Abstract (see title invoice) |
| New York City Department of Finance | Claim of $95,434.75 | $107,606.09 | Paid through Riverside Abstract (see title invoice) |
| NYC Office of Administrative Trials and Hearings | Violation #012054266Y, Claim of $5,320.64 | $6,203.85 | Paid through Riverside Abstract (see title invoice) |
| NYCTL 2017-A TRUST MTAG | Lien #1796140, payoff good through 7/2/19 (Attorney, Nickolas Karavolas, Phillips Lytle LLP) | $214,813.25 | Paid through Riverside Abstract (see title invoice) |
| NYCTL 2018-A TRUST MTAG | Lien #1921608, payoff good through 7/2/19 (Attorney, Nickolas Karavolas, Phillips Lytle LLP) | $253,523.13 | Paid through Riverside Abstract (see title invoice) through title |
| Internal Revenue Service | Claim of $15,528.00, payoff good through 7/1/19 | $17,677.32 | Check From SDK Escrow (downpayment) |
| Keen Summit Capital Partners LLC | Broker Fee | $510,000.00 | Wire from Buyer to Old Republic and Wire from Old Republic to Payee |
| 124 NY, Inc | Mortgage payoff | $4,742,973.11 | Wire from Buyer to Old Republic and Wire from Old Republic to Payee |
| NY 101 INC | Mortgage payoff | $3,758,785.97 | Wire from Buyer to Old Republic |

| | | | and Wire from Old Republic to Payee |
|---|---|---|---|
| STAGG, TERENZI, CONFUSIONE & WABNIK, LLP | Mortgage payoff | $99,012.00 | Wire from Buyer to Old Republic and Wire from Old Republic to Payee |
| Deguerre Law Firm, P.C., as attorneys for New York Design Architects, LLP | Claim of $47,165.18, payoff good through 6/28/19 | $47,165.18 | Check From SDK Escrow (downpayment) |
| Deguerre Law Firm, P.C. | Attorney fee for preparation of release | $525.00 | Check From SDK Escrow (downpayment) |
| Consolidated Edison Company of NY Inc. | Claim of $55,156.20, payoff good through 6/28/19 | $56,227.23 | Check From SDK Escrow (downpayment) |
| Imperial Fire Protection Systems | Claim of $21,813.47, payoff good through 6/28/19 | $22,237.05 | Check From SDK Escrow (downpayment) |
| NEBHDCo | Payoff good through 6/28/19 | $940,188.91 | Wire from Buyer to Old Republic and Wire from Old Republic to SDKPC and wire from SDCPC to Payee |
| Bankruptcy Reserve/ US Trustee Fees | | $125,000.00 | Check From SDK Escrow (downpayment) to Voras Enterprise |
| Voras Enterprise Inc. | Charitable Contribution as per page 26 of the Order | $34,943.48 | Check From SDK Escrow (downpayment) |
| Voras Enterprise Inc. | Charitable Contribution as per page 26 of the Order | $215,600.96 | Wire from Buyer to Old Republic and Wire from Old Republic to SDKPC and wire from SDCPC to Payee |
| | TOTAL: | $11,906,330.12 | |

| LETTER EXHIBIT | BRIEF DESCRIPTION |
|---|---|
| "A" | Contract of Sale & Riders |
| "B" | Attorney General Approval, Case No OA6-AL-2018-64 |
| "C" | Order of Bankruptcy Court, Case No 17-45570 |
| "D" | Deed; Transfer Tax Forms; Assignment & Assumption Agreement; Assignment & Assumption of Leases; FIRPTA; Seller's Title Affidavit; Secretary's Certificate; Unanimous consent; |
| "E" | Title Indemnity and Depository Agreement and proofs of payments |
| "F" | Settlement Statement, wire confirmations, copies of checks, payoff statements and proof of mailing of payments |