ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Allen G. Kadish
Harrison H.D. Breakstone
Tel: (212) 682-4940
Email:  akadish@archerlaw.com
        hbreakstone@archerlaw.com

*Counsel for Voras Enterprise Inc.,*
*Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| VORAS ENTERPRISE INC., | Case No. 1-17-45570 (NHL) |
| Debtor. | |

-----------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

       CHRISTIAN HANSEN, being duly sworn, deposes and says that:

       I am not a party to this action, am over 18 years of age and reside in New York, New York.

       On September 26, 2019, I caused to be served true and correct copies of the *Application of Voras Enterprise Inc., Debtor and Debtor-in-Possession, for Entry of Final Decree Closing Chapter 11 Case* [Docket No. 180] by first class mail on the parties identified on the service list attached as Exhibit A.

                                                    s/ Christian Hansen
                                                    Christian Hansen

Sworn to before me this
 27th  day of September, 2019

     s/ Maryann Katchen
Notary Public

Maryann Katchen
Notary Public, State of New York
No. 01KA4891017
Qualified in Queens County
Commission Expires April 27, 2023

217197112v1

**Exhibit A**
**Service List**

619 Throop Acquisition LLC
c/o Goldberg Weprin Finkel Goldstein
Attn: Kevin Nash, Esq.
1501 Broadway 22nd Floor
New York, NY 10036

Brooklyn Legal Service Corporation A
c/o Patterson Belknap Webb & Tyler LLP
Attn: Daniel A. Lowenthal, Esq.
1133 Avenue of the Americas
New York, NY 10036

Consolidated Edison
JAF Station
P.O. Box 1702
New York, NY 10116

Consolidated Edison Company of New York, Inc.
Attn: Leon Z. Mener, Esq.
4 Irving Place, Room 1875S
New York, NY 10003

Deguerre Law Firm, P.C.
Attn: Anthony DeGuerre, Esq.
25 Hyatt Street, Suite 201
Staten Island, NY 10301

Him & Her Salon, LLC
c/o Lustrin Tetelman Adler, LLP
Attn: Alan J. Lustrin, Esq.
450 Seventh Avenue, 40th Floor
New York, NY 10123

Imperial Fire Protection System, Inc.
50-14 39th Street
Long Island City, NY 11104

Internal Revenue Service
2 MetroTech Center
Brooklyn, NY 11201

Internal Revenue Service
Bankruptcy Unit
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Keen-Summit Capital Partners LLC
Attn: Harold J. Bordwin
555 Madison Avenue, 5th Floor
New York, NY 10022

Mortgage EquiCap LLC
Attn: Daniel Hilpert, Managing Director
708 Third Avenue, Suite 1601
New York, NY 10017

| | |
|---|---|
| MTAG Services, LLC<br>P.O. Box 360955<br>Pittsburgh, PA 15251-6955 | New York State Charities Bureau<br>Attn: Paula Gellman, Esq.<br>28 Liberty St.<br>New York, NY 10271 |
| New York City Law Department<br>Tax & Bankruptcy Litigation<br>100 Church Street<br>New York, NY 10007 | New York State Department of Tax and Finance<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| New York City Office of Administrative<br>Trials and Hearings/Environmental Control Board<br>9 Bond St.<br>Brooklyn, NY 11201 | NYC Dept. of Finance<br>Attn: Legal Affairs<br>345 Adams St., 3rd Floor<br>Brooklyn, NY 11201 |
| New York City Office of Administrative<br>Trials and Hearings<br>100 Church Street, 12th Floor<br>New York, NY 10007 | Nick Karavalos, Esq.<br>340 Madison Avenue, 17th Floor<br>New York, NY 10173-1922 |
| New York City Water Board<br>Attn: Andrew Rettig, Esq., Assistant Counsel<br>59-17 Junction Boulevard<br>Elmhurst, NY 11373-5108 | Sperber, Denenberg & Kahan, P.C.<br>Attn: Seth Denenberg, Esq.<br>48 West 37th Street, 16th Floor<br>New York, NY 10018 |
| New York State Attorney General's Office<br>Attn: Enid Nagler Stuart, Esq.<br>28 Liberty Street, 15th Floor<br>New York, NY 10005 | Stagg, Terenzi, Confusione & Wabnik, LLP<br>Attorneys for 124 NY, Inc.<br>Attn: Ronald M. Terenzi, Esq.<br>401 Franklin Avenue, Suite 300<br>Garden City, NY 11530 |

TerraCRG LLC
Attn: Ofer Cohen
634 Dean St.
Brooklyn, NY 11238

United States Attorney's Office
Southern District of New York
Attn: Tax & Bankruptcy Unit
86 Chambers St., 3rd Floor
New York, NY 10007

Office of the U.S. Trustee - Region 2
Attn: Mary Lou Martin, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014