UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                   Chapter 11

VORAS ENTERPRISE INC.,                                   Case No. 1-17-45570-NHL
a/k/a VORAS ENTERPRISES, INC.,

      Debtor.

-----------------------------------------------------------x

### FINAL DECREE CLOSING CHAPTER 11 CASE

Upon the application (the "Application") of debtor VORAS ENTERPRISE INC., a/k/a/ VORAS ENTERPRISES, INC., (the "Debtor") by its attorneys Archer & Greiner, P.C. for entry of a final decree closing its chapter 11 case [ECF No. 180]; and the Debtor's chapter 11 plan having been confirmed, become effective, and consummated; and the estate of the Debtor having been fully administered; and notice of the hearing on the Application and service thereof was duly and timely made upon the Office of the United States Trustee and no objection having been made; and the Court having held a hearing on October 10, 2019 to consider the Application; and all fees owed to the Office of the United States Trustee having been paid; and this chapter 11 case having been fully administered; and good and sufficient cause appearing; it is hereby

**ORDERED** that this FINAL DECREE is issued and entered, and that this chapter 11 case is closed.



**Dated: October 27, 2019**
      **Brooklyn, New York**

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**